1   ALBERT K. LAI, D.C. Bar #1007316
2   U.S. Department of Justice
    Civil Division, Torts Branch
3   Environmental Torts Section
    P.O. Box 340, Ben Franklin Station
4   Washington, D.C. 20044
    Email: Albert.Lai@usdoj.gov
5   Telephone: (202) 616-4223
6   *Attorney for Defendant United States*

7

8

9                  UNITED STATES DISTRICT COURT

10               SOUTHERN DISTRICT OF CALIFORNIA

11

12   CLIENT SOLUTIONS ARCHITECTS,          Case No.:  3:19-cv-00123-MMAMSB
     LLC; and THE HARTFORD,
13                                         **NOTICE OF LODGMENT IN**
                                Plaintiff, **SUPPORT OF UNITED STATES'**
14                                         **MOTION FOR SUMMARY**
     v.                                    **JUDGMENT**
15
     UNITED STATES OF AMERICA,
16
                               Defendant.
17

18

19       Please take notice that the United States submits the following exhibits in support

20   of its Motion for Summary Judgment:

21
| Exhibit | Description | Pages |
|---------|-------------|-------|
| 1 | Infectious Disease Consultant Note for Michelle Gibson dated October 20, 2016 | USA1-3 |
| 2 | Email from Michelle Gibson to Brenda Johnson, John Landry, Aaron Robbins, and Tim Synder re: "Hartford Workman's Comp Case – Michelle | USA4-8 |

28

1

| Exhibit | Description | Pages |
|---------|-------------|-------|
| | Gibson – Y19C26296" dated December 2, 2016 at 5:18 PM | |
| 3 | Letter from Michelle Gibson to Dr. Stewart Lonky re: "CLAIM CASE: Y67C39822// Documentation enclosed provided for 22 June QME; a copy of the Workman's Comp Questionnaire" dated June 9, 2017. | USA9-13 |
| 4 | Indoor Environmental Quality Questionnaire for SPAWAR, Office of the Chief Engineer, completed by Michelle Gibson dated April 22, 2016. | USA14-19 |
| 5 | Memorandum titled "Indoor Air Quality Results" prepared by Dr. Jeffrey Duffy with a Date of Survey of November 16, 2015. | USA20-22 |
| 6 | Spreadsheet containing columns of potential symptoms and a segment of notes titled, "Michelle's Daily Log response to Office Conditions" dated February 1 to 3, 2016. | USA23-24 |
| 7 | Report by Dr. Stewart Lonky titled "Panel Qualified Medical Evaluation in Internal Medicine and Pulmonary Medicine Medical-Legal Report" dated August 24, 2017. | USA25-67 |
| 8 | Excerpt of a temporary (.TMP) file containing segments of email communications. The excerpted portion of the file reflects an email chain between Michelle Gibson and Vernon Chestang, re: "Welcome Back," dated February 16, 2016. | USA68-70 |

| Exhibit | Description | Pages |
|---------|-------------|-------|
| 9 | Report titled "Indoor Air Quality Mold Survey" dated March 15-16, 2016, for SPAWAR prepared by Occupational Services, Inc. | USA71-92 |
| 10 | A map of the SPAWAR Office of the Chief Engineer, or Office 5.0, in which Michelle Gibson worked dated 2017. | USA93-94 |
| 11 | Email from Michelle Gibson to Greg Shaffer, re: "Verbatim Voice Mail left for Michelle Gibson from Pulmonary Specialist, Dr. Lichter," dated June 2, 2019. | USA95-97 |
| 12 | Transcript of a voicemail message left for Michelle Gibson by Dr. Julian Lichter dated April 19, 2016 attached to Exhibit 11. | USA98-99 |
| 13 | Workman's compensation form completed in handwriting by Michelle Gibson dated April 9, 2017. | USA100-116 |
| 14 | Standard Form 95 administrative tort claims submitted on March 9, 2018, on behalf of Client Solutions Architects, LLC, and The Hartford. | USA117-123 |
| 15 | Draft Client Solution Architects Associate Performance Evaluation for Michelle Gibson for the period October 1, 2015 to September 30, 2016. | USA124-141 |

3:19-cv-00123-MMAMSB

1    Dated: January 15, 2020                Respectfully submitted,

2

3                                      */s/ Albert K. Lai*

                                       ALBERT K. LAI, D.C. Bar #1007316

4                                        Trial Attorney

                                       Civil Division, Torts Branch

5                                        Environmental Torts Section

                                       U.S. Department of Justice

6                                        Attorney for Defendant

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

**Infectious Diseases Consultant Note**
**Nancy Crum-Cianflone MD MPH, (619) 298-1443**

**Patient/Date:** | Gibson, Michelle | **Date: 10/20/16**

**Reason for visit:** New Consult

**Length of visit: 30 minutes**

**ID Problem List: Aspergillus, Nocardia**

**Subjective:**

**51yo female referred from Dr. Lenzkes/Dr. Lichter for Aspergillus and Nocardia found on a recent bronchoscopy. She reports multiple environmental exposures at work and then in Oct 2015 began to developing URI symptoms and cough and night sweats and fatigue. She also reports sinus pressure and sinus headaches.**

**She underwent bronchoscopy on 9/2/16 on pathology showing aspergillus, and 3 species grew on culture. More recently the sample is also positive for Nocardia, species and sensitivities pending.**

**In early October she was begun on itraconazole and then changed to posaconazole 200mg po bid which she is tolerating poorly. Feels nausea and with "flu" like symptoms. Also with poor taste/metallic sensation.**

**PMH: See referral; hx head trauma, RAD**

**Meds: See list; antibiotic: posaconazole**

All to antibiotics: NKDA

**PE:    General:** WDWN, 126 lbs
**Skin:** No rash.
**HEENT:** normal, no sinus pain.
**Neck:** no meningismus, no adenopathy
**Lungs:** clear p + a   (-) rhonchi     (+) few rales
**Heart:** S1S2, (-) murmur
**Abdomen:** (+) bowel sounds, (-) liver/spleen enlargement, (-) ascites (-) masses   (-) tender
**Extremities:** (+) edema, (-) wounds
**Neuro:** A+O X 3. Non focal
**Lymph:** No lymphadenopathy
**Lines:** None

201802054001526

1

**ROS:** X done; -chills/fevers, +night sweats, +cough, +sob, -CP, -dysphagia/ odynophagia, -abd pain, -constipation, -nausea, -vomiting, -diarrhea, -blood stool, -dysuria, -blood urine, -HA, -sz, -dizzy, +numbness/tingling, -ear pain, +sinus pain, -rash

**Laboratories/Studies:**
**9/30/16**
**7.2/10/33/309**
**LFTs wnl**

**QFN neg, Cocci neg**

**Microbiology: See below**
**Nocardia**
**Aspergillus terreus, versicolor and ustus**

**CT 8/12/2016**
**Tree in bud o pacties of LUL, right UL and lingula.**

**Antimicrobials: Posaconazole**

**Dx:**    **Aspergillus, Nocardia**

**Plan:**

Aspergillus – obtain galactomannan and b glucan levels. Check CT of sinuses and head to exclude other areas of infection. Began voriconazole 200 mg po bid with planned trough level in 7-10 days. F/u LFTs. Avoid EtOH. Warned of possible side effects including visual issues.

Nocardia – await sensitivities and species; will begin Septra DS 1 po tid (10mg/kg/d) and monitor Cr, K levels. May need iv therapy with imipenem or other agents depending on findings of imaging and species.

F/u CT scan in 2 months.

Monthly cbc, CMP. F/u voriconazole levels.

**RTC:** 2 weeks

Nancy Crum-Cianflone, MD MPH

Cc: Dr. Lichter

Printed on:  **11/3/2016**

2018020540001526

2

USA3

# EXHIBIT 2

USA4

# Hartford Workman's Comp Case - Michelle Gibson - Y19C26296

**MG** **Michelle Gibson**                                                                                    Reply all |
    Fri 12/2/2016, 5:18 PM
    Brenda Johnson; John Landry; Aaron Robbins; Tim Snyder; michelle.gil

Sent Items

Good afternoon,

I hope your day is going well and you week has been kind to you. Per our conversation, I will do my best to provide all of the facts, as I know them. I will have each doctors pull my records from 2012 to date for exact dates and times of what findings and procedures were done. I will also provide the environmental findings that have been released thus far from Command SPAWAR. Two days ago, I received paperwork from the Hartford WC Major Case, Patricia Fernandez stating they had received my claim for further handling. The letter states, "We will need to determine if your current medical condition is a result of the 9/11/14 chemical exposure. They have asked that I provide and sign all necessary documentation to obtain medical information from all providers (doctors, hospitals, radiologist, clinics, etc.) I have no issue with providing any of my information; however, I am concerned they are focusing on a "chemical exposure." The three Aspergillus (Mold) and Narcardia (Bacteria) that I am fighting, I believe is caused by a multitude of exposures:

Aldehyde poisoning
TCE
High levels of $CO_2$
High Humidity
Fiberglass
Acrolein (The simplest unsaturated aldehyde. It is a colorless liquid with a piercing, disagreeable, acrid smell. The smell of burnt fat is caused by glycerol in the burning fat breaking down into Acrolein.)
Mold – (Aspergillus found to in 5.0 spaces, specifically, Mr. Spencer's office.)
Kerosene (Found in a "barrel "underneath our office spaces. SPAWAR pumped 9600 gallons to empty the barrel and seal it.)

Every exposure, we were asked to have tests taken to see, if we were impacted. I heeded the direction from my leadership, and was tested immediately. I saw my primary dr. each time we had a new exposure. In Oct, 2015, I started getting upper respiratory infections, and I could not get well; after about the 4th infection, it was decided, I would have a CT scan of my lungs to figure out what going on... and it came back that I had several pulmonary nodules, but they were unsure why. I was referred to a Pulmonary Specialist. We talked about my lifestyle, where I have lived in the United States, where I live now; and had an extensive discussion of my work

2 0 1 7 0 3 0 6 4 0 0 1 1 9 7

USA5

environment, and the exposures we all had. Solution, remove me from the spaces, and treat with Albuterol steroid inhaler, Advair, one puff in the morning, and Qvair, twice at night. I also, was asked, to try to increase my activity level, if I could. I went from being an athletic; healthy woman; who worked out daily, kickboxing class every Saturday, training for a Spartan Race; hiked Cowels Mountain with ease; ran or walked Lake Murray, and running a 5 K race every month, to not being able to even walk 10 steps without becoming exhausted and winded; stairs became my enemy. I just had nothing left. Fatigued, and exhausted, clearly something was not right, and as we moved forward with my treatment, the questions began to have answers. When I had been removed from my spaces, I felt much better. Noticed a huge difference, but my chest was still heavy, and I was winded all the time. I was asked by the Environmental Team on SPAWAR to keep a daily log on how I felt in those spaces, and when the symptoms subsided, if they did. I agreed, but mentioned it was pointless because i was not in the space that was making me sick. So, I kept that log the first month we were relocated in our "temporary" spaces.


My next CT scan was 4 months later, to see if I improved, stayed the same, or if my lungs had gotten worse. Unfortunately, my lungs had gotten worse. We talked about next steps and his concern, that it could be a few things... I was tested for every Autoimmune Disease; TB; Valley Fever; Lumpus; Scleroderma; cancer; and HIV. Every test came back negative; with the exception of one. Because of my exposures at work; and the most recent removal from our spaces was caused by mold; Dr. Lichter, my Pulmonary Specialist; had my antibodies tested for hypersensitivity exposure to fungus. It was and is the only test out of all of the blood tests I have had taken, that came back positive. I had been exposed to mold. From there we decided to do a biopsy. Because of my symptoms, it could be the Mold, I was exposed to, or a disease called Mycobacterium Avium Complex (MAC); the most common of nontuberculous mycobacteria that causes disease in humans. Based off my exposure, he felt strongly, mold would be the findings. Cultures take a while to become final, but my preliminary tests results came in, no MAC was found, but mold was. A weeks went by and more cultures came in; Aspergillus Terreus; Aspergillus Versicolor; Aspergillus Ustus, and the rare bacteria Narcadia. I am still waiting for the "final results" of all cultures. I will allow you to look up what each of those mean as far as a cure and treatment. Each on their own, can be fatal. I have four. For me, it means I am in a battle for my life. Every Friday I have to have my levels checked to insure I have enough toxic chemicals in my body to fight the fungus and bacteria. I have had to have those levels increased, 5 times. If, I do not get enough "medicine" in my system via pill form; the next course of treatment is via IV. For the sulfate antibiotic I am taking for the Narcadia; a PICC will be inserted and I will have to receive treatment daily; but would be able to go to work, and do my best to live my life. However, the antifungal medicine that I am on, is so toxic, I would have to be admitted into the hospital for treatment. I have had some small improvements; symptoms like night sweats; dry or productive cough are only every now and then, and days apart as opposed to every 5 minutes. The side effects of the medicine are difficult, and it usually hits my body about the 4th or 5th day after the increase. When that happens, I am down, sometimes days. Vertigo, is not fun, but has gotten better.


An interesting fact about me, in April 2012, I had two things happen of great medical significance; I was having digestive issues, so I was sent for a CT Scan, from my neck to my pelvic region. It was found that I had two fibroid tumors, which meant they were benign, as well as an

incidental tumor in the lower left lobe of my lung, the size of a grain of rice. My primary physician, Dr. Brian Lenskes, was not concerned, due to the size, and pigment. He said, we would check it in a year, but felt it would become calcified, and was nothing to worry about. On April 27, 2012, on my way home from SPAWAR, I was in a car accident that seriously injured my neck, left arm and left hand. Ten days later, it was discovered I had suffered a significant head injury. I was out of work, almost 8 months. During the 8 months of recovery, I was in my home... and I was never sick. I only had the horrific side effects that come from recovering from a traumatic brain injury (TBI). I was told it would be 2 years before I would go back to work; and I went back in 8. I was back on the SPAWAR campus working for Booz Allen Hamilton, supporting PMW 760 from Oct 2012 to March 2013 – when my funding was cut. I started working for CSA, and supporting SPAWAR 5.0 April 29, 2013. My lungs were clear then, with the exception of the "incidental tumor" which, did exactly what Dr. Lenskes said it would do... calcified, is not malignant, but now I have a lethal fungal and bacterial infection in my lungs.

I have good days and bad days, and you could say, that I am a perfect storm. My Pulmonary Specialist and my Infections Disease Dr. understand the environment I worked in is the cause, but why is my immune system so compromised, that I was the perfect host for rare bacteria and Aspergillus terreus. Could it be, because I was exposed to all of those elements, that made me sick, and while I couldn't get better, I was exposed to more; and here I am??? Most people who battle the lethal infection I have in my lungs are elderly, 70's ; 80's 90's or battling a terminal disease, lung cancer, leukemia; HIV; AIDs; Lupus etc. . . as I said, I was tested for all; and I am healthy everywhere except for the lethal infection I have raging in my lungs. I have lost a lot of weight, down to about 113 lbs. When I am healthy, and have muscle, I range between 125 and 130. I have lost all my muscle mass, and now; whatever is left, I am trying not to lose that as well. I was able to "saunter" Lake Murray for the first time in months; I walked almost a 1.5 miles and had to rest, and then walked 1.5 miles back; a total of 3 miles; which is Huge. Based off of where I am now; my team of Dr.s say, "IF" I stay on this path, I am looking at 6 – 9 months of aggressive treatment. I have to take precautionary steps to insure I do not get sick. I had the flu shot and pneumonia shot; only to catch a cold from my daughter and the next day, I was down. That turned into pneumonia, but the sulfate antibiotic I am on, killed it in a week... If I am exposed to a virus, I am sure to get it. After I had pneumonia, I caught the stomach virus that was going around from my youngest Grandson; I was down for 3 days, and missed two days of work. It also hit my boyfriend, and my Mom; both who now have to help me with my boys because I just do not have the strength to keep up. My Boyfriend, and my Mom both were down 2 -3 days with that virus as well. The fact that I was able to recover, means that my body is responding, and that is a very good thing.

I have had to ask the hard questions regarding mortality rate; treatment and if I will die; the response in the beginning was "Michelle, we are going to work very hard so that does not happen." I have had to completely change how I live, and slow down dramatically. When I have a bad day, it hurts to see my Mom so worried, and at 73, she right now is running circles around me. I should be caring for her.... We have our Grandson's every other weekend, two of the sweetest, preconscious little boys who have two switches, on and wide open. Both of my boys, Logan, will be 7 in Feb, and Liam, just turned 5 in Sept, are on the Autism Spectrum. They both are not the "average" size of a 6 and 5 year old, quick, fast, intelligent and strong, I worked out hard, to be healthy and strong to be able to keep up with them, and to have the strength

Hartford Workman's Comp Case - Michelle Gibson - Y19C26296

when/if a meltdown would happen, so I could insure they or I would not get hurt. I could, and I did, until October, 2015 to present.

I feel good today, and I trust my doctor's completely. I am blessed with an incredible support system; my family, my company; my 5.0 team that I support every day and my friends. I am determined and have faith that God will carry me through this as he always has, when life has knocked me down. Each day, is a day to day basis, sometime second to second, but as my Infectious Disease doctor, Dr. Nancy Crum says, "Michelle I feel strongly you are going to respond well, because you are walking into my office...." I am not going to lie, I have had some dark moments. Fear is an ugly thing. At 52 I am getting my affairs in order in case I do not win this battle. I have to create a "Special Needs" Trust for Logan and Liam, so if, or when I am no longer here, whatever financial benefits I leave, 50% will be left to my daughter, and the other 50% to Logan and Liam. Because they are special needs, if they were to receive any money outside of the services they are provided or receive, it would stop all of them. So, I am working in that direction. Until I have that finalized, I had to sit my daughter down and tell her that she is my sole beneficiary, and what my wishes would be. Really not the conversation you should have with your 26 year old daughter.

I am working on accepting that I will never be the same, and that I have to alter my life, in order to live longer. Out of all that I have had to give up, the hardest is not being able to be there for my boys, Logan and Liam. The weekend adventures we would go on, the park, the beach, Julian, the Water fountain at Viejas, Movies, grocery shopping, right now, I cannot do those things... grocery shopping is about all I have in me. That is my biggest loss...that I am losing precious moments and memories, with Logan and Liam. That shatters my heart. At the end of my work day, instead of hitting the gym, or running the beach, and meeting friends for dinner, I go home exhausted, and lay on the couch. I am blessed with an incredible man who has stepped in and taken the lead, but it is hard for me. My heart and mind are screaming, "this is not me!" My body screams back louder, "YES IT IS!" and so goes the days of who I have become.

I know this is a lot of information. I know there is a lot of emotion, and more that I am sure I have forgotten. I am no quitter. I am fighting. I have every intention of growing old and living a very long life. I have every intention of continuing to support the team I work with now; because I love what I do, who I support and the company I work for. I want SPAWAR to fix EVERYTHING and make SURE the people I work with and love, including myself, can work in an environment that is healthy, not deadly or one that makes you sick.

I will make copies of the environmental reports and do my best to go through emails, for a timeline. I know in Feb, or March 2016, or maybe even Dec 2015, Aaron asked for a breakdown of all that was going on in our spaces. I will provide that as well. There is a lot, so when I send the package to Ms. Fernandez, it will be a big one. I will work on that Monday, 5 Dec and try to get that to her as quickly as I can. I will also contact my team of Doctors and ask them to provide whatever they need.

Please let me know if you have any questions.

Thank you so much.

USA8

# EXHIBIT 3

USA9

Michelle Gibson
8330 Blue Lake Dr.
San Diego, CA 92119

9 June, 2017
Workman comp Claim Case: Y67C39822

Dr. Stewart Lonky, MD
Internal Medicine; Internal Medicine – Pulmonary Disease
Qualified Medical Examiner

RE: CLAIM CASE: Y67C39822// Documentation enclosed provided for 22 June QME; a copy
of the Workman's Comp Questionnaire.

Sir,

In response to your letter of 31 March, 2017; I was recently informed the documentation I
provided for my claim to Harford, would not be sent to you from my Hartford Workman's Comp
Case Manager, Patricia Fernandez. It took some time to have a duplicate set made, as the
information is extensive. Enclosed you will find 498+ pages of documentation of my work
environment from August 2013 to present and documentation about the campus and buildings
from 2012; and the reason I have three Aspergillas (Utes; Virsicolor, and Terras) Molds growing
in my lungs and the bacteria, Narcodia; all of which can be fatal.

I began working in SPAWAR 5.0 on 29 April, 2013. The first time we were moved from our
office spaces due to environmental exposure and hazards was August of 2013. We have been
moved several times since then, about 15, and just recently moved back into our spaces in March
of this year. The environmental exposures; chemicals and Organic Vapor Pathogens are but not
limited to, TCE; Aldehyde; Fiberglass; Mold; High levels of C02; Carbon Dioxide; Acrolein (a
clear gel substance derived from Aldehyde); Kerosene Vapors (9600 gals found underneath our
office); Bird Feces'(Pigeons, Seagulls, Hawks); Rat and Mouse droppings; Out-gassing of new
furniture; drywall; Driftwood… Each time we moved back in, we were told it work environment
and conditions were safe.

My battle begun in February of 2016 after becoming sick in October of 2015, where I just could
not get better, no matter what antibiotic or Z-pack they put me on. After several upper
respiratory infections, by February, my doctor determined, I should have a CT scan to see what
was going on with my lungs. As it turned out, I had several; hundred small pulmonary nodules
that looked like snow in my lungs. My Pulmonary Specialist, Dr. Lichter's first response was to
move me out of the spaces. That was a request I never had to make, because we were already
removed, again for mold, fiberglass, Kerosene and the discovery of a design flaw in our offices
that the airflow condenser was too small for an office our size. We were moved a significant
distance away from our spaces, but in the same building. I was given two inhalers Qvair and

1

PCN: 8171861001176 DCN: 8171861001176001 DT Received: 7/5/2017 9:00:00 AM DT Scanned: 7/5/2017 9:43:26 AM Page 5 of 9

Michelle Gibson
8330 Blue Lake Dr.
San Diego, CA 92119

9 June, 2017
Workman comp Claim Case: Y67C39822

Flovent and told to try to increase my activity. I just did not have it; and 4 months later, they did my second CT scan that showed minimal, but significant growth – not good. After a long discussion of next steps, it was decided a biopsy was necessary. On 2 Sept, 2016, I had my biopsy. There was some concern and the slight possibility my lung issue could be MAC, but my Dr. felt pretty strong, due to all of the environmental issues I have face, and based off of all the the testing he had given me to rule out Mold, all came back negative with the exception of when he tested my antibodies for a hypersensitivity to mold. It was and is the only test, other than my biopsy that came back positive. The first cultures of the my biopsy came back and proved to be what my doctor expected, and what I most feared, mold…as mentioned above, not just any mold, deadly mold and three of them, one being extremely rare and the extremely rare bacteria Narcodia.

Overnight it seemed, the woman I was, who hit the gym every day, hiked Cowels Mountain; Ran Lake Murray; ran 5 –Ks every month; Kickboxing every Saturday, Mudd Runs, and training for a Spartan Race; I had nothing left. I lost all muscle mass and whatever body weight was left of me; I lost that too. My healthy weight, of muscle is 125-130 depending on where I am in my fitness training. As I was losing pieces of Michelle, I surpassed the 120 lbs that I was told I could not drop past. At 111 lbs, and am sad to say, I have an up-close and personal view of what I look like dead. Emaciation is not pretty and scary. I was disappearing and fatigue swallowed me whole taking the happy, healthy life I was living away. The simplest of tasks I could not do. I could not shower or wash my own hair; I did not have the physical strength to stand in the shower. Stairs became my worst enemy. Routine honey-do chores could not be done by me, so my Mom and my Boyfriend, tried to do it all, while tending to me. All the simple little things we all take for granted and do every day, I could not do, and no matter how I tried, the storm that I had become, became a Category 7 Hurricane of loss.

My greatest loss is the energy and strength I had to keep up with my boys. My Grandsons are everything to me, Logan who is now 7 and Liam, 5, beautiful, intelligent, and quick on their feet, 100% boy with two switches on and wide open. Both are on the Spectrum and it takes strength and energy to redirect or keep up with them. It was one of the biggest reasons I trained so hard. Every other weekend they were at YaYa's and Poppa's house and we would go on adventures; the beach, parks, swimming, shopping, the mall; Viejas Water Fountain, Sea Port Village; Balboa Park; Belmont Park; Julian, we did it all; to expose them to changes, and environments that would cause sensory overload, and help them learn to let go, and control their fears, and anxiety. Overnight, I lost the most important time and memories of my life. They do not understand why I can no longer pick them up; having no strength and a Gro-Shung Catheter in

2

USA11

PCN: 8171861001176 DCN: 8171861001176001 DT Received: 7/5/2017 9:00:00 AM DT Scanned: 7/5/2017 9:43:26 AM Page 6 of 9

Michelle Gibson
8330 Blue Lake Dr.
San Diego, CA 92119

9 June, 2017
Workman comp Claim Case: Y67C39822

my chest prevents that. They do not understand why weeks or months have gone by without them seeing me or coming home. When they do come home, it is different. I am different and each time, what is left of my heart, shatters.

This last year has been the hardest; and as this storm ragged against my body, it took its toll on everything I was and now am. I understand that I will never truly be who I was before this happened. I understand my immune system will forever be weakened and I will have to take extra precautions to stay healthy, and I am working hard on learning to live with that. I have had to make the hard decisions and get my affairs in order; provide a letter of intent for my family, and talk to my children about the possibility of this taking my life. It is never a conversation a once vibrant, healthy Mom ever wants to have with their children, but I did. I work hard to stay positive because I know those who love me, are watching everything I do, with the hope of not adding more worry or fear, I have stayed the course and surrounded myself in light. It breaks my heart to see the worry etched into my Mom's face, and at 73, she is running circles around me and has been taking care of me, when I should be the one, taking care of her. On my bad days, I fight and focus on all the blessing I have. I do have many. I have an incredible support group. My family and closest friends have rallied around me. My Company, CSA, and the team I support at SPAWAR 5.0 have been the knot at the end of my rope. Each one doing all they could/can to assist and help in my recovery. I drag my IV gear and meds, with me to work, so I am not stressed about missing days, or time or letting down my team. It is because of all of them, I do my best to keep things in perspective, because even though I am facing what seems an insurmountable mountain, I know there are others who are walking a valley way deeper than mine.

I have good days, and not so good days, and as much as I try, the storm that I have become, rages. Several antifungal meds and the side effects; what they do to your body to save you, are awful, "Sometimes the cure is worse than the cause." Needing the strongest medicine (Verconesole), that has the best mortality rate, to be able to fight this storm, and save my life, was destroying my liver and it too assaulted and destroyed my body. The decision was made to place me on a less toxic dose, of IV meds(Microfungin), only to find, it was not strong enough so instead of doing an IV infusion once in the morning, for 1.5 hours. I now do them in the evening as well 1.5 hours. I also take a Sulfate antibiotic for the bacteria, Narcodia three times a day. Each infusion, and sulfate dose, is without missing a day, and was told I am looking at 6-9 months of IV treatment. I was also told if the sulfate medicine does not impact the bacteria, I will have to have IV meds for that as well. The difference with that medicine, it is too toxic to do at home on my own, and if that happens, I will be admitted to the hospital for treatment.

3

Michelle Gibson
8330 Blue Lake Dr.
San Diego, CA 92119

9 June, 2017
Workman comp Claim Case: Y67C39822

Something I do not want to have happen. I have in-home nurse who comes to my house every Monday to clean my bandages, take my vitals; my levels/blood work and check my mental status and physical strength. I have had some progress, only to get knocked back. As of today, I have put on 8 lbs which is awesome. I still cannot do as I used to; but I do keep trying. I keep trying to regain some of me that I have lost, and the life that I loved.

This is just a brief overview of why I am coming to see you. There is much information to share, and many holes that need to be filled. The information I have provided you is not just "emotion" it is the facts of my life and what I know to be true. You will find Sir, I am very well aware that my word is the only valuable possession I own. It is the only thing that cannot be taken, or lost. It is something I have to give, and something that I stand on. I know firsthand you can lose everything else, your Home, Career, Money, Monetary things… all of which mean nothing, if you lose your health. If you have your health, you have it all and everything else is small in comparison. My word is all I have. I stand by it; on it; without malice; and with unwavering conviction.

I look forward to meeting you 22 June and answering the questions you may have.

Sincerely,

Michelle Gibson ~ 9 June, 2017

4

Copy to: Patricia Fernandez, Hartford Workman's Comp Case Manager
Workman comp Claim Case: Y67C39822

USA13

# EXHIBIT 4

USA14

APPENDIX 13.1-A

# INDOOR ENVIRONMENTAL QUALITY QUESTIONNAIRE

**Command:** SPAWAR, OFFICE OF THE CHIEF ENGINEER

**Room/Work Location:** I am now located in OT3 ROOM 1506

**Building:** __OT3 ROOM 1910A
(Location where symptoms occurred)._____Oct, 2015 to present_____
**Date:** 22 APRIL, 2016_____

**1. Do you have any complaints?**
YES_X_____   NO_____

**Do you have any health problems or allergies that might account for any of these symptoms?**
YES___x___   NO_____

**If YES, check all that apply:**
___X__ temperature too cold          __X__ dust in the air
____X__ temperature too hot          _____ disturbing noises
__X__ lack of air circulation          __X___ odors
_____ other (please specify)

**If yes, please describe:** _I take an over the counter antihistamine daily for sinuses

**2. When do these problems occur?**
_____ morning
_____ afternoon
___x__ all day
_____ specific times(s)
          when? _when I am in the 5.0 Spaces_____
_____ specific day(s)
          when? _____
_____ no noticeable trend

**4. Check any of the following that apply to you:**
__X____ wear contact lenses
_____X_ operate video display terminal at least 10% of
          the workday
___x__ operate special office machines or equipment – specify
          type & frequency
          ___Computer, MFD, phone; VTC/Audio Bridge in conference rooms_____.

**3. Health problems or symptoms:** Describe in three words or less each problem or adverse health effect that you experience more than two times per week.

**Example: runny nose**

Symptom #1 Several Upper respiratory Infections / heavy weighted chest feeling.  Incapable and routine exercise, caused by multiple pulmonary nodules in lungs.  Caused by exposure to mold. Exhaustion and fatigue

Symptom #2 Watery eyes - Burning Eyes

Symptom #3Dry eyes– blurry vision

Symptom #4 Dry Eyes - Pressure in Eyes Head / chest congestion – eczema, dry horse throat

Symptom #5 Pressure in Forehead / Sinus Pressure Headaches, runny nose and sore throat

Symptom #6 Night sweats, insomnia, foggy headed, dizzy/ vertigo

Do any of the above symptoms clear up within 1 hour
After leaving work? YES_____   NO__x___

If no, which symptom(s) persist throughout the week?
(Circle appropriate symptom number)
Symptom:
Several Upper respiratory Infections / heavy weighted chest feeling.  Incapable and routine exercise, caused by multiple pulmonary nodules in lungs.  Caused by exposure to mold. Exhaustion and fatigue; Night sweats, insomnia

**5.  Are you taking any medication?**  YES_X_____   NO_____
**If yes, what?**  I take Amtriptyline 20 mg daily. I have been taking Amtriptyline since May, 2012 due to a head injury caused by a car accident. I take over the counter antihistamine for sinuses– 1 daily; Due to multiple pulmonary nodules in my lungs, recently prescribed 3 inhalers, Advair once in the morning; Flovent, twice in the evening, and in case of emergency, Pro Air as needed.

**6.  Do you smoke?**
          YES_____   NO_ X

**7.  Do others in your immediate work area smoke?**
          YES_____   NO X_____

**8.  What is your job title or position?** _Senior Consultant, Client Solutions Architects, SPAWAR 5.0 Front Office, Executive Support.

**9.  Briefly describe your primary job tasks:** Front Office Support
VIP Escort Liaison to and from Meetings; Calendar review and management, directed all incoming calls, distributed all incoming message traffic, provided liaison support for visitors, processed and reviewed all outgoing message traffic, reserved parking, and assisted with facility issues; Flag/Executive Support// Meeting Schedule Coordination and/or cancel;
Records Management
Track and monitor all incoming and outgoing correspondence for adjudication and signature.  Request and provide5.0 DRS # for all 5.0 documents.  Worked closely with Corp Admin for serialization and distribution, and TRAVEL: Process DTS Orders, vouchers and itineraries including creating agendas, confirming approval from SPAWAR Counsel for internal and flag mission essential travel, entering orders and developing vouchers, clearances.

**10.  Can you offer any other comments or observations about your office environment?** I began working in OT3 Office of the Chief Engineer on 29 April, 2013.  Environmental issues have been ongoing in our SPAWAR 5.0

USA00000052

APPENDIX 13.1-B

spaces, and though efforts have been taken to rectify the issue, none have corrected the issue. The issues are many, we have been exposed to aldehyde poisoning; TCE; high levels of humidity and $CO_2$; fiberglass, re-contaminated air due to poor circulation. . .  We've had ongoing leaks in several locations in our spaces, as well as a Water Main break.  We have been displaced due to these issues multiple times, and are currently displaced again due to the discovery of mold.

**11.  Your name (OPTIONAL)**  Michelle Gibson

**12.  Your office phone number (OPTIONAL)** 619-524-7209

**OFFICIAL USE ONLY**                                                      File number_____

USA00000053

APPENDIX 13.1-B

# OCCUPANT DIARY/SYMPTOM LOG

**Occupant Name: Michelle Renee' Gibson**          **Command: _SPAWAR 5.0 OFFICE OF THE CHIEF ENGINEER**

**Building: _____OT3 _____**   **Room/Work Location: _1506_____   Phone: ____619-524-7209_____**

On the form below, please record each occasion when you experience a symptom of ill health or discomfort that you think may be linked to an environmental condition in this building.

It is important that you record the time, date and your location within the building as accurately as possible.  This will help us identify conditions (e.g., equipment operation) that may be associated with your problem.  Also, please try to describe the severity of your symptoms (e.g. mild, severe) and their duration (the length of the time that they persist).  Any other observations that you think may help should be noted in the "Comments" column.  Feel free to attach additional pages or use more than one line for each event if you need more room to record your observations.

| Date/Time | Location | Symptom | Severity/Duration | Comments |
|---|---|---|---|---|
| 21 April/ 1020 | OT3 – Room 1506 | None at this time | n/a | n/a |
| 21 April/1400 | OT3 – 5.0 Spaces | Heavy chest/runny nose, itchy eyes | About an hour | Entered 5.0 spaces to file RDML Ailes files.  I was in the spaces about 5 minutes. Upon entering the spaces, notice a very powerful smell. |
| 25 April/0630 | OT3 – Room 1506 | Clear | N/a | |
| 25 April/0800 | OT3 - Room 1506 | Sneezing; nausea; chills and headache | 0800 - 1015 | Not sure where this came from. I felt fine this morning.  May be flu, had people out last week with the flu… *Left office at 1100 out sick for a week; flu; gluten attack and kidney infection.  Dr. stated, due to my compromised immune system, I am more susceptible to virus and the like.  Returned to the office 2 May. |

USA00000054

APPENDIX 13.1-B

| 2 May, 2016 | OT3 - Room 1506 | Headache; nausea | All day | Residual affect from being so sick the week before. |
|---|---|---|---|---|
| 3 May, 2016 | OT3 - Room 1506 | Much better than Monday. Slight headache and nausea. | All day | N/A |
| 4 May, 2016 | OT3 Room 1506 | Gradually subsiding: Slight Headache and nausea | All day | N/A |
| 5 May, 2016 | OT3 Room 1506 | No symptoms | All day | N/A |
| 6 May, 2016 | OT3 Room 1506 | No symptoms | All day | N/A |
| 9 May, 2016 | Out of office | | | N/A |
| 10 May, 2016 | Dry horse throat. | Could be weather | All day | N/A |
| 11 May, 2016 | OT3 Room 1506 | No symptoms | All day | N/A |
| 12 May, 2016 | OT3 Room 1506 | No symptoms | All day | N/A |
| 13 May, 2016 | OT3 Room 1506 | No symptoms | All day | N/A |
| 16-18 | OT3 Room 1506 | Headache, stomach ache, severe chest pains, heavy chest, back pain, weakness, fatigue, body aches, sweats, chills, no fever | All day | Started at home at 1100 on Sunday 15 May. Possible gluten, pancreatitis, ulcers... sent home early every day. Had gastrointestinal test done on Friday, 20 May. Results came back good.  More blood work. Waiting for results. Dr. thinks lungs and intestinal issues could be related. Have a Dr. Appointment on 31 May to see Pulmonary Specialist. |

USA00000055

APPENDIX 13.1-B

**OFFICE USE ONLY**
**File Number:** _____    **Received By:** _____    **Date Received:** _____

USA19

USA00000056

# EXHIBIT 5

USA20



**DEPARTMENT OF THE NAVY**
NAVAL MEDICAL CENTER
34800 BOB WILSON DRIVE
SAN DIEGO, CALIFORNIA 92134-5000

IN REPLY REFER TO:

6260.5
PCC 16-020C
14 Jan 16

From:  Commanding Officer, Naval Medical Center San Diego
To:    Commanding Officer, Space and Naval Warfare Systems
       Command San Diego (UIC 00039), 4301 Pacific Highway, San
       Diego, CA 92110-3127

Subj:  INDOOR AIR QUALITY SURVEY

Ref:   (a) OPNAVINST 5100.23G

Encl:  (1) Indoor Air Quality Survey

1.  This survey is based on standards and guidelines established
by reference (a).

2.  Enclosure (1) is your indoor air quality survey.

3.  For follow-up assistance, my point of contact is Jeffrey S.
Duffy, CIH at 619-548-48622 or Jeffrey.s.duffy.ctr@mail.mil.

J. S. SPILLMAN
By direction

USA21

6260.5 16-020C

# INDOOR AIR QUALITY RESULTS
## SPAWARSYSCOM Pacific Highway

**Department**:  COMSPAWARSYSCOM SD, 5.0 Office of Chief Engineer and 4.0 Logistics and Fleet Support

**Location:**  Pacific Highway facility, Building OT3, Rooms 1901, 1903, 1905, 3829, 3845, 3918, and 3922

**Date of Survey**:  16 Nov 2015

**Point of Contact:** Faith Logg                          **Phone Number:**  858-537-8793
                                                          **Email:** Faith.logg@navy.mil

**Industrial Hygiene Point of Contact:**  Dr. J. Duffy          **Phone Number:**  619-548-4862

**Background:**

Ms. Faith Logg, Safety & Environmental Officer requested an indoor air quality survey by the Industrial Hygiene Department.  There were some complaints recently from workers in the area regarding odors, eye irritation, nausea, congestion, and coughing which had been occurring sporadically for approximately 8 – 12 months.  Over the last several years, there have been a couple of instances of water intrusion into the interior portions of the office space resulting in the leak repairs and replacement of some carpets, furniture and ceiling tiles.

**Findings:**

1.  A visual inspection of office spaces in the 5.0 offices did not detect any offense or unusual odors that might be indicative of a water intrusion problem.  Specific inspections of Rooms 1901, 1903, and 1905 did not reveal any issues regarding water intrusion.  There was no evidence of any visible signs of moisture either on the day of the inspection or in the recent past.

2.  A visual inspection of the office spaces in the 4.0 offices also did not reveal the presence of any offensive or unusual odors.  Specific inspections of Rooms 3829, 3845, 3918, or 3922 also did not reveal any issues regarding water intrusion either present at the time of the inspection nor in the recent past.

3.  A visual assessment of the perimeter of the office spaces on the inside of the building and of the perimeter of the building exterior likewise did not reveal any unusual problem areas that may contribute to a moisture intrusion problem or the nuisance/health complaints being experienced inside the office spaces.

**Recommendation:**

1.  Since no evidence of water intrusion or mold growth was found, if staff complaints continue, suggest you explore other issues such as HVAC balancing, adequate outdoor makeup air, or recent introduction of new furniture or building products.

2.  Should you have any questions regarding this report, please contact Dr. J. Duffy, CIH, at (619) 548-4862 or email Jeffrey.s.duffy.ctr@mail.mil.

2

USA22

USA00000145

# EXHIBIT 6

USA23

| | Person A Collaboration Area | Date Noticed | Person B Collaboration Area | Date Noticed | Person C Collaboration Area | Date Noticed | Person C Collaboration Area | Date Noticed | Person E Reception | Date Noticed | Person F Reception | Date Noticed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Watery Eyes | X | | | | | | | | x | Nov - Dec 2015/Jan 2016 | | |
| Dry Eyes | X | | | | | | | | x | Nov - Dec 2015/Jan 2016 | | |
| Burning Eyes | X | | | | | | | | x | Nov - Dec 2015/Jan 2016 | | |
| Pressure in Eyes | X | | | | | | | | x | Nov - Dec 2015/Jan 2016 | | |
| Blurry Vision | X | | | | | | | | x | Nov - Dec 2015/Jan 2016 | | |
| Pressure in Forehead / Sinus Pressure | x | | | | | | | | x | nov - Dec 2015/Jan 2016 | | |
| Headaches | X | | | | | | | | x | Nov - Dec 2015/Jan 2016 | | |
| Runny Nose | x | | | | | | | | x | Nov - Dec 2015/Jan 2016 | | |
| Sore Throat | x | | | | | | | | x | Nov - Dec 2015/Jan 2016 | | |
| Head / chest congestion | x | | | | | | | | x | Nov - Dec 2015/Jan 2016 | | |
| Fatigue | X | | | | | | | | x | Nov - Dec 2015/Jan 2016 | | |
| Eczema | x | | | | | | | | x | Feb - Dec 2015/ Jan 2016 | | |
| *Infection in lungs | x | Nov-Dec 2015/Jan-March, 2016 | Multiple Upperespitory Infections from 30 Nov, 2015 - 02 Feb, 2016 | | | | | | x | | | |

**\* Michelle's Daily Log response to Office Conditions:**

<u>**01 Feb, 2016**</u>
0620 - Clear
0800 -Dry sore Throat
1519 - Sinus Pressure / Headache/ Heavy Chest

<u>**02 Feb, 2016**</u>
0628 - Clear
0729 - Dry eys / skin
1304- Sinus Pressure / Headache/ Heavy Chest
1500 - congested, snotty
\* May be food issue

<u>**03 Feb, 2016**</u>
0633 - Slight Headache
0740 - Dry Throat
0930 - Sore Throat.
1400 -  Sinus Pressure / Headache/ Heavy Chest

# EXHIBIT 7

USA25

# STEWART LONKY, M.D., F.A.C.P.

## DIPLOMATE, AMERICAN BOARDS OF INTERNAL MEDICINE
## & PULMONARY MEDICINE

81767 Dr. Carreon Blvd., Suite 203
Indio, CA  92201
Ph. (877) 775-4277
Fax (760) 239-6890

**August 24, 2017**

The Hartford
P.O. Box 14187
Lexington, KY  40512
Attn: Patricia Fernandez, Claims Specialist

## PANEL QUALIFIED MEDICAL EVALUATION IN INTERNAL MEDICINE AND PULMONARY MEDICINE MEDICAL-LEGAL REPORT

| | |
|---|---|
| **RE:** | Michelle Gibson |
| **DOI:** | October 15, 2015 |
| **EMPLOYER:** | Client Solutions Architects, LLC |
| **OCCUPATION:** | Administrative Assistant |
| **CLAIM NO.:** | Y67C39822 |
| **WCAB/EAMS NO.:** | N/A |
| **PANEL NO.:** | 2057904 |
| **DOE:** | August 24, 2017 |

Based on California Code of Regulations 9793 Paragraph (h), 9795, and Paragraphs (b), (c) and (d), this report is billed under the **ML 104-95**

This report is an **Extraordinary Comprehensive Medical-Legal Evaluation** and includes the following **COMPLEXITY FACTORS** (**4 factors for ML 104**)

**Explanation of circumstances and justifications for use of procedure codes:**

1. Face to face time with patient (History and physical examination) **2.5** hour(s)
2. Record review time 1069pgs, 5.345" (Sorting, reading, summarizing 2+ hrs) **12.5** hour(s)

USA26

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 2

3. Report preparation time **1** hour(s)
4. Medical research (provide excerpts & list of citations) (2+ hrs.) **2.5** hour(s)
5. Addressing causation **y**
6. Addressing apportionment __
7. Three or more employers and injuries addressing apportionment of injuries **n**
Prior multiple injuries to same body system **n**
Two or more injuries to two or more body systems __
8. Evaluation involving prior multiple injuries to the same body part or parts being evaluated, & three or more complexity factors (1-6) addressed: Yes/No

**\*\*This is a medical legal report and does not qualify for a PPO/Network discount.**

Date of Report: August 24, 2017

Signed this **21st** Day of September, 2017 at Los Angeles County.

Dear Gentlepersons:

I had the opportunity of evaluating Michelle Gibson in my capacity as a Panel Qualified Medical Evaluator on August 24, 2017, in compliance with the guidelines established by the Industrial Medical Council. This examination was conducted at 690 Otay Lakes Rd Ste 110, Chula Vista, CA 91910-8904. The following report is based on a comprehensive history and physical examination, review of available medical records, and laboratory data.

This report was compiled with the help of Melanie Conley, Medical Historian, who assisted in obtaining historical information on this patient.

I personally performed this evaluation based on a specific request from the patient and the insurance company. I was asked to physically examine and evaluate the injured worker and to prepare a report in answer to specific medical legal issues as stated in the cover letter. The following report is based on a comprehensive history and physical examination, review of available medical records, and laboratory data.

USA27

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 3

## HISTORY OF PRESENT ILLNESS

Ms. Michelle Gibson is a 52-year-old Caucasian female who started working for Client Solution Architects as an administrative assistant on April 29, 2013. She worked directly for the chief engineer who was a senior consultant to the admiral at the base. This work was at a facility known as SPAWAR which is Space and Naval Systems Warfare Systems, located in San Diego, California. This center, SPAWAR, was also the site of her prior employment, commencing in 2010, where she worked for another company known as Booz Allen in the same capacity.

She worked initially for Booz Allen at this location in building OT1, commencing in 2010, until she had an auto accident in 2012. She returned to work after recovering from her auto accident and was stationed in a new building, OT4 where she continued to work for Booz Allen until March 2013 when she was let go secondary to a funding cut. She commenced her work for Client Solutions Architects in building OT3 in April 2013 to the present time, with many episodes of being relocated during that course of employment secondary to problems with the indoor air environment in building OT3.

She related to SPAWAR and all of its buildings were constructed in the 1930s, when the built bombers, weapon, and weaponry. In fact, she states that OT3, her office that she was located in for Client Solution Architects, was an office that was constructed right where various munitions were constructed. She stated much of the construction inside was brand new and was "beautiful."

Shortly after she began her employment at Client Solutions Architects, she began noticing headaches, tightness in her chest, burning in her eyes, and some blurred vision. She stated that she had a "fogginess" and that this had become fairly apparent by August in 2013, not only to Ms. Gibson but, according to her, other employees. Since she had had a previous head injury, she considered the fact that this was simply a manifestation of her headache, but because of the number of complaints, by August 2013, testing was done and they detected high levels of formaldehyde in the building, according to Ms. Gibson. The employees were told that this was a design flaw,

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 4

and she and other employees were moved to another section, while repairs were made, including changing the furniture and some of the other accoutrements of the office. When she returned to her workspace in OT3 on the first floor, metal furniture had replaced all the wooden furniture, and unfortunately with testing again formaldehyde levels were still quite high. Once again, the entire staff was moved.

Ms. Gibson relates that in approximately September 2014, there was a water main break. This resulted in flooding and an increase in the number of mice and rats and other unwanted "guests" that were frequently seen in that building. Apparently, the space was sprayed, the water removed, and by September 2014 she was notified that in addition to formaldehyde, she had been exposed to trichloroethylene or TCE.

Shortly after September 2014, she began suffering from intermittent night sweats.

Ms. Gibson states she continued to work, without missing days from work, and that by October 2015 she started getting what she considered to be "really sick." She developed an upper respiratory infection or a "flu," had easy fatigability, shortness of breath, and apparently, she had been previously diagnosed with exercise-induced asthma years prior to this, and thought that perhaps her exercise-induced asthma was acting up. She was treated with antibiotics, and this did not significantly improve her symptoms. By February 2016, she was so sick that in addition to her chest x-ray, she had a CT scan obtained where pulmonary nodules, according to the patient many nodules, were noticed. She states that prior to this CT scan, a blood test for various antibodies related to fungus exposure, believed to have occurred secondary to the increased moisture in the environment, and came back positive for aspergillus.

She was referred to a pulmonary specialist, Julian Lichter, M.D., in San Diego, who continued to investigate the etiologies of her abnormalities. She was not producing very much sputum, she had cough and shortness of breath, and because of the abnormalities detected a biopsy was performed in 2016 via a visually assisted thoracic surgery procedure, otherwise known as VATS. This procedure is performed by passing a scope into the thoracic cavity, and obtaining multiple biopsies. Apparently,

USA29

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 5

numerous species of aspergillus were grown, along with nocardia, a partially acid-fast bacteria which is extraordinarily rare.

Ms. Gibson states that she was started on oral antifungal drugs, but a repeat CT scan at a later date showed no improvement and perhaps even a worsening of her chest x-ray picture. The patient had then been switched to intravenous micafungin and this was started in 2017, initially with a PICC line and then a Groshong catheter. The remarkable thing about all of this is she went back to work, doing her infusions of her micafungin while at work.

## PRESENT COMPLAINTS

As a result of all of her therapy, Ms. Gibson states that she had tremendous loss of energy, appetite, and strength. She had previously been fairly active, not only exercising regularly but active with her two grandchildren, who are under ten years old and demand a fair amount of energy from her. She has remained under the care of Julian Lichter, M.D., and as recently as two months ago had an unfortunate circumstance with an increase in her symptoms. In July 2017, she had a terrible feeling in her chest, went to work, gave herself her micafungin infusion, but became very short of breath. She had more wheezing than she had previously, development of a fever, and a CT scan that had been done on July 7 had shown spread, according to Ms. Gibson. She underwent a fiber optic bronchoscopy on July 21. At that time, according to Ms. Gibson, pasty material was removed from her lung, and sent for culture. Aspergillus was still present, but the nocardia had disappeared after her treatment with sulfonamides. Because of the abnormality on her chest x-ray and what had appeared to be a worsening of her picture, she was started on Cresemba, an extraordinarily new and highly potent antifungal therapeutic agent which is given orally. Initially, when she was in the hospital on August 3, 2017, she was given a single infusion of amphotericin B, but following the CT scan that was done on August 3, 2017, showing improvement in her x-ray, a CT scan, it was felt that treatment with amphotericin would not be necessary and that Cresemba would be enough.

She continues to feel weak, although she states her appetite is improved slightly. She continues to have easy fatigability, shortness of breath with exertion, and has not really been able

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 6

to engage in very much physical activity.  She is not having fevers or chills at this particular point in time.  Her cough remains nonproductive.

Because Ms. Gibson and her significant other did experience a flood in their home, they did have, according to her, an evaluation of the home which was performed in August 2017. Testing for aspergillus showed levels that were present in the house at a level lower than that which was present outdoors. This is generally accepted as a sign that there is no significant increased presence of aspergillus in her home.

## OCCUPATIONAL HISTORY

Prior to working at Client Solution architects, she worked, as noted above, at Booz Allen at the same physical location but a different building starting in 2010 through 2013.  She is unaware of any exposures that she may have suffered during that employment.

Prior to 2010, she worked in Temecula, California for ten years for Hadeff and Solar.  She was an executive assistant in that position, with no known exposures.

She worked at Hadeff and Solar from 2000 to 2008 or 2009, when she was laid off because of financial issues with the company and she went to dental assistant school from 2009 to 2010.

## PAST MEDICAL HISTORY

In 2010, she was diagnosed with exercise-induced asthma.  At this time, she was working at SPAWAR, but she was unaware if there were any "fumes" in the building.  She stated that she was not the only one complaining of cough and some chest tightness. At that time, she was told that she only had to worry about exercise.  She does not remember what kinds of tests were being done.

She denies any history of hypertension, diabetes, childhood allergies, asthma, eczema, or any other seasonal allergies.  She did have some hay fever as a youngster, she believes, and developed occasional sinus infections on a seasonal basis; however, she had no allergy testing and never had asthma or

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 7

breathing problems.

## FAMILY HISTORY

She has a father who died at age 36 of complications of diabetes and alcoholism. Her mother is 73 and in good health with no allergies and no respiratory illness. She has no family history in siblings of any allergies or asthma. She has two brothers who do not have allergies or hay fever.

## HOSPITALIZATIONS/SURGERIES:

Biopsies of the skin performed in the past. No history of skin cancers.

## ALLERGIES:

The patient is allergic to Tylenol and codeine.

## SOCIAL HISTORY

She grew up in El Cajon and has lived in San Diego most of her adult life. She lives in a house at this particular point in time, mostly with tile, but with two areas of carpeting. All of the windows have blinds and two of the rooms have drapes. She has two dogs that are "indoor and outdoor dogs" but she has no other pets. She has two children, neither of which live at home at this time, a son age 32, and a daughter age 28, who have no history of asthma or allergies.

Smoking: She smoked cigarettes until she was 20 and then she discontinued the habit.

Alcohol: She used to drink socially, but currently is off all alcohol since she started getting sick in 2015 and was placed on medical therapy for her aspergillus.

## REVIEW OF SYSTEMS

**GENERAL:** She is still weak, as noted above gets tired easily and has shortness of breath. No fevers, chills, or sweats at this time.

USA32

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 8


**HEAD:** Occasional headaches.

**EARS:** No tinnitus.

**NOSE:** No nosebleeds.

**MOUTH/THROAT:**

**RESPIRATORY:** She denies any audible wheezing.

**CARDIORESPIRATORY:** She denies any angina type pain.  She does
not have paroxysmal nocturnal dyspnea.  She does not snore.  She
does not have any signs or symptoms of obstructive sleep apnea.

**GASTROINTESTINAL:** Her appetite is fair, but she has not been
able to put on much weight and continues to hover around 114
pounds.  She has no nausea, vomiting, or diarrhea.  Bowel
movements are normal.  Her weight is down approximately 15
pounds from where she usually is.

**GU:**  She continues to menstruate and has not started any
menopausal type symptoms.  She denies any dysuria, polyuria, or
hematuria.

**NEUROMUSCULAR AND JOINT:**  She does get back pain from time to
time.  She has sciatica which she relates to her auto accident
which was noted above.

**REVIEW OF MEDICAL RECORDS**

06/02/2010 — Office Visit by Alizabeth L. Truong, MD.
SUBJECTIVE: Patient presents for skin check.  She complains of
spots on skin.  She has family history of melanoma.  She has
noticed a few new scaly spots located on her left cheek and both
arms.  She stated the areas are dry and occasionally itchy.
PAST MEDICAL HISTORY:  Breast augmentation, history of pyloric
stenosis and surgical treatment, family history of MM.
MEDICATIONS:  Advil Cold and Sinus and Advil PM.  ASSESSMENT:
1) Actinic keratosis of left posterior shoulder.  2) Actinic
elastosis.  3) Neoplasm, skin of uncertain behavior of left
medial abdomen, left medial cheek, right chin.  PLAN:
Cryosurgery with liquid nitrogen done to x1 lesion; patient to

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 9

f/u in three weeks if lesion is not resolved. Sun protection/avoidance emphasized; frequent self-exams encouraged. Tangential biopsies done with patient's consent to rule out malignancy. F/u in three weeks. (Gibson Michelle #3 Medical Records: 318-319)

06/02/2010 - Pathology Report by Khanh P. Tran, MD at Pacific Pathology, Inc. SPECIMEN: 1) Skin, right chin, shave excision. 2) Skin, left medial cheek, shave biopsies. 3) Skin, left medial abdomen, shave biopsy. IMPRESSION: 1) Intradermal nevus, with mild dermal fibrosis. No malignancy identified. 2) Consistent with solar lentigo/pigmented actinic keratosis. No malignancy identified. 3) Junctional nevus, inflamed and irritated, with pigment incontinence, excised in the plane of section examined. (Gibson Michelle #3 Medical Records: 310-317)

02/06/2013   Progress Note by Alizabeth L. Truong, MD. SUBJECTIVE: Patient presents for a NGSE. She has noticed a couple of new spots located on her face she is concerned about and would like examined. PAST MEDICAL HISTORY: History of pyloric stenosis and surgical treatment. Car accident in 2012. PAST SURGICAL HISTORY: Breast augmentation. MEDICATIONS: Amitriptyline. OBJECTIVE: Blood pressure is 122/82 mmHg. She weighed 125 pounds. Height: 67 inches. BMI: 19.58. ASSESSMENT: 1) Neoplasm, skin of uncertain behavior of the right lateral cheek, left medial cheek. 2) Actinic elastosis. 3) Nevus, non-neoplastic of face, neck, arms, chest, back, legs except for biopsy sites. PLAN: Tangential biopsies done with patient's consent to rule out malignancy. Sun protection/avoidance advised and frequent self-exams encouraged. ABCD reviewed with patient; f/u for changes in size shape, color, or if symptoms such as itching arise; sun protection/avoidance advised, frequent self-mole exams encouraged. Advised to f/u per biopsy result; six months if nothing worrisome arises sooner. (Gibson Michelle #3 Medical Records: 322-323)

02/06/2013   Pathology Report by Khanh P. Tran, MD at Pacific Pathology, Inc. SPECIMEN: 1) Skin, left medial cheek, shave excision. 2) Skin, right lateral cheek, shave excision. IMPRESSION: 1) Predominantly intradermal nevus, with dermal fibrosis and inflammation. No malignancy identified. 2)

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 10

Consistent with actinic keratosis, with overlying changes of lichen simplex chronicus and excoriation.  Possible underlying fibrous papule.  No malignancy identified.  (Gibson Michelle #3 Medical Records:  308-309)

09/04/2013 - Industrial Hygiene Indoor Air Quality Monitoring Result from Space and Naval Warfare System Command.  The test was conducted from 09/04, 09/10, 09/11, 09/24, 09/25 and 10/09, 10/11, and 10/15/2013.  PARAMETERS MONITORED:  63 organic hydrocarbons and aldehydes.  DISCUSSION/RECOMMENDATIONS:  No organic vapor or chlorine compounds were found in sampled air. No significant formaldehyde exposures were found outside the Code 50 work spaces.  Although many of the Code 5.0 sample results in the above table exceeded the OSHA maximum recommended formaldehyde exposure level of 0.1 ppm for optimal indoor air quality, most sample results were low enough to not present a health hazard.  Formaldehyde exposures exceeding OSHA standards and guidelines in Code 5.0 spaces were localized to the Krug wooden furniture within the Code SSO CHENG workspaces.  It was recommended replacing all Krug furniture within Code 5.0 workspace.  Replacement furniture, if of wooden construction, should be certified free of aldehyde products.  (Gibson, Michelle #2 Medical Records.pdf:421-424)

09/04/2013 - Industrial Hygiene Indoor Air Quality Monitoring Result from Space and Naval Warfare System Command.  The test was conducted from 09/04, 09/10, 09/11, 09/24, 09/25 and 10/09, 10/11, and 10/15/2013.  PARAMETERS MONITORED:  63 organic hydrocarbons and aldehydes.  DISCUSSION/RECOMMENDATIONS:  No organic vapor or chlorine compounds were found in sampled air. No significant formaldehyde exposures were found outside the Code 50 work spaces.  Although many of the Code 5.0 sample results in the above table exceeded the OSHA maximum recommended formaldehyde exposure level of 0.1 ppm for optimal indoor air quality, most sample results were low enough to not present a health hazard.  Formaldehyde exposures exceeding OSHA standards and guidelines in Code 5.0 spaces were localized to the Krug wooden furniture within the Code SSO CHENG workspaces.  It was recommended replacing all Krug furniture within Code 5.0 workspace.  Replacement furniture, if of wooden construction, should be certified free of aldehyde products.  (Gibson, Michelle #2 Medical Records.pdf:421-424)

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 11

07/11/2014 · Industrial Hygiene Indoor Air Quality Monitoring Result from Space and Naval Warfare System Command. The test was conducted from 07/11 and 08/11/2014. DISCUSSION/RECOMMENDATIONS: In the workspace samples no levels were found which exceeded either the occupational exposure limits or the OSHA recommended background levels for formaldehyde. (Gibson, Michelle #2 Medical Records.pdf:79)

01/30/2015 · Progress Note by Alizabeth L. Truong, MD. SUBJECTIVE: Patient complains of rash. She is concerned about some skin irritation located on her back, abdomen, and legs x6 months. She notes the irritation first appeared after going through family stress, but during that same time, she found out she may have been exposed to toxic chemicals at work. She complains of red raised bumps. MEDICATIONS: Triamcinolone, Aleve-D Sinus and Cold, and amitriptyline. OBJECTIVE: She weighed 125 pounds. Height: 67 inches. BMI: 19.58. Face: Actinic damage. Nose: Left nasal ala with yellow waxy 2 mm papule. Neck: Poikiloderma. Chest/back: Scattered tan macules and papules; posterior trunk with few 1 to 2 cm annular red scaly plaques. Abdomen: Scattered tan 2 to 6 mm macules; some annular red scaly plaques on mid abdomen. Arms: Tan macules and papules. Hands: hyperlinear palms. Thighs and legs: Scattered 2 to 4 mm tan macules; some annular 1 to 2 cm red scaly plaques. ASSESSMENT: 1) Dermatitis, NOS, differential diagnosis eczematous dermatitis from personal stress versus eczema-like drug eruption versus other. 2) Actinic elastosis. 3) Xerosis cutis. PLAN: Continue triamcinolone. Advised to avoid hot long showers. Gentle cleansers such as CeraVe or equivalent advised. Use of emollients is suggested within three minutes of showering. Apply topical steroid sparingly. Punch biopsy done. Sun protection/avoidance advised and frequent self-exams encouraged. Advised that sun protection/avoidance is very important. F/u per biopsy result. (Gibson Michelle #3 Medical Records: 326-327)

01/30/2015 · Pathology Report by Doyle D. Hansen, MD at Pacific Pathology, Inc. SPECIMEN: Skin, right abdomen, punch biopsy. IMPRESSION: Spongiotic dermatitis. (Gibson Michelle #3 Medical Records: 307)

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 12

04/24/2015   Progress Note by Alizabeth L. Truong, MD.
SUBJECTIVE: Patient complains of a spot on nose. She notes she
had a "white head" on her nose and picked at the skin. PAST
MEDICAL HISTORY: History of pyloric stenosis and surgical
treatment. Car accident 2012. PAST SURGICAL HISTORY: Breast
augmentation. MEDICATIONS: Aleve-D Sinus and Cold and
amitriptyline. OBJECTIVE: Face: Central facial erythema and
telangiectasias. Nose: Excoriated papule of left nose tip.
Forehead: Yellow waxy papules. Right Cheek: Telangiectasias.
Left Cheek: Telangiectasias. Perioral: Excoriated papules.
ASSESSMENT: 1) Comedones. 2) Excoriation. PLAN: Start
tretinoin topical cream 0.1%. Use retinoid followed by
moisturizer. Advised to use sunscreens and avoid sun if
possible to minimize dyspigmentation from acne scarring.
Advised to avoid picking at her skin. F/u in one year or as
needed. (Gibson Michelle #3 Medical Records: 331-332)

03/11/2016   Bilateral Screening Mammogram with Implants by
Nilofar Firooznia, MD. INDICATION: History of breast
augmentation, asymptomatic. COMPARISON: 06/18/14 and 04/03/13.
IMPRESSION: Category II   benign finding. RECOMMENDATIONS:
Routine screening mammogram in one year. (Gibson Michelle #3
Medical Records: 218-220, 293-295, 398-400)

03/11/2016   CT Chest without Contrast by William Snyder, MD at
Imaging Healthcare Specialists. INDICATION: Pulmonary nodule.
Asthma, recent UTIs. COMPARISON: 2010; 12/09/11. IMPRESSION:
1) Left lower lobe pulmonary nodule is calcified and consistent
with benign calcified granuloma. 2) There is mild peribronchial
thickening and centrilobular nodules with mild bronchiectasis
involving the inferior right middle lobe. Cannot exclude
bronchiolitis. 3) Additional area of small centrilobular
nodules in the lateral left lower lobe may also represent small
focus of bronchiolitis. Largest nodule measures 3 mm. Consider
followup CT scan after appropriate interval therapy in six
months. 4) Small patchy atelectasis in the left suprahilar
location may also be root in relation to of peribronchial
thickening. (Gibson Michelle #3 Medical Records: 221-223, 296-
298, 401-403)

03/15/2016 - Indoor Air Quality from Occupational Services,
Inc., by Johnny Lim (Industrial Hygienist). The results of the
indoor air concentrations of spores collected on 03/15-16/2016

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 13

were elevated in OT-1 2nd Deck Near Handicap Elevator and OT-3 Office 1900 Comer - Water Intrusion Zone. The air sample collected in OT- 1 2nd Deck Near Handicap Elevator reported concentrations of Stachybotrys spores of 43 0 spores/m3. Stachybotrys spores were not typically picked up in air samples as a result of their size, and tend to settle out of the air. A tape lift sample was also collected from the piping insulation cover above the handicap elevator and resulted in a general observation of Stachybotrys mold growth. Considering the results of the tape lift and the air sample at OT-1 2nd Deck Near Handicap Elevator location, the potential for indoor mold contamination was high in that location. EMLab P&K Laboratory also assigned a MoldSCORE of 300 to that location, which indicated that the potential for indoor mold contamination was high. The air sample collected in OT-3 Office 1900 Corner - Water Intrusion Zone had elevated levels of Penicillium/Aspergillus of 9100 spores/m3. It was not unusual to find Penicillium/Aspergillus spores indoors in low concentrations, but the level observed were elevated and approximately 50 times the concentration outdoors. The concentration and the MoldSCORE by EMLab P&K laboratory of 300 indicated that the potential for indoor mold contamination was high in that location. The direct microscopic analysis of the tape samples collected in OT-1 Office 2038 HVAC Supply Vent and OT-1 Office 2036 Near HVAC Supply Vent also resulted in a general impression of mold growth. All dust samples collected from the carpet in Office 1901, 1900, 1905, 1914, and 1271 did not show signs of mold growth. OSI GENERAL RECOMMENDATIONS: During all remediation processes, personal protective equipment should include: N95, disposable coveralls, eye protection, and nitrile gloves. As feasibly possible, cover all non-affected surfaces to prevent the spread of spores during repairs and remediation. Maintain affected areas under negative pressure during remediation. Identify water intrusion sources and repair. (Gibson, Michelle #2 Medical Records.pdf:554-574)

03/23/2016 - Office Visit by Julian Lichter, MD. SUBJECTIVE: Patient presents with recurrent bronchial infections, calcified lung nodule, minimal subtle centrilobular nodules in LLL and RML. Questionable bronchiolitis, cough, fatigue, and asthma. PAST MEDICAL HISTORY: Childbirth, Bell's palsy, history of abnormal chest CT, history of allergic sinusitis, history of anxiety, cough, dyspnea on exertion, exercise-induced asthma,

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 14

fatigue, history of gluteal pain, history of asthma, history of
backache, history of basal cell carcinoma, history of fatigue,
history of malignant neoplasm of skin, history of multiple
pulmonary nodules, history of pneumonia, history of
radiculopathy, history of shortness of breath, history of
urinary tract infection, history of knee pain, history of lung
nodule, multiple pulmonary nodules, history of neck pain, and
history of vitamin D deficiency. PAST SURGICAL HISTORY:
Pyloric stenosis, breast augmentation, closed head injury,
history of biopsy skin, and history of tubal ligation.
MEDICATIONS: Amitriptyline HCl, Flovent HFA, and Aleve Cold and
Sinus. ALLERGIES: Tylenol and codeine. OBJECTIVE: Blood
pressure is 124/70 mmHg. She weighed 130 pounds. Height: 5
feet 7 inches. BMI: 20.36. BSA: 1.68. Heart rate: 86.
Temperature: 98.7. O2 saturation: 99, room air. Mild
tenderness at level of bra strap post. ASSESSMENT: 1) History
of cough. 2) Cough. 3) Dyspnea on exertion. 4) Exercise-
induced asthma. 5) Fatigue. 6) Multiple pulmonary nodules. 7)
Shortness of breath. PLAN: PFTs show mild restriction, but
slow. Vital capacity is greater than forced vital capacity, so
probably has airflow limitation with poorly communicating
airspaces. She should respond to bronchodilators. She was on
Advair in the past. Advised to use Advair in the morning and
Flovent at night. Will not add montelukast or Spiriva for now.
Ordered labs. Will monitor changes on CT over time, but no need
to do any additional workup in this regard at this time. F/u in
two months. (Gibson Michelle #3 Medical Records: 185-188, 260-
263, 365-368)

03/23/2016 - Spirometry Report from Welch Allyn CardioPerfect
Workstation. IMPRESSION: Unconfirmed interpretation. MD
should review. (Gibson Michelle #3 Medical Records: 227-229,
302-304, 407-409)

04/01/2016 - Laboratory from Quest Diagnostics. High rheumatoid
factor of 17. Aspergillus fumigatus positive. (Gibson Michelle
#3 Medical Records: 58-60, 204-212, 279-287, 384-392)

05/31/2016 - Clinical Summary Report by Naomi Grady, M.D. The
patient had coughed dyspnea on exertion, encounter for
preventive health examination, esophageal reflux, exercised-
induced asthma, fatigue, gluten intolerance, mold exposure,
multiple pulmonary nodules, and shortness of breath. CURRENT

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 15

HEALTH ISSUES:  She had cough, dyspnea on exertion, esophageal reflux, exercised-induced asthma, fatigue, gluten intolerance, mold exposure, multiple pulmonary nodules, and shortness of breath.  SURGICAL HISTORY:  She had a history of biopsy skin, breast surgery cosmetic procedures, tubal ligation.  CURRENT MEDICATIONS:  She was on Advair Diskus 250-50 mcg/dose inhalation aerosol powder breath activated, Amitriptyline HCl 10 mg oral tablet, Flovent HFA 220 Mcg/Act inhalation aerosol, and ProAir RespiClick (90 base) MCG/ACT inhalation Aerosol powder breath activated.  ALLERGIES AND ADVERSE REACTIONS:  She had allergies on codeine derivatives, and Tylenol.  PHYSICAL EXAMINATION:  Her blood pressure was 114/80 mmHg and weighed 126 pounds.  PLAN:  She was to continue with inhalers.  She was unable to exercise as she did before.  (Gibson, Michelle #2 Medical Records.pdf:200-206)

05/31/2016 - Office Visit by Julian P. Lichter, MD.  SUBJECTIVE: Patient presents for followup of cough, dyspnea on exertion, encounter for preventive health examination, esophageal reflux, exercise-induced asthma, fatigue, gluten intolerance, mold exposure, multiple pulmonary nodules, and shortness of breath. Feeling better since they changed her working environment. Prone to gluten reactions for past year and a half.  When it occurs, it knocks it out.  Left with severe fatigue.  Also abdominal pain severe and bloating.  Now 90% resolution.  Mild in her previous workspace.  Hypersensitivity pneumonitis shows exposure to Aspergillus fumigatus.  Has centrilobular nodules LLL, RML.  Vitamin D is low.  Also has anemia.  Heartburn from the gluten reaction.  Prilosec helped.  PAST MEDICAL HISTORY: History of abnormal chest CT, history of allergic sinusitis, history of anxiety, cough, dyspnea on exertion, esophageal reflux, exercise-induced asthma, fatigue, history of gluteal pain, gluten intolerance, history of asthma, history of backache, history of basal cell carcinoma, history of Bell's palsy, history of fatigue, history of malignant neoplasm of skin, history of multiple pulmonary nodules, history of pneumonia, history of radiculopathy, history of shortness of breath, history of urinary tract infection, history of knee pain, history of lung nodule, multiple pulmonary nodules, history of neck pain, shortness of breath, and history of vitamin D deficiency.  PAST SURGICAL HISTORY:  History of biopsy skin; history of breast surgery cosmetic procedures; and history of tubal ligation.  MEDICATIONS:  Advair Diskus, amitriptyline

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 16

HCl, Flovent HFA, ProAir RespiClick, Aleve Cold and Sinus.
ALLERGIES: Codeine derivatives and Tylenol. OBJECTIVE: Blood
pressure is 114/80 mmHg. She weighed 126 pounds. Temperature:
98.5. Heart rate: 82. BMI: 19.73. BSA: 1.66. O2
saturation: 99. ASSESSMENT: 1) Dyspnea on exertion. 2)
Exercise-induced asthma. 3) Multiple pulmonary nodules. 4)
Encounter for preventive health examination. 5) Fatigue. 6)
Gluten intolerance. 7) Esophageal reflux. 8) Mold exposure.
PLAN: Continue inhalers. Resume exercise activities as
tolerated. Do not re-expose to moldy work area. Repeat PFTs at
next visit. Repeat CT of chest just before next visit. F/u on
08/23/16. (Gibson Michelle #3 Medical Records: 61-64, 181-184,
256-259, 361-364)

08/12/2016 - CT Chest without Contrast by Gordon Zink-Brody, MD
at Imaging Healthcare Specialists. INDICATION: Solitary
pulmonary nodule. IMPRESSION: 1) Interval progression of
centrilobular and tree-in-bud opacities in the left upper lobe,
lingula, and right upper lobe. Differential considerations
include endobronchial spread of disease including bacterial and
granulomatous disease. 2) Little change in tree-in-bud and
centrilobular opacities in the middle lobe and left lower lobe.
3) Otherwise unchanged. (Gibson Michelle #3 Medical Records:
65-67, 122-123, 215-217, 290-292, 395-397)

08/23/2016 - Office Visit by Julian P. Lichter, MD. SUBJECTIVE:
Patient presents for followup of cough, dyspnea on exertion,
encounter for preventive health examination, esophageal reflux,
and exercise-induced asthma. She reports exposure to mold in
workplace. Abnormal CT of chest with tree in bud opacities.
Questionable hypersensitivity pneumonitis. OBJECTIVE: Blood
pressure is 122/80 mmHg. She weighed 128 pounds. Temperature:
98.7. Heart Rate: 75. BMI: 20.05. BSA: 1.67. O2
saturation: 99. ASSESSMENT: 1) Dyspnea on exertion. 2)
Encounter for preventive health examination. 3) Esophageal
reflux. 4) Exercise-induced asthma. 5) Fatigue. 6) Gluten
intolerance. 7) Cough. 8) Mold exposure. 9) Multiple
pulmonary nodules. 10) Shortness of breath. 11) Dyspnea on
exertion. PLAN: Questionable bronchoscopy versus empiric
steroids. Patient is thinking about options. In retrospect,
since MAC is a distinct possibility, would recommend
bronchoscopy before starting empiric steroids. Continue with

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 17

inhalers.   F/u on 11/29/16.   (Gibson Michelle #3 Medical
Records: 73-76, 176-180, 251-255, 356-360)

08/23/2016   Clinical Summary Report by Naomi Grady, M.D.   The
patient had cough dyspnea on exertion, encounter of preventive
health examination, esophageal reflux, exercised-induced asthma,
fatigue, gluten intolerance, mold exposure, multiple pulmonary
nodules, and shortness of breath.   CURRENT HEALTH ISSUES:   She
had health issues of cough, dyspnea on exertion, esophageal
reflux, exercised-induced asthma, fatigue, gluten intolerance,
mold exposure, multiple pulmonary nodules, and shortness of
breath.   SURGICAL HISTORY:   She had a history of biopsy skin,
breast surgery cosmetic procedures, tubal ligation.   CURRENT
MEDICATIONS:   She was on Advair diskus 250-50 Mcg/dose
inhalation aerosol powder breath activated, Amitriptyline HCl 10
mg oral tablet, benzonatate 200 mg oral capsule, Flovent HFA 220
MCG/ACT inhalation aerosol, ProAir RespiClick 108 (90 base)
MCG/ACT inhalation aerosol powder breath activated inhale for
two puffs by mouth every six hours as needed for one month.
ALLERGIES AND ADVERSE REACTIONS:   She was allergies to codeine
derivatives, and Tylenol.   PHYSICAL EXAMINATION:   Her blood
pressure was 122/80 mmHg and weighed 128 pounds.   PLAN:   She was
to continue inhalers.   She was still on fatigue to reduced
exercise tolerance.   (Gibson, Michelle #2 Medical
Records.pdf:222-226)

08/23/2016 - Spirometry Report from Welch Allyn CardioPerfect
Workstation.   IMPRESSION:   Unconfirmed interpretation.   MD
should review.   (Gibson Michelle #3 Medical Records: 224-226,
299-301, 404-406)

08/28/2016 - Laboratory from SD Pulmonary.   High RDW of 16.9.
Low hemoglobin of 10.0, hematocrit of 31.8, MCV of 68, MCH of
21.3, and MCHC of 31.4.   (Gibson Michelle #3 Medical Records:
192-193, 267-268, 372-373)
08/29/2016 - Laboratory from LabCorp.   High RDW of 16.9.   Low
hemoglobin of 10.0, hematocrit of 31.8, MCV of 68, MCH of 21.3,
and MCHC of 31.4.   (Gibson Michelle #3 Medical Records: 202-
203, 277-278, 382-383)

09/02/2016 - Pathology Report by David Bylund, MD at Scripps
Mercy Hospital.   SPECIMEN:   1) Transbronchial lingula biopsies.
2) RML RUL, bronchoalveolar lavage.   3) LUL/lingua,

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 18

bronchoalveolar lavage.  IMPRESSION:  1) Fragments of alveolar
lung parenchyma, no significant abnormality identified.  2) No
malignant cells are identified.  Acute inflammation and few
fungal hyphae present.  3) No malignant identified.  Acute
inflammation.  (Gibson Michelle #3 Medical Records:  68-72, 120-
121, 194-201, 269-276, 374-381)

09/26/2016 · Drinking Water Survey from Occupational Services,
Inc., by Johnny Lim (Industrial Hygienist).  CONCLUSION AND
RECOMMENDATIONS:  The results of the lead drinking water
analysis in the sampled locations resulted in levels ranging
from 0.092-2.4 ug/l, which was well below the MCL set by
California Department of Public Health of 15 ug/l.  No further
actions were necessary.  (Gibson, Michelle #2 Medical
Records.pdf:620-625)

09/30/2016 · Laboratory from SD Pulmonary.  High RDW of 17.7 and
alkaline phosphatase of 123.  Low hemoglobin of 10.0, hematocrit
of 33.1, MCV of 67, MCH of 20.2, and MCHC of 30.2.  (Gibson
Michelle #3 Medical Records:  189-191, 264-266, 369-371)

10/11/2016 · Indoor Air Quality from Occupational Services,
Inc., by Johnny Lim (Industrial Hygienist).  The results of the
indoor air concentrations of spores were collected on 10/11/2016
and 10/17/2017.  CONCLUSION AND RECOMMENDATIONS:  The spore
concentrations in the area surveyed were compared to the indoor
concentrations and were not elevated.  The MoldSCORE for the
areas surveyed ranged from 102-127, which indicated that the
potential for mold spores to originate from an indoor source was
low and unlikely.  The carpet dust samples did not result in any
observations of mold growth.  No further actions were necessary.
(Gibson, Michelle #2 Medical Records.pdf:578-616)

10/18/2016 · Office Visit by Julian P. Lichter, MD.  SUBJECTIVE:
Patient presents for followup of cough, dyspnea on exertion,
encounter for preventive health examination, esophageal reflux,
exercise-induced asthma, and fatigue.  She complains of exposure
to mold in workplace.  Abnormal CT of chest with tree in bud
opacities.  Questionable hypersensitivity pneumonitis.  Started
coughing after starting Sporanox.  Coughing up clear sputum.
Tongue is thick and mouth is dry.  Metallic taste.  Nausea and
appetite is poor.  OBJECTIVE:  Blood pressure is 128/82 mmHg.
She weighed 126 pounds.  Temperature: 98.6.  Heart rate:  75.

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 19

Respirations: 16.  BMI: 19.73.  BSA: 1.66.  O2 saturation:
98.  ASSESSMENT:  1) Dyspnea on exertion.  2) Encounter for
preventive health examination.  3) Esophageal reflux.  4)
Exercise-induced asthma.  5) Fatigue.  6) Gluten intolerance.
7) Mold exposure.  8) Multiple pulmonary nodules.  9) Cough.
PLAN:  Will see ID specialist on 10/20/16.  Inclined to stop
Noxafil but may continue till she sees ID physician.  Ordered
chest x-ray.  (Gibson Michelle #3 Medical Records:  77-81, 170-
175, 245-250, 350-355)

10/18/2016  Clinical Summary Report by Naomi Grady, M.D.  The
patient had cough dyspnea on exertion, encounter of preventive
health examination, esophageal reflux, exercised-induced asthma,
fatigue, gluten intolerance, mold exposure, multiple pulmonary
nodules, and shortness of breath.  CURRENT HEALTH ISSUES:  She
had coughed dyspnea on exertion, esophageal reflux, exercised
induced asthma, fatigue, gluten intolerance, mold exposure,
multiple pulmonary nodules, and shortness of breath.
MEDICATIONS:  She was on Advair diskus 250-50 mcg/dose
inhalation aerosol powder breath activated, amitriptyline HCl 10
mg oral tablet, Flovent HFA 220 mcg/act inhalation aerosol,
Noxafil 100 mg oral tablet delayed release, ProAir respiclick
108 (90 base) mcg/act inhalation aerosol powder breath
activated.  ALLERGIES AND ADVERSE REACTIONS:  She was allergies
to codeine derivatives, and Tylenol.  PHYSICAL EXAMINATION:  Her
blood pressure was 128/82 mmHg and weighed 126 pounds.  PLAN:
She was to see infectious disease specialist in 10/20.  (Gibson,
Michelle #2 Medical Records.pdf:230-236)

10/18/2016  X-ray of Chest by Matthew Cronin, MD at Imaging
Healthcare Specialists.  INDICATION:  Acute onset of cough two
weeks ago.  History of exposure to mold.  On antifungal
treatment.  Initial episode of care.  COMPARISON:  06/14/10.
IMPRESSION:  Lingular infiltrate.  Recommend followup.  Stat wet
read sent at the time of the interpretation.  (Gibson Michelle
#3 Medical Records:  82-83, 214, 289, 394)

10/22/2016  CT Sinus with and without Contrast by Mark Franke,
MD at Imaging Healthcare Specialists.  INDICATION:  History of
basal cell carcinoma of the left face.  Pulmonary aspergillosis
infection.  Current flu-like symptoms.  IMPRESSION:  1) Clear
paranasal sinuses.  2) A 5 mm leftward nasal septal deviation
with left bone spur causing moderate narrowing of the left nasal

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 20

airway.  3) Referred to concurrently performed examination of the brain for intracranial detail. (Gibson Michelle #3 Medical Records: 114-115, 126-127)

10/22/2016 - CT Brain with and without Contrast by Mark Franke, MD at Imaging Healthcare Specialists.  INDICATION: Aspergillosis.  Pulmonary mycobacteria infection.  COMPARISON: 06/13/12.  IMPRESSION: 1) Normal examination.  2) No acute intracranial abnormality.  3) No abnormal intracranial enhancement.  (Gibson Michelle #3 Medical Records: 116-117, 124-125)

10/28/2016 - Laboratory Report from LabCorp San Diego.  The laboratory report was revealed unremarkable result.  (Gibson, Michelle #2 Medical Records.pdf:294-296)

11/01/2016 - Office Visit by Julian P. Lichter, MD.  SUBJECTIVE: Patient still with dry cough.  Dyspnea on exertion upstairs. Side effects from medications.  Exhausted and fatigued.  Chills and night sweats.  Mouth is dry.  Taking Aleve.  OBJECTIVE: Blood pressure is 136/90 mmHg.  Temperature: 98.7.  Heart Rate: 86.  He weighed 124 pounds.  BMI: 19.42 kg.m2.  ASSESSMENT: 1) Dyspnea on exertion.  2) Aspergillus.  3) Encounter for preventive health examination.  4) Esophageal reflux.  5) Exercise-induced asthma.  6) Fatigue.  7) Gluten intolerance. 8) Mold exposure.  9) Multiple pulmonary nodules.  10) Nocardia infection.  PLAN:  Repeat chest x-ray to follow lingula opacity. Continue antimicrobials.  Will see Dr. Crum on 10/0316.  Need to discuss the role of steroids in this process.  Got back results of galactoma and D beta glucan.  (Gibson Michelle #3 Medical Records: 85-89, 164-169, 239-244, 344-349)

11/01/2016 - Clinical Summary Report by Naomi Grady, M.D.  The patient had aspergillus, chronic cough, cough, dyspnea on exertion, esophageal reflux, exercised-induced asthma, fatigue, gluten intolerance, mold exposure, multiple pulmonary nodules, nocardia infection, shortness of breath, and unexplained weighed loss.  SURGICAL HISTORY:  She had history of biopsy skin, breast surgery cosmetic procedures, and tubal ligation.  CURRENT MEDICATIONS:  She was on Advair diskus 250-50 Mcg/dose inhalation aerosol powder breath activated, amitriptyline HCl 10 mg oral tablet, Flovent HFA 220 mcg/act inhalation aerosol, ProAir respiclick 108 (90 base) mcg/act inhalation aerosol

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 21

powder breath activated, Sulfamethoxazole-trimethoprim 800-160 mg oral tablet , Voriconazole 200 mg oral tablet. ALLERGIES AND ADVERSE REACTIONS: She has allergies to codeine derivatives, Tylenol. PHYSICAL EXAMINATION: Her blood pressure was 136/90 mmHg and weighed 124 pounds. PLAN: She was to repeat chest x-ray to follow lingula opacity, and she was to continue antimicrobials. She would see Dr. Crum on 10/03/2016. (Gibson, Michelle #2 Medical Records.pdf:244-252)

11/01/2016 - X-ray of Chest by Andrew Malcolm, MD at Imaging Healthcare Specialists. INDICATION: Acute onset cough three weeks ago. History of exposure of mold. On antifungal treatment. IMPRESSION: Essentially resolved lingular pneumonia. No acute findings. (Gibson Michelle #3 Medical Records: 213, 288, 393)

11/23/2016 - Office Visit by Julian P. Lichter, MD. SUBJECTIVE: Patient complains of exposure to mold in workplace. Abnormal CT of chest with tree-in-bud opacities. Questionable hypersensitivity pneumonitis. Aspergillus and Nocardia growing in sputum. OBJECTIVE: Blood pressure is 126/80 mmHg. Temperature: 99. Heart Rate: 90. He weighed 120 pounds. ASSESSMENT: 1) Dyspnea on exertion. 2) Aspergillus. 3) Encounter for preventive health examination. 4) Esophageal reflux. 5) Exercise-induced asthma. 6) Fatigue. 7) Gluten intolerance. 8) Mold exposure. 9) Multiple pulmonary nodules. 10) Nocardia infection. PLAN: Started on voriconazole and Bactrim by Dr. Crum. BD glucan and galactomannan have been repeated. Using antihistamine. LFTs checked by Dr. Crum. Continue antimicrobials. At some point will repeat CT of chest to evaluate progress. (Gibson Michelle #3 Medical Records: 91-94, 158-163, 233-238, 338-343)

11/23/2016 - Clinical Summary Report by Anthony Ladagana, MA. The patient had aspergillus, chronic cough, cough, dyspnea on exertion, esophageal reflux, exercised-induced asthma, fatigue, gluten intolerance, mold exposure, multiple pulmonary nodules, nocardia infection, shortness of breath, and unexplained weighed loss. CURRENT HEALTH ISSUES: She had aspergillus, chronic coughed, dyspnea on exertion, esophageal reflux, exercised-induced asthma, fatigue, gluten intolerance, mold exposure, multiple pulmonary nodules, nocardia infection, shortness of breath, and unexplained weighed loss. SURGICAL HISTORY: She

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 22

had history of biopsy skin, breast surgery cosmetic procedures,
history of tubal ligation. CURRENT MEDICATIONS: She was on
Advair diskus 250-50 Mcg/dose inhalation aerosol powder breath
activated, amitriptyline HCl 10 mg oral tablet, Flovent HFA 220
Mcg/Act inhalation aerosol, ProAir respiclick 108 (90 base)
mcg/act inhalation aerosol powder breath activated,
Sulfamethoxazole-trimethoprim 800-160 mg oral tablet ,
Voriconazole 200 mg oral tablet, Voriconazole 50 mg oral tablet.
PHYSICAL EXAMINATION: Her blood pressure was 126/80 mmHg and
weighed 120 pounds. PLAN: She was to continue antimicrobials.
She was started Voriconazole and Bactrim prescribed by Dr. Crum
with some improvement in coughed. (Gibson, Michelle #2 Medical
Records.pdf:256-264)

11/25/2016 - Laboratories from Scripps Medical Laboratories,
Clinic. Negative Aspergillus galactomannan antigen. (Gibson
Michelle #3 Medical Records: 113)

12/09/2016 - Worker's Compensation Claim Form. The claimant
sustained an injury in October-11/15 while employed for Client
Solution Architects; she had multiple respiratory infection in
03/2016 and was sent for CT scan for the lungs which showed
pulmonary disease. (Gibson, Michelle #2 Medical
Records.pdf:633)

Deposition of Michelle Gibson taken on 12/29/2016:
Page 1 & 2 - This was a call with the injured worker to discuss
circumstances concerning the claim for worker's compensation
benefits for a cumulative injury that occurred ending on or
about 10/15/2015.
Page 3   The applicant was employed with CSA, Client Solution
Architects located in San Diego. She supported the clients at
the base and SPAWAR, Space Naval Warfare Systems Command.
Page 4   She started working there on 04/29/2013 and by
09/11/2013 some of them were having side effects or residual
effects at work. They had symptoms like blurry eyes, congestion,
headaches, vertigo and rapid heart rate. When the workers
started talking to each other they realized that they were all
going through the same thing. She felt her symptoms were
residual effects from her car accident a year ago. When the new
furniture in the office was tested it was found that it had
unacceptable levels of aldehyde in office and the office space

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 23

was unacceptable for humans. An industrial hygienist was called in and they were moved.

Page 5    The chemical aldehyde was commonly found in adhesives in carpeting, insulation, furniture and new construction. CSA and supporting 5.0 had remodeled spaces and they moved in March 2013. They were feeling residual effects and it was found to be the carpet. The office space where the aldehyde was present was attacked hypoallergenically. The company removed all the furniture, stripped all the floors and removed the carpet to test the air.

Page 6    The air in office was tested again after remodeling and temporary furniture was brought before they were asked to move back in. SPAWAR was a very big campus and they were moved scattered across SPAWAR campus and moved to OT, OT3 second deck and building 28.

Page 10   They were first moved on 09/18/2013 and were back into office on 10/21/2013. The air quality was tested with the new furniture or temporary furniture and so they were moved in again.

Page 11 - They were again moved out because new furniture was brought in for the spaces which were left out gassing in the bay for couple of weeks so that no fumes were released inside the office. After that the air was tested with an empty office, with the new furniture and with the employees in the office. During that time there were rainstorms. They had severe heat where the air conditioning condensations were built and they were flooded.

Page 12 -The applicant said when they were first made aware that they were exposed to TCE, she had her blood tested for TCE and it was normal. She had four upper-respiratory infections since November 2015; her doctor ran a complete blood panel and referred her for CT scan. She informed her director of operations about the blood tests and she also was checked for mold, aldehyde and fiberglass. In March 2016, she spoke to her doctor and was told that the problem she had was work issue and she should go through Workman's Comp. Her blood reports showed a slight decline in Vitamin D. She had her CT scan on 12/28/2016, which was positive for infection and fluid in her lungs. She was referred to a pulmonary specialist and she was asked to have a bronchial biopsy.

Page 13   She had an email was dated 03/18/2016. The director of operations asked them every day how they were feeling. She informed him the CT results and he told the applicant to Google BOOP, bronchiolitis obliterans organizing pneumonia also known

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 24

as cryptogenic organizing pneumonia. It was a noninfectious disease but could be caused by toxic fumes. The third question in the email was "What was the government doing to address the issues?" she replied that it was an ongoing effort for quite some time. Director of operations, chief of staff, and the facilities had made the following changes to the spaces: removed all new furniture, moulding that had an aldehyde base, repainted and removed front entrance to the office that was decorated with driftwood and was emitting off gasses; removed all furniture and carpet from Mr. Shaffer's office and replaced with hypogenic flooring and metal furniture, cleaning crew were instructed to clean office with water only.
Page 15   The water main broke and there were problems with the air conditioning unit and condensation built-up because of circulating air.
Page 16 – On 09/03/2014 the water main ruptured and created a huge sinkhole. Mr. Spencer's office was completely flooded, where the mold was found into the admiral's office, all the way in a hall, hallway and all three offices on the chief staff side separated by glass doors. On 09/10/2014 the employees were notified about the TCE and the hazard it could be. They removed all pregnant woman and woman of childbearing age.
Page 17 – The aldehyde exposure was on 09/11/2013. They were not moved back to their spaces on 10/21/2013. The TCE was in September 2014 and the memo regarding removing women and childbearing age and pregnant woman was in 2014.
Page 18   The applicant had an email from Kimberly Kesler who was the SES at SPAWAR Operations dated 09/10/2014. The email stated that they were in process of relocating some employees in OT3 due to various facilities environmental concerns with the north end of the building. Their primary concern was to ensure safe working environment for all SPAWAR employees. The Old Town Complex was once a manufacturing plant. It included use of chlorinated solvent at the north end of OT3. As a result, there was TCE in the ground under the north end of the OT3. NAVFAC Southwest had a mitigation report in place for several years and had been reducing the levels of TCE in the ground localized at the north end. In 2011 NAVFAC took several indoor quality air samples to determine if vapors had migrated into the building. All measurements were below the EPA provisional response threshold for TCE at that time and far below the OSHA's permissible exposure. Since 2011 NAVFAC had continued their mitigation to reduce TCE levels.

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 25

Page 19   The applicant worked in the north end of the building. They were immediately moved within few days because one of the hotspots was close to them. The applicant was moved to OT3, same building, second deck in the middle.

Page 20   The applicant was an executive assistant to Mr. Greg Shaffer and was 5.0's executive support, front liaison. Anything that came into SPAWAR 5.0 office of the chief engineer came through her.

Page 21 & 22 - She had a timeline event from 1994 when the navy inherited the Old Town Complex till the 09/15/2014. From 2011 to 2014 Phase Two, remedial investigations were conducted to refine under scanning and evaluate offsite areas as part of RITCE where it detected an air quality sampling in the north end of OT 3. Results were below OSHA standards. Baseline human health risk indicated risk sufficient for remedy implementation. 2013 pilot testing of remedy to reduce TCE concentration in soil occurred with positive results. A record decision was prepared with the goal of implementing at FY 15 full scale long-term remedial action to reduce TCE levels in the ground even further. 07/09/2014 EPA an internal memorandum to the project managers with guidance on addressing indoor air exposure to TCE, which included recommended response action levels regarding exposure to TCE. 07/7/2014, SPAWAR all hand e-mail and attended an internal communication notify employ, employees of air quality testing coming up at the north end of OT3. August 2014, NAVFAC conducted indoor air quality test for chlorinated solvents in the OT3 to verify TCE level were below new EPA recommended response action level. 08/25/2014, SPAWAR all hand e-mail and internal communication notified employees of air quality testing at the north end of OT3. 09/08/2014, NAVFAC briefed to SPAWAR EPA's response action levels for exposure to TCE and how that related to the 2011 reading versus the current testing. 09/09/2014, SPAWAR decided to relocate second employees at the north end of OT3 as a precautionary measure until tests were completed. 09/10/2014, SPAWAR all hand e-mail sent to notify employees of the current situation. 09/11/2014, SPAWAR leadership requested and received more detailed briefing from medical and environmental health professionals to increase understanding of TCC, with TCE remedial project and potential health concern. SPAWAR leadership held a town meeting with employees to discuss concern. On 09/15/2014, SPAWAR conducted a second town hall meeting with a panel of experts, medical environmental occupational health workers compensation.

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 26

Page 23 - The applicant moved back to her office in October 2014. When she moved in the office, the process to clean up TCE was ongoing as it could not be done overnight. The applicant had reports of soil vapor extraction, an indoor air fact sheet building and building index about the first and second phase. There was a map that showed where all the intrusions were from. She first had aldehyde, then TCE and then she was tested for fiberglass, mold. There were times when she looked down where her government EA would be sitting.

Page 24 - It looked to her as if she was sitting in fumes because it looked like fog. They had tested high for high levels of humidity. There was a lot of information from the aldehyde, from being moved from the TCE, from the water main break, moving back to their spaces. Her boss she supported was relocated. The applicant moved back to her normal office space in the north end.

Page 25 - She moved to her office space in north end in October 2014. At present she as displaced from her space because of mold. The HVAC system installed was not big enough to circulate the air and so it was like they were sitting in a petridish. If anybody had a cold everyone got it.

Page 26 - In 2015 new HVAC was put up to address some of the circulation issues and the high levels of carbon dioxide concentrated in the conference room in 1913. While doing the HVAC the mold in Mr. Spencer's office was found. The applicant believed that in 2013 only aldehyde and TCE were tested and in 2015 the mold were tested.

Page 27 - As referred earlier in the deposition about the fog in 2013 and the condensation in 2014 it had been muggy whole time in the spaces. The new HVAC was installed during the holidays because it was during the holidays they had to work over spaces. She went hop skip away from her desk when the cleaning was done in her area. When she was in front and the collaboration area is in the back and when the cable was pulled all kinds of dust, debris, rat feces, pigeon feathers used to be up there. The building was from 1932. They put up a new HVAC when they realized that the system had a design flaw within the building.

Page 28 - The HVAC system was replaced because the circulation was not sufficient and they found a design flaw and also found a mold.

Page 29 - From 2013 till 2016 after the new HVAC was installed which was insufficient and when it was hot, it was hot and muggy. In winters she had to wear a scarf, snow boots and gloves

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 27

without fingers so that she could type. The applicant had started making a daily log.

Page 30   The applicant was moved by admiral all the way to OT4 and the government EA all the way to OT4. Mr. Shaffer and Mr. Marsh were already moved up to the second deck in OT3 as well as Jennifer Sandoval, Mr. Marsh's EA. The applicant's counterpart government person, was on leave so did not impact her adversely and when she returned she was moved to the spaces where the applicant was. The applicant was the last person to be moved out of 5.0 because she needed a phone line. She was moved 3 days after everybody else connected with her dir op. They were 1 block away from the applicant in the middle. She was not in the 5.0 spaces when they were doing all the eradication of mold. She was not in the front office but was in the chief of staff area. In November to December 2015, the chief of staff sent out a spreadsheet asking for symptoms like watery eyes, dry eyes, burning eyes, pressure in eye, blurry vision, and pressure in forehead, sinus pressure, runny nose, sore throat, head and chest congestion, fatigue, eczema. Every single one was marked with exception of pressure in her forehead.

Page 31   On 02/01/2016, at 6:20 the applicant sat down at her desk and she was fine, by 8:00 she had a dry sore throat. Her sound became gruff and by the end of the day, her voice was completely gone. By 3:19 she had sinus pressure, a headache and heavy chest. On 02/02/2016, at 6:28 in the morning everything was clear. 7:29 she had dry eyes, skin. 9:04 she had sinus pressure, headache, heavy chest. At 3:00 she was congested, snotty. On 02/03/2016, 6:33 she had a slight headache. 7:40 she had dry throat. 9:40 a sore throat and 1400 sinus pressure, headache and heavy chest. When she came in morning she felt good. She felt better overnight and when she came in the next day same things happen.

Page 32   She went to Rite Aid pharmacy and they pulled her history as far as what she had been treated for. And all of them were either for a urinary tract infection and most of them were for amitriptyline which was the medication she took for her head injury she sustained. When the applicant first went she talked about having difficulty breathing due to her exercise-induced asthma on 06/12/2014 and was put on Flovent HFA 22, 20 mcg inhaler. On 09/04/2014 she was prescribed a cream because she had a rash. In December 2014 it was all over her back and then it started to radiate towards her front. She saw a dermatologist on 02/05/2015 because the rash came and went.

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 28

Page 33 — The dermatologist said that it was either chemical exposure or eczema. They took a piece of her body and tested it and it came back as eczema. On 01/01/2015, her doctor prescribed her promethazine/codeine syrup for cough. On 12/17/2015, she was again given promethazine/codeine syrup. On 02/10/2016 she was given erythromycin 250mg tablet. She had 3 antibiotics by March 2016. She told her doctor, Dr. Judy McLaughlin about the exposures and the mold. Dr. McLaughlin asked her to go for a CT scan.
Page 34 — On 04/01/2016 she went for the first time to her pulmonary specialist for a complete blood count panel. The CT scan was done without intravenous contrast material. The findings were densely calcified 4-millimeter granuloma in the posterior basal segment of lower left lobe unchanged. She knew about this in 2012 and was not malignant. The findings further stated centrilobular nodules and tree-in bud opacities 1 and 3 mm in the interior Zero inferior left upper lobe and lingual were increased with a component of brown black opacity.
Page 35 & 36 — Centrilobular nodules the latter interior and lateral basal segment of the left lower lobe were little changed. Tree-in-bud central nodules in the latest segment of the middle lobe little changed. Central brown-black nodule in the lateral right upper lobe axillary sub segment was new. The doctor treated her by removing her from her space and she felt better instantly. At present she had heavy chest, crazy nagging cough but no headache and no sinus pressure. The doctor put her on Advair disk, 250 which was an albuterol steroid. It was long lasting and expanded and reduced inflammation. The steroid was prednisone-based. She took Flovent 2 puffs at night, so she could breathe through the night. She had ProAir that put her to ease. The doctor wanted her to be more aware of her surroundings and see how she felt at work and home. He wanted her to try and increase her exercise and activity level. She used to go to gym every day and kickboxing every Saturday and at present she was not able to keep up with 5 and 6 year old grandsons train them for a sport and race or have social life with friends. She had another CT scan after 4 months and the damage had been done and it had grown. She was told she would be treated for the mold. The doctor told her 4 things; first that they would stop doing what they were doing because it was not working. Second thing was that the doctor wanted to put her on prednisone, on a steroid at 400 to 800mg a day and the side effects were atrocious. Third thing was that the applicant needed to have a

USA53

bronchial biopsy and the fourth one was to put the applicant in the hospital and take a substantial biopsy of her lungs to see what they were looking at. The applicant went for the third option and her biopsy was done.
Page 37 – When the biopsy results came in the doctor told the applicant that if he had not known about the environmental exposure he would have thought that the applicant had microbiological bilateral concocus called MAC. It was a lung disease that people do not die from but they do die with. Her blood tested positive only for the mold she was exposed to. Dr. Lichter was her pulmonary specialist. She had a CT scan on Monday, 01/02/2017 and had to see Dr. Lichter on Tuesday at 4:30. On 01/04/2017 she was going to see Dr. Nancy Crum because of the type of mold that was growing. The molds were identified as *Aspergillus terreus*, *Aspergillus versicolor* and *Aspergillus ustus*.
Page 38 – She also a bacteria Nocardia as confirmed in her biopsy.
Page 40 – *Aspergillus ustus* was pathogenic and looked for a host. The applicant said she was only 52 and was very active but she believed that because of the aldehyde and TCE she became a susceptible host. Aldehyde and TCE were not causing any illness the mold was responsible for the illness. Her lungs were clear in 2012 other than the calcified tumor.
Page 41 – She stated about the aldehyde and TCE because she wanted to show a baseline of all things she was exposed to. Her claim was for her lungs that were due to the molds and bacteria.
Page 42 – The treatment would not change her immune system because the damage was done. At the age of 52 she had to take precautions that an elderly person would take. A flu and pneumonia shot every year. She could not be around sick people because she instantly got it. She got cold because her grandson had cold. Her daughter gave her a kiss and next morning she was down for 4 days and it turned into pneumonia. The sulfate antibiotic she took for the bacteria Nocardia was strong enough and it knocked the pneumonia out. The doctors were having a hard time getting her levels to where they needed to be. They monitored her liver, pancreas, heart, kidneys. She took voriconazole which was the strongest antifungal. Database showed from 83 people on voriconazole only 55 of them lived. She started with 100 mg a day and at present she took 800 mg a day.
Page 43 – It took time to get into the system. She had a hard time shopping in the holidays. She could not go to the gym. She

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 30

could not hike up mountains or run 5k every month like she used to, could not go kickboxing and had no strength to keep up to her 5 and 6 years old grandsons. She had a head injury in a car accident.
Page 44 - The accident happened on 04/27/2017.
Page 45   Her car accident happened on her way home from work from SPAWAR. She saw an orthopedic surgeon regarding her neck and left arm. The orthopedic surgeon referred her to Dr. Lich who was her neurologist. She last saw him in 2013. She was on amitriptyline for vertigo.
Page 46   She was on amitriptyline twice a day since 07/19/2013. She worked on SPAWAR for a company called Booz Allen Hamilton from 03/29/2010 through March 2013. She was out of work from April until October 2013 for her head injury.  She worked in OT1 building and while she was there she was diagnosed with exercise-induced asthma.
Page 47 - At SPAWAR when she crossed a bridge to reach a wet parking lot she noticed she started getting winded and the doctors diagnosed her with exercise-induced asthma and prescribed her Flovent and ProAir in case of emergency. She was diagnosed with asthma in 2010.
Page 48   In 2010-2011 she was in OT1 working for SPAWAR 6.0 until 04/27/2012 of her car accident. When she came back she went to OT4 and worked there for PMW760 till March 2013 in the role that she was at present. PMW760 had no place for her and so she got the job at Client Solution Architects. She walked in the door of SPAWAR OT3 1900, and her seat was 10A on 04/29/2013. The treatment for exercise induced asthma was to take Flovent when she exercised.
Page 49   she had left arm atrophy because of her accident and had a residual neck injury. Her neck was sometimes stiff and brittle. When she started working in 5.0 she had just started work after the accident. She ran her first 5k in January 2014. She ran 5k every month.  (Gibson Michelle #3 Medical Records: 3-51)

12/30/2016 - CT Chest without Contrast by William Snyder, MD - Imaging Healthcare Specialists.  INDICATION: Aspergillosis, unspecified.  Recurrent infections.  Previous mold exposure. Follow-up pulmonary nodules.  IMPRESSION:  1) There has been pronounced improvement in appearance of the lungs bilaterally. Multiple areas of centrilobular nodular thickening and peribronchial changes are improved, consistent with improving

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 31

underlying infectious or inflammatory process.   2) Persistent hyperinflation of the lungs.   (Gibson Michelle #3 Medical Records:  108-109)

12/30/2016 - Laboratory from Scripps Medical Laboratories, Clinic.  High AST of 233, ALT of 213, and RDW of 17.2.  Low hemoglobin of 10.6, hematocrit of 34.7, MCV of 72, MCH of 22, lymphocytes of 18.2, absolute lymphocyte count of 0.78.  (Gibson Michelle #3 Medical Records:  110-111)

01/04/2017 - Office Visit by Nancy Crum-Cianflone, MD. SUBJECTIVE:  Patient referred from Dr. Lenzkes/Dr. Lichter for Aspergillus and Nocardia found on a recent bronchoscopy.  She reports multiple environmental exposures at work and then in 10/2015 began to develop URI symptoms and cough and night sweats and fatigue.   She also reports sinus pressure and sinus headaches.  She underwent bronchoscopy on 09/02/16; on pathology showing Aspergillus and three species grew on culture.  More recently, the sample is also positive for Nocardia species and sensitivities pending.   In early October, she was begun on itraconazole and then changed to posaconazole 200 mg, which she tolerated poorly.   Felt nausea and with "flu" like symptoms. Also with poor taste/metallic sensation.   In October, began on voriconazole and Septra for the organisms isolated.   Today, overall improvement, with minimal cough and night sweats.  Still with insomnia and fatigue as main complaints.   Still cannot fully exert herself. ASSESSMENT:  Aspergillus, Nocardia.  PLAN: Obtained galactomannan and B glucan levels, which were normal. Checked CT of sinuses and head to exclude other areas of infection, which were negative.  Began voriconazole 200 mg with planned trough level in 7 to 10 days; given low level and increased to 250 mg and increased again to 300 mg and then 400 mg given still low levels.   Patient met with pharmacist on dosing.  Await f/u on level, then readjust as needed.  Continue Septra DS and monitor Cr, K levels.   May need IV therapy with imipenem or other agents depending on findings of imaging.   F/u chest CT scan improved.   Monthly CBC, CMP.  F/u voriconazole levels.   F/u in three weeks.  (Gibson Michelle #3 Medical Records:  105-107)

01/04/2017 - Infectious Diseases Consultant Note by Nancy Crum-Cianflone, M.D.  SUBJECTIVE:  The patient was referred from Dr. Lenzkes/Dr. Lichter for aspergillus and Nocardia that was found on a recent bronchoscopy.   She had multiple environmental

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 32

exposures at work and then in 10/2015 she began developing upper respiratory infection symptoms and cough, night sweats and fatigue. She also reported sinus pressure and sinus headaches. She underwent bronchoscopy on 09/02/2016 on pathology showed aspergillus, and three species grew on culture. There was more recently the sample was also positive for Nocardia, species and sensitive pending. In early October she was begun on voriconazole and then changed to posaconazole 200 mg orally which she tolerated poorly. She felt nausea and with "flu" like symptoms. She also had poor taste/metallic sensation. In 10/20, began on voriconazole and Septra for the organism isolated. She had overall improvement with minimal cough and night sweats. There was no chest pain, no fever/chills. She was still with insomnia and fatigue as main complained. She was still not fully exerting herself. MEDICAL HISTORY: She had history of head trauma, reflex anal dilatation right axis deviation reactive airway disease radiation absorbed dose reactive attachment disorder. MEDICATIONS: She was on antibiotic, Voriconazole 250 mg orally, and Septra. REVIEW OF SYSTEM: She was positive for chills/fevers, night sweats, cough, dysphagia/odynophagia, pain, constipation, nausea, vomiting, diarrhea, blood stool, dysuria, blood urine, dizzy and numbness/tingling, for sinus pain rush. She weighed 118 pounds. DIAGNOSIS: Aspergillus, Nocardia. PLAN: She had obtained galactomannan and b glucan levels which were normal. She was checked for CT of sinuses and head to exclude other areas of infection which were negative. She began using voriconazole 200 mg orally twice a day with planned trough level in seven to 10 days; given low level and increased to 250 mg orally twice a day and increased again to 300 mg orally twice a day and then 400 mg twice a day given still low levels. She was to reduce voriconazole to 350 mg orally twice a day. She was to avoid ethanol. She was warned of possible side effects including visual issues/CNS issues. If she could not tolerate then she would need to try Cresemba. She was to continue Septra DS one tablet orally twice a day and monitor Cr, potassium levels. She might need intravenous therapy with imipenem or other agents depending on findings. She was to follow up chest CT scan improved. (Gibson, Michelle #2 Medical Records.pdf:268-272)

04/09/2017 - Medical Report from Unknown Source. DOI: 10/15/2015. HISTORY OF INJURY: The patient began working for the office of the chief engineer on 04/29/2013; six months

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 33

later, she was moved for the first time for aldehyde positioning since the date she had moved 15 times due to environmental exposer to the following chemicals and organ vapor pathogens, aldehyde, fiber glass, mold, high levels of carbon dioxide. She had several pulmonary problems. In 10/2015, she had first many upper respiratory infectious by 03/2016. She had four to five back-to-back infections that could not be occurred. CURRENT SYMPTOMS: She complained lack of lung capacity, shortness of breath, and side effects from medication. His conditioned had worsened the antifungal vericonosal was very toxic her liver could not handle it took three to four days to hit her and when it did was removed from down vericonosol and placed her on a different anti-fungal in her arm once a day might increase. JOB DESCRIPTION: She was executive support. She injured her while she was working on a computer all day, answer phones, files create red time documents. She was previously employed for Booz Allen Hamilton from 03/29/2010-2013 as an executive assistant and in Buchananon Ingersol 3 from 1999 to 2008 as an executive assistant to manager share holder. OFF WORK ACTIVITIES: She used to be extremely active due to infection in her lungs caused by the exposures at work. (Gibson, Michelle #2 Medical Records.pdf:2-32)

## PHYSICAL EXAMINATION

**BLOOD PRESSURE:** 118/76

**PULSE:** 94

**RESPIRATIONS:** 16

**WEIGHT:** 120 lbs.

**HEIGHT:** 67 in.

**BMI:** 19

**HEENT:** Normocephalic, atraumatic. The fundi are benign, without hemorrhages or exudates. The pharynx is clear, and tympanic membranes are normal. Mild nasal edema bilaterally.

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 34

**NECK:** Supple and without jugulo-venous distension. The carotids are 2+ bilaterally. There are no masses. There is no thyromegaly.

**NODES:** There is no lymphadenopathy noted.

**CHEST:** Percussion note is normal, with normal diaphragmatic motion. There are coarse breath sounds with no rales, no ronchi, but there is mid- to end-expiratory wheezing.

**HEART:** The PMI is at the 5th left intercostal space, at the mid-clavicular line. There are no heaves or thrusts. The S1 and S2 are normal. No murmurs or rubs are heard.

**ABDOMEN:** The abdomen is soft, non-tender, and non-distended. There is no organomegaly. There are no masses. The bowel sounds are normal. There is no pelvic area tenderness.

**EXTREMITIES:** There is no cyanosis, no clubbing, or edema.

**NEUROLOGIC:** There are no focal neurologic findings.

## LABORATORY DATA

**Diagnostic testing was performed at West Coast Cardiopulmonary Laboratory. All tests results are included in the body of this report; the actual data and billing will be sent under separate cover.**

A complete blood count was obtained. The hemoglobin and hematocrit are normal. White blood cell count is within normal limits. White cell indices are completely normal. The platelet count is normal. The differential count is normal.

A chemistry 7 panel was obtained. Serum electrolytes are normal. The BUN is 19. Creatinine is 0.79 which is normal. Glucose is 95 which is within normal limits.

A complete chemistry profile was obtained. The cholesterol is 199. The triglycerides are 66 which are normal. The remainder of the chemistry profile, including liver function studies, is normal except for a mild elevation in the ALT to 48 (within upper limits of normal of 32). An immunoglobulin E level is 1.

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 35

This is within normal limits.

A complete pulmonary function study was ordered on this patient but has not yet been obtained.

## DIAGNOSES

1.    History of exposure to high levels of Aspergillus and Penicillium mold during the course of her employment at SPAWAR in San Diego during the course of employment at Client Solution Architects, LLC.

2.    Development of Aspergillus pulmonary infection and colonization with involvement of both lungs.

3.    Previous history of exercise-induced bronchospasm.

4.    Possible exacerbation of asthma secondary to bronchopulmonary Aspergillosis.

5.    History of Nocardia lung infection, currently treated and eliminated.

6.    Significant weight loss and weakness secondary to chronic fungal infection.

7.    Pulmonary restrictive disease secondary to combination of bronchopulmonary Aspergillosis, Aspergillus infection of the bronchial tubes, and bronchiectasis.

8.    History of gluten intolerance.

9.    Basal cell carcinoma of the skin.

10.   History of recurrent urinary tract infections.

11.   History of back pain, possibly related to prior motor vehicle accident.

## IMPRESSIONS AND DISCUSSION

I have had the opportunity to interview, take a history from, and review the medical records as well as examine Michelle

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 36

Gibson in my role as a Panel Qualified Medical Evaluator in internal medicine and pulmonary disease. This is a very interesting case of a patient who, as outlined in the history, moved into a new job in a new facility in approximately 2013 where she was exposed initially to fumes from volatile organic chemicals such as formaldehyde and trichloroethylene, and then, at a later time, to a water-damaged environment in which a significant amount of mold was discovered.

I have had the opportunity to review the mold counts that were obtained on the initial evaluation of her workspace by the industrial hygiene company in March of 2016. At that particular point in time, she had already been suffering from symptoms of cough and shortness of breath for a period of time, and it is apparent that a water intrusion zone in one of the offices in the OT3 building had 9,100 spores per cubic liter which was 50 times the concentration that was found outdoors. This was significantly above the permissible limits, and it is not surprising that Ms. Gibson became colonized with this organism.

In addition to the Aspergillus exposure, as I will discuss below, she was obviously exposed to other organisms which are frequently seen in moist and damp water-damaged environments.

Ms. Gibson is a patient who had a prior history of asthma. This had been diagnosed prior to her work for Client Solution Architects and was reasonably well-controlled with rare use of any medical therapy. She had been diagnosed but continued to live an active lifestyle with rare use of a rescue inhaler in the past. After the discovery of the mold in her workplace and her referral to Dr. Lichter, a pulmonologist whom I know well from San Diego, her workup was undertaken, and a number of pulmonary complications were discovered.

The first abnormality was on a CT scan where multiple nodules were seen as well as areas of bronchiectasis in one or two areas of her lungs. There was no history of any prior pulmonary infections, and it is with reasonable medical probability that this bronchiectasis occurred as a result of her colonization with Aspergillus of which, eventually, three various species were isolated. Her transbronchial biopsy and lavage, which was performed in September of 2016, not only grew out Aspergillus but grew out Nocardia.

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 37


I have not yet received new pulmonary function studies on this patient, but I do have a number of pulmonary function studies and spirometries that have been done under the direction of Dr. Lichter.  Consistently on these tests, it was shown that she had a restrictive pattern with evidence also of obstructive disease. This is quite consistent with the combination of underlying asthma as well as a patient who has developed bronchiectasis and Aspergillus colonization.

In fact, the exposure to individuals to Aspergillus can lead to a number of different disease states.  One of the more common presentations of Aspergillus is what is commonly referred to as "bronchopulmonary Aspergillosis" or BPA.  In this condition, individuals are colonized with Aspergillus which lives in their airways.  Although there is not a definitive infection or invasion of the parenchyma, the presence of this Aspergillus organism in the bronchi leads to an allergic reaction to the fungus and an exacerbation of asthma.

In a second form of Aspergillosis, the organism actually invades the tissue and could become disseminated.  This was not present in Ms. Gibson, and laboratory testing to ascertain that this was true was performed, and the beta-glucan levels were normal.  In patients with invasive Aspergillosis, this laboratory test is almost always elevated, and galactomannan levels are also frequently elevated.  These tests were run at Scripps Clinic and were negative in Ms. Gibson.  Therefore, we can rule out the possibility that she had disseminated Aspergillus infection.

Lastly, individuals who have isolated cavities in their lungs can develop a colonization within that cavity with fungus, frequently forming a rounded mass sometimes called a "fungus ball."  This is obviously not what was going on in Ms. Gibson.

I have included a short abstract from the *African Journal of Clinical and Experimental Microbiology* which reviews the spectrum of Aspergillosis from an article entitled *"Spectrum of Aspergillosis: Pathogenesis, risk factors, and management."* This article is an excellent more recent review from 2016 of the various forms of Aspergillosis infection, including invasive Aspergillosis, chronic pulmonary Aspergillosis, and allergic bronchopulmonary Aspergillosis.  This is the standard approach

USA62

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 38

to individuals with Aspergillus type infections but does not really fit the picture for Ms. Gibson. Instead, in an article from the journal Mycopathologia, December of 2014, an article entitled *"Fungal Culture and Sensitization in Asthma, Cystic Fibrosis, and Chronic Obstructive Pulmonary Disorder: What Does it Tell Us?"* is a better review of someone like Ms. Gibson where it is recognized that there is a new effective standardization in understanding the various different pictures in which individuals who were colonized with Aspergillus can present. For example, fungal recovery from sputum in cystic fibrosis, asthma, and COPD can actually be as high as 40 to 50 percent. Not all of these patients, obviously, are suffering from significant disease that requires treatment. It has been noted, however, that in individuals such as Ms. Gibson who did not have underlying chronic obstructive pulmonary disease, there is the development of reduction in lung function in almost all of these patients.

I go through the discussion in the above paragraphs because of the fact that we have a patient who had no underlying "active" asthma. Her asthma was rarely active but, with the development of her fungal infection, required treatment with multiple bronchodilators. Currently, she has weaned herself off some of those bronchodilators but is still on bronchodilator and steroid therapy. What is most noticeable at this time is the fact that her spirometry data have shown restrictive disease, and her CT scans have shown the development of bronchiectasis.

I did review the literature for the frequency of the development of bronchiectasis in fungal disease and was able to find a number of articles, one of which I have reproduced, in part, to include with this report. The paper comes from the seminars in respiratory and critical care medicine from 2015 and is entitled, *"Fungi in cystic fibrosis and non-cystic fibrosis bronchiectasis."* As outlined in this article, the bronchial dilatation with loss of function that is the definition of bronchiectasis can result from many inflammatory and infectious injuries of the airways. Particularly, filamentous fungus Aspergillus is implicated as a common cause of bronchiectasis in both cystic fibrosis and non-cystic fibrosis bronchiectasis. In this article, the role of chronic colonization with these fungal organisms has been shown to lead to a disruption in the bronchial integrity, and it is my opinion, with a reasonable

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 39

level of medical probability, that the etiology of bronchiectasis in Ms. Gibson is the infection with three different strains of Aspergillus and the development of chronic Aspergillus colonization of her airways.

It is noteworthy that this patient also developed an infection with a rather unusual organism known as Nocardia. In an article in the journal Cureus in 2015, a review of pulmonary Nocardia infections was published, showing that this Saprophytic organism, which is usually associated with skin infection, can occur even in patients who are not immunosuppressed or debilitated. These infections in immunocompetent individuals are usually chronic and present with non-specific symptoms, but the main feature radiologically is the development of pulmonary nodules. Very much like a fungus, this organism is a gram-positive bacillus but has branching filament forms that are not spore-forming but behave very much like mold such as Aspergillus. The typical formation of nodules can be seen in these infections, and treatment with antibiotics is usually fairly effective in eliminating this infection. It is reasonably medically probable that, because of her chronic Aspergillus infection, she became susceptible to the infection with Nocardia which did present with multiple pulmonary nodules and was treated effectively.

With regard to causation in this case, it is with a high degree of medical probability, given the environmental report from the SPAWAR facility where she worked, that the Aspergillus organism and her Nocardia infection derived from that facility. It is my opinion that her treatment has been successful in eliminating the Nocardia infection, but she is left with bronchiectatic damage to her lungs and continued colonization with Aspergillus. As discussed in the articles that I have enclosed, chronic Aspergillus infections are usually very difficult to completely eradicate, and it may well be that allergic bronchopulmonary Aspergillosis type symptoms will persist in Ms. Gibson for a protracted period of time. What is most apparent, however, is that, on spirometry testing on a number of occasions up through the end of 2016, she continued to show restrictive changes with lung volumes reduced to the 70 percent range and a continued significant decrease in both large and small airways flow rates, particularly in small airways.

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 40

## DISABILITY/IMPAIRMENT

I have used Tables 5-9 and 5-10 in the AMA Guides as well as
5-12 to come up with a discussion of her pulmonary impairment at
this time.  Given the decrease in lung volumes and flow rates,
it is my opinion that a Class 2 impairment, according to these
tables, is present with a 15 percent whole person impairment
rating.  It is my opinion that, with her current treatment and
recent hospitalization and lavage, she has reached a point of
maximum medical improvement for rating purposes at this time.

## CAUSATION AND APPORTIONMENT

With regard to the pulmonary impairment and pulmonary
disability, this is a function of two separate processes going
on.  As already stated, the cause of her infectious process with
fungal disease (Aspergillosis) and her bacterial infection with
Nocardia is her employment at the SPAWAR facility when she
worked for Client Solution Architects.  This colonization and
development of bronchial problems related to this infection
occurred in a patient who had pre-existing asthma which
undoubtedly was worsened by this fungal colonization with
Aspergillus organisms.  However, with regard to the impairment
mentioned above, that being a 15 percent whole person
impairment, the majority of that impairment is secondary to her
lung restriction and not her asthmatic disease.  It is my
opinion that the development of bronchiectasis from her fungal
infestation is a significant factor contributing to her overall
pulmonary disability, and although there is a history of
pre-existing asthma, this was significantly worsened because of
her colonization with Aspergillus.  Therefore, it is my opinion
that 15 percent of the pulmonary disability related to her
impairment should be considered non-industrial and not related
to her employment at Client Solution Architects but as a result
of pre-existing asthma.  The remaining 85 percent of the
disability associated with her restrictive disease and
bronchiectasis as well as allergic bronchopulmonary disease
should be considered work-related.  These factors have led to
the impairment level which is discussed above.  The
apportionment of the disability related to that is 85 percent
industrial.

Periods of temporary total disability existed for her periods of

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 41

being out of work due to her hospitalizations and her time off
work for treatment of her lung infection with mold.

## RECOMMENDATIONS

It is my recommendation that a period of temporary total
disability from an industrial standpoint should be awarded for
all of the time that Ms. Gibson missed work because of
hospitalizations and treatment for her Aspergillus colonization
and infection. The permanent disability that is outlined above
and the apportionment warrants that her treatment with
anti-fungal agents and bronchodilators as well as treatment for
any recurrent infections in these areas of bronchiectasis should
be provided for on an industrial basis.

She should be provided a yearly influenza vaccine on an
industrial basis and be provided with follow up by a specialist
in pulmonary medicine on an industrial basis. Because of the
bronchiectasis that has developed in this patient, the
possibility exists for unusual infections, and an infectious
disease follow up should be provided when necessary in
conjunction with her follow up by a pulmonologist.

Given her significant debilitation and weakness, it is my
opinion that a pulmonary rehabilitation program should be
provided for Ms. Gibson on an industrial basis. Before such a
pulmonary rehabilitation program, of which there is an excellent
one at the University of California/San Diego on an outpatient
basis, an exercise metabolic study would be quite helpful in
understanding her exercise limitations at this time and setting
goals for a rehabilitation program.

I appreciate the opportunity to evaluate Ms. Gibson and trust
that this report will be helpful in the management of her case.
If I can provide any further information regarding her condition
or disability, please feel free to contact me.

## REFERENCES

Fungi in cystic fibrosis and non-cystic fibrosis bronchiectasis.
(2015, April). *Seminars in respiratory and critical care
medicine*, 207-216. Retrieved from https://www.thieme-
connect.com/products/ejournals/html/10.1055/s-003501546750

USA66

**RE:** Michelle Gibson
**DOE:** August 24, 2017
Page 42

Iyalla, C. (2016, November). Spectrum of aspergillosis: Pathogenesis, risk factors and management. *African Journal of Clinical and Experimental Microbiology, 17*(1). doi:http://dx.doi.org/10.4314/ajcem.v17i1.5

Kandi, V. (2015, August). Human Nocardia Infections: A Review of Pulmonary Nocardiosis. *Cureus,* 304. doi:10.7759/cereus.304

Springer. (2014). Fungal Culture and Sensitisation in Asthma, Cystic Fibrosis and Chronic Obstructive Pulmonary Disorder: What Does It Tell Us? *Mycopatholgia,* 457-463.

Sincerely,

Stewart A. Lonky, M.D., F.A.C.P.
California State License #G025948

Enclosures

"I declare under penalty of perjury that the information contained in this report and its attachments, if any, is true and correct to the best of my knowledge and belief, except as to information that I have indicated I received from others. As to that information, I declare under penalty of perjury that the information accurately describes the information provided to me and, except as noted herein, that I believe it to be true."

"I have not violated Labor Code Section 139.3, and the contents of the report and bill are true and correct to the best of my knowledge. This statement is made under penalty of perjury."

This is to certify that Stewart A. Lonky, M.D. performed the above evaluation and examination and that he prepared this report.

Laboratory tests were performed by Allan Avnet, C.P.F.T., R.C.P., California State License RG3403; Phyllis Bacchus, x-ray technician, California.

# EXHIBIT 8

USA68

2/18/2016

waiting to hear from you... They understand you are at work. If, there is an
issue with using it tomorrow, and this evening is better for him, then this
evening it will have to be.

I Love You!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

-----Original Message-----
From: Chestang, Vernon M III CIV SPAWARSYSCEN-PACIFIC, 41240
Sent: Tuesday, February 16, 2016 11:40 AM
To: Gibson, Michelle R CTR SPAWAR, 50F10
Subject: RE: Welcome Back.

I have no specific reason for going to Temecula this evening. I can wait until
tomorrow, Thursday, Fri... :)

I haven't called yet. Let me know when or if I should.

I Love You!!!!!!!!!!!

-----Original Message-----
From: Gibson, Michelle R CTR SPAWAR, 50F10
                ? ? ? ? ? ? ? ? ? ? ? ? ? ? ? ? ?
J·?·Ö·Ô·?·?·?·?·?·?·?·?·ý   ?   ý   ?   ý   ?   ý   ?
ý   ?   ý   ?   ý   ?   ý   ?   ý   ?   ý   ?
ý   ?   ý   ?   ý   ?   ý   ?   ý    ? ?Sent:
Tuesday, February 16, 2016 11:36 AM
To: Chestang, Vernon M III CIV SPAWARSYSCEN-PACIFIC, 41240
Subject: RE: Welcome Back.

I was thinking, with today being my first day back, maybe we should shoot for
tomorrow, to borrow the truck to deliver the couch to Steph and the boys.
What are your thoughts? Is there a reason we were going for today...?

I Love You!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

-----Original Message-----
From: Chestang, Vernon M III CIV SPAWARSYSCEN-PACIFIC, 41240
Sent: Tuesday, February 16, 2016 10:45 AM
To: Gibson, Michelle R CTR SPAWAR, 50F10
Subject: RE: Welcome Back.

Passed Module 3. Now downloading all of the Module 4 background pdfs. I have
the lessons...just not the add-ons.

I Love You!!!!!!!!!!!

-----Original Message-----
From: Gibson, Michelle R CTR SPAWAR, 50F10
Sent: Tuesday, February 16, 2016 10:28 AM
To: Chestang, Vernon M III CIV SPAWARSYSCEN-PACIFIC, 41240
Subject: RE: Welcome Back.

HI there!

                        ?·?·?·?·?·?·?·?·?·•
?·?·?·?·?·?·?·?·?·?·?·?·?·?·?·?·?·?·ý   ?   ý   ?
ý   ?   ý   ?   ý   ?   ý   ?   ý   ?   ý   ?
ý   ?   ý   ?   ý   ?   ý   ?   ý   ?   ý   ?
ý     ? ?Morning     is a blur and busy. Interesting here....  more later.

I am feeling ok. Heavy chest is still there....  snotty nose and cough... I
guess that is the end of this crap rearing its ugly head in a final battle of

15

USA69

USA00000161

2/18/2016

not wanting to let go...

I need to call and schedule my tests.....   Seems when I had my blood work
done I should have had them test for fiberglass, mold, and aldehyde again.....

Everything tastes like snot...even coffee.... blech!

Off to sift through 282 emails....  sifting out the spam.  Oh and started my
morning with no calendars, critical reboot, reboot NOW and CAC locked....
after rebooting 3 times, a hard shut down was the answer.

I Love You!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

-----Original Message-----
From: Chestang, Vernon M III CIV SPAWARSYSCEN-PACIFIC, 41240
Sent: Tuesday, February 16, 2016 8:03 AM
To: Gibson, Michelle R CTR SPAWAR, 50F10
Subject: Welcome Back.

Good Morning Love.

Thirty emails waiting for me. They are mostly processsed. Now I am dialed into
the weekly Big Boy. No Monday this week so it seesm to hit even earlier than
usual. Lif in the Fast Lane.

How goes your day so far? Getting back into the groove?

One of my emails was ACQ reminder. Wow, that 30 days flew by. I have a test
for the end of Module 3 somewhere on my desk. Will answer those questions, log
in and submit the test...after my telecon.

And for lunch...I have tasty vittles. :) Thank You. :)

How are you feeling? And another question runs through my mind. ;) ;) HeHe.

    ?.?.?.?.?.?.?.?.?.?.?.?.?.?.?.?.?.?.?.?.?.?.?.?.?.?.?.ý   ?
  ý   ?   ý   ?   ý   ?   ý   ?   ý   ?
ý   ?   ý   ?   ý   ?   ý   ?   ý   ?
ý   ?   ý   ?   ý   ??I            Love You!!!!!!!!!!!
<http://r20.rs6.net/on.jsp?ca=c9fe8f3f-3b2d-48d2-a7d0-22d31cccc2d2&a=
1104123010690&d=1123830856678&r=3&o=
http://ui.constantcontact.com/images/p1x1.gif&c=10d4cc90-bf05-11e3-8342-
d4ae52a4597c&ch=11dc7890-bf05-11e3-85a1-d4ae52a4597c>
<https://static.ctctcdn.com/letters/images/1101116784221/S.gif>
<https://static.ctctcdn.com/letters/images/1101116784221/S.gif>
SDFSE Logo<http://files.ctctcdn.com/28e1cd21101/2d4936e2-
a7c1-4dee-9205-586e79c671b3.png>

<http://files.ctctcdn.com/28e1cd21101/e6e79e42-13af-4d26-8cb6-2a7f56aa23be.pn
g>
Join Us Saturday
 March 5, 2016
10am to 5pm at PETCO Park


*       What: For a Mind-Blowing Day of Hands-On Science, Technology,
Engineering and Math Exhibits

*       Who: Activities are targeted to budding K-12 science lovers, but
everyone is welcome!

*       Cost: Free!

16

USA70

USA00000162

# EXHIBIT 9

USA71

# Indoor Air Quality

## Mold Survey

Survey Date: March 15-16, 2016

*Prepared for:*

# SPAWAR

4301 Pacific Hwy
San Diego, CA 92110

*Prepared by:*



Occupational
Services, Inc.

6397 Nancy Ridge Dr.
San Diego, CA 92121
www.occserv.com

USA72

USA00000030



**Indoor Air Quality**
Mold Survey

Page 2 of 21

## BACKGROUND

At the request of Faith Logg, Safety and Environmental Officer with Space and Naval Warfare Systems Command, Johnny Lim, an Industrial Hygienist from Occupational Services, Inc. conducted an indoor air quality survey for fungal spores in the SPAWAR location at 4301 Pacific Hwy, San Diego, CA 92110 during a routine work day. This survey was in response to remediation and repair efforts stemming from water intrusion into the building from a variety of locations on the roof.

## MOLD SPORES

Molds are a natural and important part of our environment. They are ubiquitous, found virtually everywhere both in buildings and outside. Molds produce tiny "spores" to reproduce. These spores can be found in both indoor and outdoor air and on indoor and outdoor surfaces. Mold begins to grow indoors and once mold spores land on damp surfaces, they begin to grow and digest on whatever they are cultivating on in order to survive. This can lead to adverse conditions within an environment. Mold spore air samples collected during this inspection provide quantitative results that are used for comparative purposes. These mold results are intended to be compared to the outside air in order to determine the relative quality of air in suspect areas.

In the absence of established acceptable exposure limits, it is often necessary to use a comparison standard when interpreting data. According to ACGIH, "...active fungal growth in indoor environments is inappropriate and may lead to exposure and adverse health effects." Additionally, according to ACGIH, ".... differences that can be detected with manageable sample sizes are likely to be in 10-fold multiplicative steps (e.g., 100 versus 1000...)". Therefore, if a suspect office area has a total fungal spore count ten (10) times greater than the samples collect from the non-suspect areas, then that sample area may be a fungal amplification site.

The dust from the spore trap samples collected was also analyzed for "Other Biological Particles." The goal of biological sampling is to help determine whether the biological particles present in a particular environment are affecting or causing irritation in certain individuals. Particles sampled for include pollen, plant, skins cells, hair, insect parts, mites, and glass fiber. The results of surveys are expressed in terms of volumetric measurements. EMLab P&K Laboratory utilizes a MoldSCORE™, a specialized method for examining air sampling data. The results displayed is based on the numeric score given and will be Low, Medium, or High for the likelihood that the spores detected originated from an indoor source. The score is given between 100 and 300, with 100 indicating a greater likelihood that the airborne indoor spores originated from the outside and 300 indicating a greater likelihood that they originated from an indoor source. A MoldSCORE report is included as part of the lab results.

USA73

USA00000031



**Indoor Air Quality**
Mold Survey

Page 3 of 21

## METHODS

### MOLD SPORES

OSI used Air-O-Cell spore trap sample cassettes which are glass slide particulate sampling cassette designed for the rapid collection and analysis of a wide range of airborne aerosols that include mold spores. Airborne particles were drawn through the cassette, directed to the slide, and impacted on an adhesive collection media. Pre and post calibration of the sampling pump was within $\pm$ 5% of 15 liters per minute (L/min), as required by the sampling method established by EMLab P&K Laboratories, using a primary calibrator, BIOS Dry Cal. The indoor samples were collected for five minutes for a total air volume of 75 liters. Samples were also collected outdoors for comparison purposes. The outdoor samples were collected for three minutes for a total air volume of 45 liters. All samples were delivered to be analyzed by an AIHA-LAP, LLC EMLAP accredited laboratory.

## RESULTS

### TABLE 1: SPORE CONCENTRATION RESULTS

| Location: | 1: 1271 Near seat | | 2: 1271 Near seat 2 | | 3: 2123 Near seat | | 4: 2123 Near door | |
|---|---|---|---|---|---|---|---|---|
| Comments (see below) | None | | None | | None | | None | |
| Lab ID-Version‡: | 6986739-1 | | 6986740-1 | | 6986741-1 | | 6986742-1 | |
| Analysis Date: | 03/21/2016 | | 03/21/2016 | | 03/21/2016 | | 03/21/2016 | |
| | raw ct. | spores/m3 | raw ct. | spores/m3 | raw ct. | spores/m3 | raw ct. | spores/m3 |
| Alternaria | | | | | | | | |
| Ascospores | | | | | | | | |
| Basidiospores | | | | | | | | 2 | 110 |
| Botrytis | | | | | | | | |
| Chaetomium | | | | | | | | |
| Cladosporium | 1 | 53 | 2 | 110 | 1 | 53 | 9 | 480 |
| Fusarium | | | | | | | | |
| Myrothecium | | | | | | | | |
| Nigrospora | | | | | | | | |
| Other brown | | | | | | | | |
| Other colorless | | | | | | | | |
| Penicillium/Aspergillus types† | 2 | 110 | 2 | 110 | 1 | 53 | 8 | 430 |
| Pithomyces | | | | | | | | |
| Rusts | | | | | | | | |
| Smuts, Periconia, Myxomycetes | 1 | 13 | | | | | | |
| Stachybotrys | | | | | | | | |
| Stemphylium | | | | | | | | |
| Torula | | | | | | | | |
| Ulocladium | | | | | | | | |
| Zygomycetes | | | | | | | | |
| Background debris (1-4+)†† | 3+ | | 3+ | | 3+ | | 3+ | |
| Hyphal fragments/m3 | < 13 | | < 13 | | < 13 | | < 13 | |
| Pollen/m3 | < 13 | | < 13 | | < 13 | | 13 | |
| Skin cells (1-4+) | 1+ | | 1+ | | 1+ | | 1+ | |
| Sample volume (liters) | 75 | | 75 | | 75 | | 75 | |
| § TOTAL SPORES/m3 | | 170 | | 210 | | 110 | | 1,000 |



**Indoor Air Quality**
Mold Survey

Page 4 of 21

| Location: | 5:<br>2136A | | 6:<br>2nd Deck near<br>handicap elevator | | 7:<br>2038 | | 8:<br>2036 | |
|---|---|---|---|---|---|---|---|---|
| Comments (see below) | None | | None | | None | | None | |
| Lab ID-Version‡: | 6986743-1 | | 6986744-1 | | 6986745-1 | | 6986746-1 | |
| Analysis Date: | 03/21/2016 | | 03/21/2016 | | 03/21/2016 | | 03/21/2016 | |
| | raw ct. | spores/m3 | raw ct. | spores/m3 | raw ct. | spores/m3 | raw ct. | spores/m3 |
| Alternaria | | | | | | | | |
| Ascospores | | | | | | | | |
| Basidiospores | 2 | 27 | | | | | | |
| Botrytis | | | | | | | | |
| Chaetomium | | | | | | | | |
| Cladosporium | 2 | 110 | 4 | 210 | 2 | 110 | 1 | 53 |
| Myrothecium | | | | | | | | |
| Nigrospora | | | | | | | | |
| Other brown | | | | | | | | |
| Other colorless | | | | | | | | |
| Penicillium/Aspergillus types† | 7 | 370 | 6 | 320 | 14 | 750 | 2 | 110 |
| Pithomyces | | | | | | | | |
| Rusts | | | | | | | | |
| Smuts, Periconia, Myxomycetes | | | | | | | | |
| Stachybotrys | | | 32 | 430 | | | | |
| Stemphylium | | | | | | | | |
| Torula | | | | | | | | |
| Ulocladium | | | | | | | | |
| Zygomycetes | | | | | | | | |
| Background debris (1-4+)†† | 3+ | | 3+ | | 3+ | | 2+ | |
| Hyphal fragments/m3 | < 13 | | 130 | | < 13 | | < 13 | |
| Pollen/m3 | 40 | | 80 | | < 13 | | < 13 | |
| Skin cells (1-4+) | 1+ | | 1+ | | 1+ | | 1+ | |
| Sample volume (liters) | 75 | | 75 | | 75 | | 75 | |
| § TOTAL SPORES/m3 | | 510 | | 960 | | 850 | | 160 |

USA75

USA00000033



**Indoor Air Quality**
Mold Survey

Occupational
Services, Inc.

| Location: | 9: 1017 | | 10: PMW 790 POD 2 RTW 1041 1037 | | 11: 1952 POD 6 | | 12: 1953 POD 6 | |
|---|---|---|---|---|---|---|---|---|
| Comments (see below) | None | | None | | None | | None | |
| Lab ID-Version‡: | 6986747-1 | | 6986748-1 | | 6986749-1 | | 6986750-1 | |
| Analysis Date: | 03/21/2016 | | 03/21/2016 | | 03/21/2016 | | 03/21/2016 | |
| | raw ct. | spores/m3 | raw ct. | spores/m3 | raw ct. | spores/m3 | raw ct. | spores/m3 |
| Alternaria | | | | | | | | |
| Ascospores | | | | | | | | |
| Basidiospores | 1 | 53 | | | | | | |
| Botrytis | | | | | | | | |
| Chaetomium | | | | | | | | |
| Cladosporium | 3 | 160 | 1 | 53 | | | | |
| Myrothecium | | | | | | | | |
| Nigrospora | | | | | | | | |
| Other brown | | | | | 1 | 13 | | |
| Other colorless | | | | | | | | |
| Penicillium/Aspergillus types† | 3 | 160 | 3 | 160 | 1 | 53 | 1 | 53 |
| Pithomyces | | | | | | | | |
| Rusts | | | | | | | | |
| Smuts, Periconia, Myxomycetes | | | | | | | | |
| Stachybotrys | | | | | | | | |
| Stemphylium | | | | | | | | |
| Torula | | | | | | | | |
| Ulocladium | | | | | | | | |
| Zygomycetes | | | | | | | | |
| Background debris (1-4+)†† | 2+ | | 3+ | | 3+ | | 2+ | |
| Hyphal fragments/m3 | < 13 | | < 13 | | < 13 | | < 13 | |
| Pollen/m3 | 13 | | 53 | | < 13 | | < 13 | |
| Skin cells (1-4+) | 1+ | | 1+ | | 1+ | | 1+ | |
| Sample volume (liters) | 75 | | 75 | | 75 | | 75 | |
| § TOTAL SPORES/m3 | | 370 | | 210 | | 67 | | 53 |

USA76

USA00000034



**Indoor Air Quality**
Mold Survey

Occupational
Services, Inc.

Page 6 of 21

| Location: | 13:<br>2035 D-F | | 14:<br>Near 2035G | | 15:<br>Outdoor HQ building | | 16:<br>Outdoor OT1 AH | |
|---|---|---|---|---|---|---|---|---|
| Comments (see below) | None | | None | | None | | None | |
| Lab ID-Version‡: | 6986751-1 | | 6986752-1 | | 6986753-1 | | 6986754-1 | |
| Analysis Date: | 03/21/2016 | | 03/21/2016 | | 03/21/2016 | | 03/21/2016 | |
| | raw ct. | spores/m3 | raw ct. | spores/m3 | raw ct. | spores/m3 | raw ct. | spores/m3 |
| Alternaria | | | | | 1 | 22 | | |
| Ascospores | | | | | 6 | 530 | 9 | 800 |
| Basidiospores | | | | | 12 | 1,000 | 15 | 1,100 |
| Botrytis | | | | | 2 | 44 | | |
| Chaetomium | | | | | | | | |
| Cladosporium | 2 | 110 | 8 | 430 | 8 | 710 | 16 | 1,400 |
| Myrothecium | | | | | | | | |
| Nigrospora | | | | | | | | |
| Other brown | | | | | | | | |
| Other colorless | | | | | | | | |
| Penicillium/Aspergillus types† | 2 | 110 | 8 | 430 | 2 | 180 | 4 | 360 |
| Pithomyces | | | | | | | | |
| Rusts | | | | | | | | |
| Smuts, Periconia, Myxomycetes | | | | | | | | |
| Stachybotrys | | | | | | | | |
| Stemphylium | | | | | | | 1 | 22 |
| Torula | | | | | | | | |
| Ulocladium | | | | | | | | |
| Zygomycetes | | | | | | | | |
| Background debris (1-4+)†† | 3+ | | 3+ | | 3+ | | 2+ | |
| Hyphal fragments/m3 | < 13 | | < 13 | | < 22 | | < 22 | |
| Pollen/m3 | 13 | | < 13 | | < 22 | | < 22 | |
| Skin cells (1-4+) | 1+ | | 1+ | | < 1+ | | < 1+ | |
| Sample volume (liters) | 75 | | 75 | | 45 | | 45 | |
| § TOTAL SPORES/m3 | | 210 | | 850 | | 2,500 | | 3,700 |

USA77

USA00000035



**Indoor Air Quality**
Mold Survey

Occupational
Services, Inc.

| Location: | 17: OT3 1901 Desk | | 18: 1903 Desk | | 19: 1900 Corner water intrusion | |
|---|---|---|---|---|---|---|
| Comments (see below) | None | | None | | A | |
| Lab ID-Version‡: | 6986816-1 | | 6986817-1 | | 6986818-1 | |
| Analysis Date: | 03/21/2016 | | 03/21/2016 | | 03/21/2016 | |
| | raw ct. | spores/m3 | raw ct. | spores/m3 | raw ct. | spores/m3 |
| Ascospores | | | | | | |
| Basidiospores | | | 1 | 13 | 2 | 67 |
| Chaetomium | | | | | | |
| Cladosporium | 1 | 53 | | | 2 | 110 |
| Myrothecium | | | | | | |
| Nigrospora | | | | | | |
| Other brown | | | | | 1 | 13 |
| Other colorless | | | | | | |
| Penicillium/Aspergillus types† | 1 | 53 | | | 521 | 9,100 |
| Pithomyces | | | | | | |
| Rusts | | | | | | |
| Smuts, Periconia, Myxomycetes | 1 | 13 | | | | |
| Stachybotrys | | | | | | |
| Stemphylium | | | | | | |
| Torula | | | | | | |
| Ulocladium | | | | | | |
| Zygomycetes | | | | | | |
| Background debris (1-4+)†† | 3+ | | 2+ | | 2+ | |
| Hyphal fragments/m3 | 13 | | 13 | | < 13 | |
| Pollen/m3 | < 13 | | 13 | | 13 | |
| Skin cells (1-4+) | 1+ | | 1+ | | 1+ | |
| Sample volume (liters) | 75 | | 75 | | 75 | |
| § TOTAL SPORES/m3 | | 120 | | 13 | | 9,300 |

Comments: A) 467 of the raw count Penicillium/Aspergillus type spores were present as a clump of 300 and a clump of 167 spores.

USA78

USA00000036



**Indoor Air Quality**
Mold Survey

Page 8 of 21

| Location: | 20:<br>1905 Near chair | | 21:<br>1914 | | 22:<br>3918 | |
|---|---|---|---|---|---|---|
| Comments (see below) | None | | None | | None | |
| Lab ID-Version‡: | 6986819-1 | | 6986820-1 | | 6986821-1 | |
| Analysis Date: | 03/21/2016 | | 03/21/2016 | | 03/21/2016 | |
| | raw ct. | spores/m3 | raw ct. | spores/m3 | raw ct. | spores/m3 |
| Ascospores | | | | | | |
| Basidiospores | | | | | | |
| Chaetomium | | | | | | |
| Cladosporium | 1 | 53 | 1 | 53 | 2 | 110 |
| Epicoccum | | | | | | |
| Fusarium | | | | | | |
| Myrothecium | | | | | | |
| Nigrospora | | | | | | |
| Other brown | | | | | 1 | 13 |
| Other colorless | | | | | | |
| Penicillium/Aspergillus types† | 2 | 110 | | | 1 | 53 |
| Pithomyces | | | | | | |
| Rusts | 1 | 13 | | | | |
| Smuts, Periconia, Myxomycetes | | | | | | |
| Stachybotrys | | | | | | |
| Stemphylium | | | | | | |
| Torula | | | | | | |
| Ulocladium | | | | | | |
| Zygomycetes | | | | | | |
| Background debris (1-4+)†† | 3+ | | 3+ | | 3+ | |
| Hyphal fragments/m3 | < 13 | | 13 | | < 13 | |
| Pollen/m3 | < 13 | | < 13 | | < 13 | |
| Skin cells (1-4+) | 1+ | | 1+ | | 1+ | |
| Sample volume (liters) | 75 | | 75 | | 75 | |
| § TOTAL SPORES/m3 | | 170 | | 53 | | 170 |

USA79

USA00000037



**Indoor Air Quality**
Mold Survey

Occupational
Services, Inc.

Page 9 of 21

| Location: | 23:<br>3829 | | 24:<br>Outdoor near AH OT3 | | 17-1 | |
|---|---|---|---|---|---|---|
| Comments (see below) | None | | None | | None | |
| Lab ID-Version‡: | 6986822-1 | | 6986823-1 | | 6991833-1 | |
| Analysis Date: | 03/21/2016 | | 03/21/2016 | | 03/21/2016 | |
| | raw ct. | spores/m3 | raw ct. | spores/m3 | raw ct. | spores/m3 |
| Ascospores | | | 1 | 89 | 7 | 370 |
| Basidiospores | | | 13 | 1,200 | 20 | 1,100 |
| Chaetomium | | | 1 | 22 | | |
| Cladosporium | 1 | 53 | 8 | 710 | 16 | 850 |
| Epicoccum | | | | | | |
| Fusarium | | | | | | |
| Myrothecium | | | | | | |
| Nigrospora | | | | | | |
| Other brown | 1 | 13 | 1 | 22 | 2 | 27 |
| Other colorless | | | | | | |
| Penicillium/Aspergillus types† | | | 2 | 180 | 3 | 160 |
| Pithomyces | | | | | | |
| Rusts | | | 1 | 22 | | |
| Smuts, Periconia, Myxomycetes | | | | | 1 | 13 |
| Stachybotrys | | | | | | |
| Stemphylium | | | 1 | 22 | | |
| Torula | | | 1 | 22 | | |
| Uloeladium | | | | | | |
| Zygomycetes | | | | | | |
| Background debris (1-4+)†† | 3+ | | 2+ | | 2+ | |
| Hyphal fragments/m3 | < 13 | | 22 | | < 13 | |
| Pollen/m3 | < 13 | | < 22 | | 13 | |
| Skin cells (1-4+) | 1+ | | < 1+ | | < 1+ | |
| Sample volume (liters) | 75 | | 45 | | 75 | |
| § TOTAL SPORES/m3 | | 67 | | 2,200 | | 2,500 |

USA80

USA00000038



**Indoor Air Quality**
Mold Survey

## TABLE 2. DIRECT MICROSCOPIC RESULTS

| Background Debris and/or Description | Miscellaneous Spores Present* | MOLD GROWTH: Molds seen with underlying mycelial and/or sporulating structures† | Other Comments†† | General Impression |
|---|---|---|---|---|
| Lab ID-Version‡: 6986735-1, Analysis Date: 03/18/2016: Tape sample T1: Piping handicap elevator dark | | | | |
| Light | Very few | 3+ *Stachybotrys* species (spores, hyphae, conidiophores) | None | Mold growth |
| Lab ID-Version: 6986736-1, Analysis Date: 03/18/2016: Tape sample T1A: Piping handicap elevator yellow | | | | |
| Heavy | Very few | 4+ *Stachybotrys* species (spores, hyphae, conidiophores) | None | Mold growth |
| Lab ID-Version: 6986737-1, Analysis Date: 03/18/2016: Tape sample T2: 2038 Supply vent | | | | |
| Light | Very few | 3+ *Cladosporium* species (spores, hyphae, conidiophores) | None | Mold growth |
| Lab ID-Version: 6986738-1, Analysis Date: 03/18/2016: Tape sample T3: 2036 Near supply | | | | |
| Light | Very few | 1+ *Cladosporium* species (spores, hyphae) | None | Mold growth |
| Lab ID-Version‡: 6986810-1, Analysis Date: 03/21/2016: Dust sample C1: 1901 Carpet chair | | | | |
| Dust | Very few | None | None | Normal trapping |
| Lab ID-Version: 6986811-1, Analysis Date: 03/21/2016: Dust sample C2: 1901 Carpet behind desk | | | | |
| Dust | Very few | None | None | Normal trapping |
| Lab ID-Version: 6986812-1, Analysis Date: 03/21/2016: Dust sample C3: 1900 Water stain | | | | |
| Dust | Very few | None | None | Normal trapping |
| Lab ID-Version: 6986813-1, Analysis Date: 03/21/2016: Dust sample C4: 1905 Under desk | | | | |
| Dust | Very few | None | None | Normal trapping |
| Lab ID-Version: 6986814-1, Analysis Date: 03/21/2016: Dust sample C5: 1914 Near wall water intrusion | | | | |
| Dust | Very few | None | None | Normal trapping |
| Lab ID-Version: 6986815-1, Analysis Date: 03/21/2016: Dust sample C6: OT1 1271 Carpet | | | | |
| Dust | Very few | None | None | Normal trapping |

USA81

USA00000039

**Indoor Air Quality**
Mold Survey

## CONCLUSIONS AND RECOMMENDATIONS

The results of the indoor air concentrations of spores collected on March 15-16, 2016 were elevated in OT-1 2nd Deck Near Handicap Elevator and OT-3 Office 1900 Corner – Water Intrusion Zone. The air sample collected in OT-1 2nd Deck Near Handicap Elevator reported concentrations of Stachybotrys spores of 430 spores/m3. Stachybotrys spores are not typically picked up in air samples as a result of their size, and tend to settle out of the air. A tape lift sample was also collected from the piping insulation cover above the handicap elevator and resulted in a general observation of Stachybotrys mold growth. Considering the results of the tape lift and the air sample at OT-1 2nd Deck Near Handicap Elevator location, the potential for indoor mold contamination is high in this location. EMLab P&K Laboratory also assigned a MoldSCORE of 300 to this location, which indicates that the potential for indoor mold contamination is high.

The air sample collected in OT-3 Office 1900 Corner – Water Intrusion Zone had elevated levels of Penicillium/Aspergillus of 9100 spores/m3. It is not unusual to find Penicillium/Aspergillus spores indoors in low concentrations, but the levels observed were elevated and approximately 50 times the concentration outdoors. This concentration and the MoldSCORE by EMLab P&K Laboratory of 300, indicates that the potential for indoor mold contamination is high in this location.

The direct microscopic analysis of the tape samples collected in OT-1 Office 2038 HVAC Supply Vent and OT-1 Office 2036 Near HVAC Supply Vent also resulted in a general impression of mold growth. All dust samples collected from the carpet in Office 1901, 1900, 1905, 1914, and 1271 did not show signs of mold growth.

OSI general recommendations:

1. During all remediation processes, personal protective equipment should include: N95, disposable coveralls, eye protection, and nitrile gloves.
2. As feasibly possible, cover all non-affected surfaces to prevent the spread of spores during repairs and remediation.
3. Maintain affected areas under negative pressure during remediation.
4. Identify water intrusion sources and repair.

OT-1 Piping Above 2nd Deck Handicap Elevator

1. Determine the source of water intrusion for the piping above the 2nd Deck Handicap Elevator.
2. Repair water intrusion source.
3. Remove and replace pipe covering with signs of mold.
4. Remove surface mold on the permanent piping using wet disposable wipes using a mild detergent. Do not allow water to enter the storm drains.

OT-3 Office 1900

1. Identify building materials and furniture that may have become wet during water intrusion event.
2. Remove and replace all materials that may have potentially became wet during water intrusion event.

OT-1 Office 2038 HVAC Supply Vent and Office 2036 HVAC Supply Vent

1. Remove surface mold using wet disposable wipes using a mild detergent. Do not allow water to enter the storm drains.
2. Wipe down exposed surfaces with a wet cloth.

USA82

USA00000040



**Indoor Air Quality**
Mold Survey

3. Use a HEPA filtered vacuum to vacuum the floors in Office 2038 and 2036.

Prepared by:

_____                    3/28/16

Johnny Lim                                          Date
Industrial Hygienist

Reviewed by:

_____                    3/29/16

Chad Hansen, MS, CIH, CSP, CPE                      Date
Director EH&S

USA83

USA00000041

**Indoor Air Quality**
Mold Survey

Occupational
Services, Inc.

## ATTACHMENT A – SPORE RESULTS

**EMLab P&K**
8304 Clairemont Mesa Blvd, Suite  103, San Diego, CA 92111
(866) 888-6653  Fax (623) 780-7695  www.emlab.com

Client: Occupational Services, Inc.
C/O: Mr. Johnny Lim
Re: SPAWAR 3-15-16

Date of Sampling: 03-15-2016
Date of Receipt: 03-17-2016
Date of Report: 03-21-2016

### SPORE TRAP REPORT: NON-VIABLE METHODOLOGY

| Location: | 1:<br>1271 Near seat | | 2:<br>1271 Near seat 2 | | 3:<br>2123 Near seat | | 4:<br>2123 Near door | |
|---|---|---|---|---|---|---|---|---|
| Comments (see below) | None | | None | | None | | None | |
| Lab ID-Version‡: | 6986739-1 | | 6986740-1 | | 6986741-1 | | 6986742-1 | |
| Analysis Date: | 03/21/2016 | | 03/21/2016 | | 03/21/2016 | | 03/21/2016 | |
| | raw ct. | spores/m3 | raw ct. | spores/m3 | raw ct. | spores/m3 | raw ct. | spores/m3 |
| Alternaria | | | | | | | | |
| Ascospores | | | | | | | | |
| Basidiospores | | | | | | | | 2 | 110 |
| Botrytis | | | | | | | | |
| Chaetomium | | | | | | | | |
| Cladosporium | 1 | 53 | 2 | 110 | 1 | 53 | 9 | 480 |
| Fusarium | | | | | | | | |
| Myrothecium | | | | | | | | |
| Nigrospora | | | | | | | | |
| Other brown | | | | | | | | |
| Other colorless | | | | | | | | |
| Penicillium/Aspergillus types† | 2 | 110 | 2 | 110 | 1 | 53 | 8 | 430 |
| Pithomyces | | | | | | | | |
| Rusts | | | | | | | | |
| Smuts, Periconia, Myxomycetes | 1 | 13 | | | | | | |
| Stachybotrys | | | | | | | | |
| Stemphylium | | | | | | | | |
| Torula | | | | | | | | |
| Ulocladium | | | | | | | | |
| Zygomycetes | | | | | | | | |
| Background debris (1-4+)†† | 3+ | | 3+ | | 3+ | | 3+ | |
| Hyphal fragments/m3 | < 13 | | < 13 | | < 13 | | < 13 | |
| Pollen/m3 | < 13 | | < 13 | | < 13 | | 13 | |
| Skin cells (1-4+) | 1+ | | 1+ | | 1+ | | 1+ | |
| Sample volume (liters) | 75 | | 75 | | 75 | | 75 | |
| § TOTAL SPORES/m3 | | 170 | | 210 | | 110 | | 1,000 |

**Comments:**

Spore types listed without a count or data entry were not detected during the course of the analysis for the respective sample, indicating a raw count of <1 spore.
† The spores of *Aspergillus* and *Penicillium* (and others such as *Acremonium, Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by non-viable sampling methods. Also, some species with very small spores are easily missed, and may be undercounted.
††Background debris indicates the amount of non-biological particulate matter present on the trace (dust in the air) and the resulting visibility for the analyst. It is rated from 1+ (low) to 4+ (high). Counts from areas with 4+ background debris should be regarded as minimal counts and may be higher then reported. It is important to account for samples volumes when evaluating dust levels.

The analytical sensitivity is the spores/m^3 divided by the raw count, expressed in spores/m^3. The limit of detection is the analytical sensitivity (in spores/m^3) multiplied by the sample volume (in liters) divided by 1000 liters.

For more information regarding analytical sensitivity, please contact QA by calling the laboratory.
‡ A "Version" indicated by "x" after the Lab ID# with a value greater than 1 indicates a sample with amended data.  The revision number is reflected by the value of "x".
§ Total Spores/m3 has been rounded to two significant figures to reflect analytical precision.

EMLab P&K, LLC

EMLab ID: 1510478, Page 2 of 5

---

USA84

USA00000042



**Indoor Air Quality**
Mold Survey

Page 14 of 21

**EMLab P&K**
8304 Clairemont Mesa Blvd, Suite 103, San Diego, CA 92111
(866) 888-6653 Fax (623) 780-7695 www.emlab.com

Client: Occupational Services, Inc.
C/O: Mr. Johnny Lim
Re: SPAWAR 3-15-16

Date of Sampling: 03-15-2016
Date of Receipt: 03-17-2016
Date of Report: 03-21-2016

**SPORE TRAP REPORT: NON-VIABLE METHODOLOGY**

| Location: | 5: 2136A | | 6: 2nd Deck near handicap elevator | | 7: 2038 | | 8: 2036 | |
|---|---|---|---|---|---|---|---|---|
| Comments (see below) | None | | None | | None | | None | |
| Lab ID-Version‡: | 6986743-1 | | 6986744-1 | | 6986745-1 | | 6986746-1 | |
| Analysis Date: | 03/21/2016 | | 03/21/2016 | | 03/21/2016 | | 03/21/2016 | |
| | raw ct. | spores/m3 | raw ct. | spores/m3 | raw ct. | spores/m3 | raw ct. | spores/m3 |
| Alternaria | | | | | | | | |
| Ascospores | | | | | | | | |
| Basidiospores | 2 | 27 | | | | | | |
| Botrytis | | | | | | | | |
| Chaetomium | | | | | | | | |
| Cladosporium | 2 | 110 | 4 | 210 | 2 | 110 | 1 | 53 |
| Myrothecium | | | | | | | | |
| Nigrospora | | | | | | | | |
| Other brown | | | | | | | | |
| Other colorless | | | | | | | | |
| Penicillium/Aspergillus types† | 7 | 370 | 6 | 320 | 14 | 750 | 2 | 110 |
| Pithomyces | | | | | | | | |
| Rusts | | | | | | | | |
| Smuts, Periconia, Myxomycetes | | | | | | | | |
| Stachybotrys | | | 32 | 430 | | | | |
| Stemphylium | | | | | | | | |
| Torula | | | | | | | | |
| Ulocladium | | | | | | | | |
| Zygomycetes | | | | | | | | |
| Background debris (1-4+)†† | 3+ | | 3+ | | 3+ | | 2+ | |
| Hyphal fragments/m3 | < 13 | | 130 | | < 13 | | < 13 | |
| Pollen/m3 | 40 | | 80 | | < 13 | | < 13 | |
| Skin cells (1-4+) | 1+ | | 1+ | | 1+ | | 1+ | |
| Sample volume (liters) | 75 | | 75 | | 75 | | 75 | |
| § TOTAL SPORES/m3 | | 510 | | 960 | | 850 | | 160 |

**Comments:**

Spore types listed without a count or data entry were not detected during the course of the analysis for the respective sample, indicating a raw count of <1 spore.
† The spores of *Aspergillus* and *Penicillium* (and others such as *Acremonium, Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by non-viable sampling methods. Also, some species with very small spores are easily missed, and may be undercounted.
†† Background debris indicates the amount of non-biological particulate matter present on the trace (dust in the air) and the resulting visibility for the analyst. It is rated from 1+ (low) to 4+ (high). Counts from areas with 4+ background debris should be regarded as minimal counts and may be higher than reported. It is important to account for samples volumes when evaluating dust levels.

The analytical sensitivity is the spores/m^3 divided by the raw count, expressed in spores/m^3. The limit of detection is the analytical sensitivity (in spores/m^3) multiplied by the sample volume (in liters) divided by 1000 liters.

For more information regarding analytical sensitivity, please contact QA by calling the laboratory.
‡ A "Version" indicated by -"x" after the Lab ID# with a value greater than 1 indicates a sample with amended data. The revision number is reflected by the value of "x".
§ Total Spores/m3 has been rounded to two significant figures to reflect analytical precision.

EMLab P&K, LLC

EMLab ID: 1510478, Page 3 of 5

USA85

USA00000043



**Indoor Air Quality**
Mold Survey

**EMLab P&K**
8304 Clairemont Mesa Blvd, Suite 103, San Diego, CA 92111
(866) 888-6653 Fax (623) 780-7695 www.emlab.com

Client: Occupational Services, Inc.
C/O: Mr. Johnny Lim
Re: SPAWAR 3-15-16

Date of Sampling: 03-15-2016
Date of Receipt: 03-17-2016
Date of Report: 03-21-2016

### SPORE TRAP REPORT: NON-VIABLE METHODOLOGY

| Location: | 9:<br>1017 | | 10:<br>PMW 790 POD 2<br>BTW 1041 1037 | | 11:<br>1952 POD 6 | | 12:<br>1953 POD 6 | |
|---|---|---|---|---|---|---|---|---|
| Comments (see below) | None | | None | | None | | None | |
| Lab ID-Version‡: | 6986747-1 | | 6986748-1 | | 6986749-1 | | 6986750-1 | |
| Analysis Date: | 03/21/2016 | | 03/21/2016 | | 03/21/2016 | | 03/21/2016 | |
| | raw ct. | spores/m3 | raw ct. | spores/m3 | raw ct. | spores/m3 | raw ct. | spores/m3 |
| Alternaria | | | | | | | | |
| Ascospores | | | | | | | | |
| Basidiospores | 1 | 53 | | | | | | |
| Botrytis | | | | | | | | |
| Chaetomium | | | | | | | | |
| Cladosporium | 3 | 160 | 1 | 53 | | | | |
| Myrothecium | | | | | | | | |
| Nigrospora | | | | | | | | |
| Other brown | | | | | 1 | 13 | | |
| Other colorless | | | | | | | | |
| Penicillium/Aspergillus types† | 3 | 160 | 3 | 160 | 1 | 53 | 1 | 53 |
| Pithomyces | | | | | | | | |
| Rusts | | | | | | | | |
| Smuts, Periconia, Myxomycetes | | | | | | | | |
| Stachybotrys | | | | | | | | |
| Stemphylium | | | | | | | | |
| Torula | | | | | | | | |
| Ulocladium | | | | | | | | |
| Zygomycetes | | | | | | | | |
| Background debris (1-4+)†† | 2+ | | 3+ | | 3+ | | 2+ | |
| Hyphal fragments/m3 | < 13 | | < 13 | | < 13 | | < 13 | |
| Pollen/m3 | 13 | | 53 | | < 13 | | < 13 | |
| Skin cells (1-4+) | 1+ | | 1+ | | 1+ | | 1+ | |
| Sample volume (liters) | 75 | | 75 | | 75 | | 75 | |
| **§ TOTAL SPORES/m3** | | 370 | | 210 | | 67 | | 53 |

Comments:

Spore types listed without a count or data entry were not detected during the course of the analysis for the respective sample, indicating a raw count of <1 spore.
† The spores of *Aspergillus* and *Penicillium* (and others such as *Acremonium, Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by non-viable sampling methods. Also, some species with very small spores are easily missed, and may be undercounted.
††Background debris indicates the amount of non-biological particulate matter present on the trace (dust in the air) and the resulting visibility for the analyst. It is rated from 1+ (low) to 4+ (high). Counts from areas with 4+ background debris should be regarded as minimal counts and may be higher than reported. It is important to account for samples volumes when evaluating dust levels.

The analytical sensitivity is the spores/m^3 divided by the raw count, expressed in spores/m^3. The limit of detection is the analytical sensitivity (in spores/m^3) multiplied by the sample volume (in liters) divided by 1000 liters.

For more information regarding analytical sensitivity, please contact QA by calling the laboratory.
‡ A "Version" indicated by a "x" after the Lab ID# with a value greater than 1 indicates a sample with amended data. The revision number is reflected by the value of "x".
§ Total Spores/m3 has been rounded to two significant figures to reflect analytical precision.

EMLab P&K, LLC

EMLab ID: 1510478, Page 4 of 5

USA86

USA00000044



**Indoor Air Quality**
Mold Survey

**EMLab P&K**
8304 Clairemont Mesa Blvd, Suite  103, San Diego, CA 92111
(866) 888-6653  Fax (623) 780-7695  www.emlab.com

Client: Occupational Services, Inc.
C/O: Mr. Johnny Lim
Re: SPAWAR 3-15-16

Date of Sampling: 03-15-2016
Date of Receipt: 03-17-2016
Date of Report: 03-21-2016

### SPORE TRAP REPORT: NON-VIABLE METHODOLOGY

| Location: | 13: 2035 D-F | | 14: Near 2035G | | 15: Outdoor HQ building | | 16: Outdoor OT1 AH | |
|---|---|---|---|---|---|---|---|---|
| Comments (see below) | None | | None | | None | | None | |
| Lab ID-Version‡: | 6986751-1 | | 6986752-1 | | 6986753-1 | | 6986754-1 | |
| Analysis Date: | 03/21/2016 | | 03/21/2016 | | 03/21/2016 | | 03/21/2016 | |
| | raw ct. | spores/m3 | raw ct. | spores/m3 | raw ct. | spores/m3 | raw ct. | spores/m3 |
| Alternaria | | | | | 1 | 22 | | |
| Ascospores | | | | | 6 | 530 | 9 | 800 |
| Basidiospores | | | | | 12 | 1,000 | 15 | 1,100 |
| Botrytis | | | | | 2 | 44 | | |
| Chaetomium | | | | | | | | |
| Cladosporium | 2 | 110 | 8 | 430 | 8 | 710 | 16 | 1,400 |
| Myrothecium | | | | | | | | |
| Nigrospora | | | | | | | | |
| Other brown | | | | | | | | |
| Other colorless | | | | | | | | |
| Penicillium/Aspergillus types† | 2 | 110 | 8 | 430 | 2 | 180 | 4 | 360 |
| Pithomyces | | | | | | | | |
| Rusts | | | | | | | | |
| Smuts, Periconia, Myxomycetes | | | | | | | | |
| Stachybotrys | | | | | | | | |
| Stemphylium | | | | | | | 1 | 22 |
| Torula | | | | | | | | |
| Ulocladium | | | | | | | | |
| Zygomycetes | | | | | | | | |
| Background debris (1-4+)†† | 3+ | | 3+ | | 3+ | | 2+ | |
| Hyphal fragments/m3 | < 13 | | < 13 | | < 22 | | < 22 | |
| Pollen/m3 | 13 | | < 13 | | < 22 | | < 22 | |
| Skin cells (1-4+) | 1+ | | 1+ | | < 1+ | | < 1+ | |
| Sample volume (liters) | 75 | | 75 | | 45 | | 45 | |
| § TOTAL SPORES/m3 | | 210 | | 850 | | 2,500 | | 3,700 |

**Comments:**

Spore types listed without a count or data entry were not detected during the course of the analysis for the respective sample, indicating a raw count of <1 spore.
† The spores of *Aspergillus* and *Penicillium* (and others such as *Acremonium, Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by non-viable sampling methods. Also, some species with very small spores are easily missed, and may be undercounted.
††Background debris indicates the amount of non-biological particulate matter present on the trace (dust in the air) and the resulting visibility for the analyst. It is rated from 1+ (low) to 4+ (high). Counts from areas with 4+ background debris should be regarded as minimal counts and may be higher than reported. It is important to account for samples volumes when evaluating dust levels.

The analytical sensitivity is the spores/m^3 divided by the raw count, expressed in spores/m^3. The limit of detection is the analytical sensitivity (in spores/m^3) multiplied by the sample volume (in liters) divided by 1000 liters.

For more information regarding analytical sensitivity, please contact QA by calling the laboratory.
‡ A "Version" indicated by -"x" after the Lab ID# with a value greater than 1 indicates a sample with amended data.  The revision number is reflected by the value of "x".
§ Total Spores/m3 has been rounded to two significant figures to reflect analytical precision.

EMLab P&K, LLC

EMLab P&K ID: 1510478, Page 5 of 5

USA87

USA00000045



**Indoor Air Quality**
Mold Survey

**EMLab P&K**
8304 Clairemont Mesa Blvd, Suite 103, San Diego, CA 92111
(866) 888-6653  Fax (623) 780-7695  www.emlab.com

Client: Occupational Services, Inc.
C/O: Mr. Johnny Lim
Re: SPAWAR 3-16-16

Date of Sampling: 03-16-2016
Date of Receipt: 03-17-2016
Date of Report: 03-21-2016

**SPORE TRAP REPORT: NON-VIABLE METHODOLOGY**

| Location: | 17:<br>OT3 1901 Desk | | 18:<br>1903 Desk | | 19:<br>1900 Corner water intrusion | |
|---|---|---|---|---|---|---|
| Comments (see below) | None | | None | | A | |
| Lab ID-Version‡: | 6986816-1 | | 6986817-1 | | 6986818-1 | |
| Analysis Date: | 03/21/2016 | | 03/21/2016 | | 03/21/2016 | |
| | raw ct. | spores/m3 | raw ct. | spores/m3 | raw ct. | spores/m3 |
| Ascospores | | | | | | |
| Basidiospores | | | 1 | 13 | 2 | 67 |
| Chaetomium | | | | | | |
| Cladosporium | 1 | 53 | | | 2 | 110 |
| Myrothecium | | | | | | |
| Nigrospora | | | | | | |
| Other brown | | | | | 1 | 13 |
| Other colorless | | | | | | |
| Penicillium/Aspergillus types† | 1 | 53 | | | 521 | 9,100 |
| Pithomyces | | | | | | |
| Rusts | | | | | | |
| Smuts, Periconia, Myxomycetes | 1 | 13 | | | | |
| Stachybotrys | | | | | | |
| Stemphylium | | | | | | |
| Torula | | | | | | |
| Ulocladium | | | | | | |
| Zygomycetes | | | | | | |
| Background debris (1-4+)†† | 3+ | | 2+ | | 2+ | |
| Hyphal fragments/m3 | 13 | | 13 | | < 13 | |
| Pollen/m3 | < 13 | | 13 | | 13 | |
| Skin cells (1-4+) | 1+ | | 1+ | | 1+ | |
| Sample volume (liters) | 75 | | 75 | | 75 | |
| § TOTAL SPORES/m3 | | 120 | | 13 | | 9,300 |

**Comments:** A) 467 of the raw count *Penicillium/Aspergillus* type spores were present as a clump of 300 and a clump of 167 spores.

Spore types listed without a count or data entry were not detected during the course of the analysis for the respective sample, indicating a raw count of <1 spore.
† The spores of *Aspergillus* and *Penicillium* (and others such as *Acremonium, Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by non-viable sampling methods. Also, some species with very small spores are easily missed, and may be undercounted.
††Background debris indicates the amount of non-biological particulate matter present on the trace (dust in the air) and the resulting visibility for the analyst. It is rated from 1+ (low) to 4+ (high). Counts from areas with 4+ background debris should be regarded as minimal counts and may be higher then reported. It is important to account for samples volumes when evaluating dust levels.

The analytical sensitivity is the spores/m^3 divided by the raw count, expressed in spores/m^3. The limit of detection is the analytical sensitivity (in spores/m^3) multiplied by the sample volume (in liters) divided by 1000 liters.

For more information regarding analytical sensitivity, please contact QA by calling the laboratory.
‡ A "Version" indicated by -"x" after the Lab ID# with a value greater than 1 indicates a sample with amended data. The revision number is reflected by the value of "x".
§ Total Spores/m3 has been rounded to two significant figures to reflect analytical precision.

EMLab P&K, LLC                                                EMLab ID: 1510476, Page 2 of 4

USA00000046



**Indoor Air Quality**
Mold Survey

Page 18 of 21

**EMLab P&K**
8304 Clairemont Mesa Blvd, Suite 103, San Diego, CA 92111
(866) 888-6653  Fax (623) 780-7695  www.emlab.com

Client: Occupational Services, Inc.
C/O: Mr. Johnny Lim
Re: SPAWAR 3-16-16

Date of Sampling: 03-16-2016
Date of Receipt: 03-17-2016
Date of Report: 03-21-2016

### SPORE TRAP REPORT: NON-VIABLE METHODOLOGY

| Location: | 20:<br>1905 Near chair | | 21:<br>1914 | | 22:<br>3918 | |
|---|---|---|---|---|---|---|
| Comments (see below) | None | | None | | None | |
| Lab ID-Version‡: | 6986819-1 | | 6986820-1 | | 6986821-1 | |
| Analysis Date: | 03/21/2016 | | 03/21/2016 | | 03/21/2016 | |
| | raw ct. | spores/m3 | raw ct. | spores/m3 | raw ct. | spores/m3 |
| Ascospores | | | | | | |
| Basidiospores | | | | | | |
| Chaetomium | | | | | | |
| Cladosporium | 1 | 53 | 1 | 53 | 2 | 110 |
| Epicoccum | | | | | | |
| Fusarium | | | | | | |
| Myrothecium | | | | | | |
| Nigrospora | | | | | | |
| Other brown | | | | | 1 | 13 |
| Other colorless | | | | | | |
| Penicillium/Aspergillus types† | 2 | 110 | | | 1 | 53 |
| Pithomyces | | | | | | |
| Rusts | 1 | 13 | | | | |
| Smuts, Periconia, Myxomycetes | | | | | | |
| Stachybotrys | | | | | | |
| Stemphylium | | | | | | |
| Torula | | | | | | |
| Ulocladium | | | | | | |
| Zygomycetes | | | | | | |
| Background debris (1-4+)†† | 3+ | | 3+ | | 3+ | |
| Hyphal fragments/m3 | < 13 | | 13 | | < 13 | |
| Pollen/m3 | < 13 | | < 13 | | < 13 | |
| Skin cells (1-4+) | 1+ | | 1+ | | 1+ | |
| Sample volume (liters) | 75 | | 75 | | 75 | |
| § TOTAL SPORES/m3 | | 170 | | 53 | | 170 |

Comments:

Spore types listed without a count or data entry were not detected during the course of the analysis for the respective sample, indicating a raw count of <1 spore.
† The spores of *Aspergillus* and *Penicillium* (and others such as *Acremonium, Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by non-viable sampling methods. Also, some species with very small spores are easily missed, and may be undercounted.
††Background debris indicates the amount of non-biological particulate matter present on the trace (dust in the air) and the resulting visibility for the analyst. It is rated from 1+ (low) to 4+ (high). Counts from areas with 4+ background debris should be regarded as minimal counts and may be higher then reported. It is important to account for samples volumes when evaluating dust levels.

The analytical sensitivity is the spores/m^3 divided by the raw count, expressed in spores/m^3. The limit of detection is the analytical sensitivity (in spores/m^3) multiplied by the sample volume (in liters) divided by 1000 liters.

For more information regarding analytical sensitivity, please contact QA by calling the laboratory.
‡ A "Version" indicated by -"x" after the Lab ID# with a value greater than 1 indicates a sample with amended data. The revision number is reflected by the value of "x".
§ Total Spores/m3 has been rounded to two significant figures to reflect analytical precision.

EMLab P&K, LLC

EMLab ID: 1510476, Page 3 of 4

USA89

USA00000047



**Indoor Air Quality**
Mold Survey

Occupational
Services, Inc.

Page 19 of 21

**EMLab P&K**
8304 Clairemont Mesa Blvd, Suite 103, San Diego, CA 92111
(866) 888-6653  Fax (623) 780-7695  www.emlab.com

Client: Occupational Services, Inc.
C/O: Mr. Johnny Lim
Re: SPAWAR 3-16-16

Date of Sampling: 03-16-2016
Date of Receipt: 03-17-2016
Date of Report: 03-21-2016

## SPORE TRAP REPORT: NON-VIABLE METHODOLOGY

| Location: | 23:<br>3829 | | 24:<br>Outdoor near AH OT3 | | 17-1 | |
|---|---|---|---|---|---|---|
| Comments (see below) | None | | None | | None | |
| Lab ID-Version‡: | 6986822-1 | | 6986823-1 | | 6991833-1 | |
| Analysis Date: | 03/21/2016 | | 03/21/2016 | | 03/21/2016 | |
| | raw ct. | spores/m3 | raw ct. | spores/m3 | raw ct. | spores/m3 |
| Ascospores | | | 1 | 89 | 7 | 370 |
| Basidiospores | | | 13 | 1,200 | 20 | 1,100 |
| Chaetomium | | | 1 | 22 | | |
| Cladosporium | 1 | 53 | 8 | 710 | 16 | 850 |
| Epicoccum | | | | | | |
| Fusarium | | | | | | |
| Myrothecium | | | | | | |
| Nigrospora | | | | | | |
| Other brown | 1 | 13 | 1 | 22 | 2 | 27 |
| Other colorless | | | | | | |
| Penicillium/Aspergillus types† | | | 2 | 180 | 3 | 160 |
| Pithomyces | | | | | | |
| Rusts | | | 1 | 22 | | |
| Smuts, Periconia, Myxomycetes | | | | | 1 | 13 |
| Stachybotrys | | | | | | |
| Stemphylium | | | 1 | 22 | | |
| Torula | | | 1 | 22 | | |
| Ulocladium | | | | | | |
| Zygomycetes | | | | | | |
| Background debris (1-4+)†† | 3+ | | 2+ | | 2+ | |
| Hyphal fragments/m3 | < 13 | | 22 | | < 13 | |
| Pollen/m3 | < 13 | | < 22 | | 13 | |
| Skin cells (1-4+) | 1+ | | < 1+ | | < 1+ | |
| Sample volume (liters) | 75 | | 45 | | 75 | |
| § TOTAL SPORES/m3 | | 67 | | 2,200 | | 2,500 |

**Comments:**

Spore types listed without a count or data entry were not detected during the course of the analysis for the respective sample, indicating a raw count of <1 spore.
† The spores of *Aspergillus* and *Penicillium* (and others such as *Acremonium, Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by non-viable sampling methods. Also, some species with very small spores are easily missed, and may be undercounted.
††Background debris indicates the amount of non-biological particulate matter present on the trace (dust in the air) and the resulting visibility for the analyst. It is rated from 1+ (low) to 4+ (high). Counts from areas with 4+ background debris should be regarded as minimal counts and may be higher than reported. It is important to account for samples volumes when evaluating dust levels.

The analytical sensitivity is the spores/m^3 divided by the raw count, expressed in spores/m^3. The limit of detection is the analytical sensitivity (in spores/m^3) multiplied by the sample volume (in liters) divided by 1000 liters.

For more information regarding analytical sensitivity, please contact QA by calling the laboratory.
‡ A "Version" indicated by -"x" after the Lab ID# with a value greater than 1 indicates a sample with amended data.  The revision number is reflected by the value of "x".
§ Total Spores/m3 has been rounded to two significant figures to reflect analytical precision.

EMLab P&K, LLC

EMLab ID: 1510476, Page 4 of 4

USA90

USA00000048



**Indoor Air Quality**
Mold Survey

Page 20 of 21

**EMLab P&K**
8304 Clairemont Mesa Blvd, Suite 103, San Diego, CA 92111
(866) 888-6653  Fax (623) 780-7695  www.emlab.com

Client: Occupational Services, Inc.          Date of Sampling: 03-15-2016
C/O: Mr. Johnny Lim                          Date of Receipt: 03-17-2016
Re: SPAWAR 3-15-16                           Date of Report: 03-21-2016

### DIRECT MICROSCOPIC EXAMINATION REPORT

| Background Debris and/or Description | Miscellaneous Spores Present* | MOLD GROWTH: Molds seen with underlying mycelial and/or sporulating structures† | Other Comments†† | General Impression |
|---|---|---|---|---|
| Lab ID-Version‡: 6986735-1, Analysis Date: 03/18/2016: Tape sample T1: Piping handicap elevator dark | | | | |
| Light | Very few | 3+ *Stachybotrys* species (spores, hyphae, conidiophores) | None | Mold growth |
| Lab ID-Version: 6986736-1, Analysis Date: 03/18/2016: Tape sample T1A: Piping handicap elevator yellow | | | | |
| Heavy | Very few | 4+ *Stachybotrys* species (spores, hyphae, conidiophores) | None | Mold growth |
| Lab ID-Version: 6986737-1, Analysis Date: 03/18/2016: Tape sample T2: 2038 Supply vent | | | | |
| Light | Very few | 3+ *Cladosporium* species (spores, hyphae, conidiophores) | None | Mold growth |
| Lab ID-Version: 6986738-1, Analysis Date: 03/18/2016: Tape sample T3: 2036 Near supply | | | | |
| Light | Very few | 1+ *Cladosporium* species (spores, hyphae) | None | Mold growth |

* Indicative of normal conditions, i.e. seen on surfaces everywhere. Includes basidiospores (mushroom spores), myxomycetes, plant pathogens such as ascospores, rusts and smuts, and a mix of saprophytic genera with no particular spore type predominating. Distribution of spore types seen mirrors that usually seen outdoors.

† Quantities of molds seen growing are listed in the MOLD GROWTH column and are graded <1+ to 4+, with 4+ denoting the highest numbers.

†† Some comments may refer to the following: Most surfaces collect a mix of spores which are normally present in the outdoor environment. At times it is possible to note a skewing of the distribution of spore types, and also to note "marker" genera which may indicate indoor mold growth. Marker genera are those spore types which are present normally in very small numbers, but which multiply indoors when conditions are favorable for growth.

‡ A "Version" indicated by -"x" after the Lab ID# with a value greater than 1 indicates a sample with amended data. The revision number is reflected by the value of "x".
The limit of detection is < 1+ when mold growth is detected.

USA91

USA00000049



**Indoor Air Quality**
Mold Survey

**EMLab P&K**
8304 Clairemont Mesa Blvd, Suite 103, San Diego, CA 92111
(866) 888-6653 Fax (623) 780-7695 www.emlab.com

Client: Occupational Services, Inc.          Date of Sampling: 03-16-2016
C/O: Mr. Johnny Lim                          Date of Receipt: 03-17-2016
Re: SPAWAR 3-16-16                          Date of Report: 03-21-2016

**DIRECT MICROSCOPIC EXAMINATION REPORT**

| Background Debris and/or Description | Miscellaneous Spores Present* | MOLD GROWTH: Molds seen with underlying mycelial and/or sporulating structures† | Other Comments†† | General Impression |
|---|---|---|---|---|
| Lab ID-Version‡: 6986810-1, Analysis Date: 03/21/2016: Dust sample C1: 1901 Carpet chair | | | | |
| Dust | Very few | None | None | Normal trapping |
| Lab ID-Version: 6986811-1, Analysis Date: 03/21/2016: Dust sample C2: 1901 Carpet behind desk | | | | |
| Dust | Very few | None | None | Normal trapping |
| Lab ID-Version: 6986812-1, Analysis Date: 03/21/2016: Dust sample C3: 1900 Water stain | | | | |
| Dust | Very few | None | None | Normal trapping |
| Lab ID-Version: 6986813-1, Analysis Date: 03/21/2016: Dust sample C4: 1905 Under desk | | | | |
| Dust | Very few | None | None | Normal trapping |
| Lab ID-Version: 6986814-1, Analysis Date: 03/21/2016: Dust sample C5: 1914 Near wall water intrusion | | | | |
| Dust | Very few | None | None | Normal trapping |
| Lab ID-Version: 6986815-1, Analysis Date: 03/21/2016: Dust sample C6: OT1 1271 Carpet | | | | |
| Dust | Very few | None | None | Normal trapping |

* Indicative of normal conditions, i.e. seen on surfaces everywhere. Includes basidiospores (mushroom spores), myxomycetes, plant pathogens such as ascospores, rusts and smuts, and a mix of saprophytic genera with no particular spore type predominating. Distribution of spore types seen mirrors that usually seen outdoors.

† Quantities of molds seen growing are listed in the MOLD GROWTH column and are graded <1+ to 4+, with 4+ denoting the highest numbers.

†† Some comments may refer to the following: Most surfaces collect a mix of spores which are normally present in the outdoor environment. At times it is possible to note a skewing of the distribution of spore types, and also to note "marker" genera which may indicate indoor mold growth. Marker genera are those spore types which are present normally in very small numbers, but which multiply indoors when conditions are favorable for growth.

‡ A "Version" indicated by -"x" after the Lab ID# with a value greater than 1 indicates a sample with amended data. The revision number is reflected by the value of "x".
The limit of detection is < 1+ when mold growth is detected.

USA92

USA00000050