# EXHIBIT 10

USA93



50D10 1922
HALL, STEWART
858-537-0550
AC-48
1922
1924A
1924B
VERT155
50H00 1920
Wilderman, CAPT Jennifer
619-221-7143
1912
50F10 1918
Tague, Cara
619-221-7990
1.0
50A00 1900
SPENCER, LOREN
858-537-0383
50000 1904
FRITZEMEIER, RDML RONALD
619-524-7253
1908A
1908B
PCIR190
50H00 1914
Colpo, CAPT Daniel
619-524-7562
50B01 1916
RIX, WILLIAM
619-524-7416
1906
1904
50D10 1902A
Sandoval, Jennifer
619-524-7022
50F10 1902B
LARSON, DIANE
858-537-8864
50F10 1910A
Gibson, Michelle
619-524-7209
CSA
50F10 1910B
Roberts, Nadine
858-537-0383
CSA
MFD
1907
1913A
1903A
50D00 1901
MARSH, BRIAN
(619) 221-7186
50B00 1903
SHAFFER, GREGORY
619-221-7179
50F00 1905
KAISER-ARNETT, TOBY
619-524-7331
50B00 1907D
Shah, Shreya
858-922-6326
BAH
1907G
50A00 1907C
Dennehy, Meghan
858-336-3755
BAH
50H00 1909
KAN, JOE, CAPT
1913
1911
vacant
Visitor Jeffrey Janick (COL)
50F10 1907A
Smith, Dave
858-537-0605
BAH
50F10 1907B
Robinette, Carrie
619-524-7274
CSA
USA94

# EXHIBIT 11

USA95

| | |
|---|---|
| **From:** | Gibson, Michelle R CTR SPAWAR, 50F10 |
| **Sent:** | Thursday, June 2, 2016 4:32 PM |
| **To:** | Shaffer, Greg M SES SPAWAR, 50C00 |
| **Subject:** | FW: Verbatim Voice Mail left for Michelle Gibson from Pulmonary Specialist, Dr. Lichter |
| **Attachments:** | Dr. Julian Licter Voic Mail 19 April, 2016.docx |

Sir,

As promised, attached please find the verbatim voicemail Dr. Licter left regarding my exposure to mold.  I will also bring you in a hard copy of the blood work specifically taken.  I will give you a copy on Monday.

Please let me know if you have any questions.

V/R
Michelle R. Gibson
SPAWAR 5.0 Front Office Chief Engineer Support
Executive Assistant to:
Mr. Greg Shaffer, SES
BLDG OT-3, 1st Deck,1910A
Client Solution Architects
619-524-7209 (Desk)
619-602-2597 (Mobile)
NIPR Email: michelle.gibson.ctr@navy.mil
CSA Email: michelle.gibson@csaassociates.com

WARNING: This is an official Department of Defense communication. Some emails may be encrypted and require CAC certification to view. Emails, or their attachments, containing personally identifiable information are "For Official Use Only" (FOUO) - Privacy Sensitive. Any misuse or unauthorized disclosure can result in both civil and criminal penalties.

*This signature line and my digital signature is the equivalent of a hard copy signature, serving to authenticate that I have the authority to send this e-mail and to indicate I have consciously decided that it should have the same legal authority normally accorded to an actual hard copy signature*

-----Original Message-----
From: Gibson, Michelle R CTR SPAWAR, 50F10
Sent: Wednesday, April 20, 2016 9:24 AM
To: Reinig, Mark E CIV SPAWAR, 50F00
Cc: Spencer, Mike M SES SPAWAR, 50A00; Nicholas, Bill G CIV SPAWAR, 50F10; Larson, Diane M CIV SPAWAR, 50F10
Subject: Verbatim Voice Mail left for Michelle Gibson from Pulmonary Specialist, Dr. Lichter

1

USA96

USA00000106

Good morning, Sir,

Per our discussion, attached please find the voice mail (verbatim) message from my Pulmonary Specialist, Dr. Lichter left me yesterday morning regarding the results of my blood test. To clarify, due to the recurring upper respiratory infections I have had from Nov, 2015 to date, my primary doctor scheduled a CT Scan, and the results of the CT Scan showed I had multiple Pulmonary nodules in my lungs.  I was referred to  Dr. Lichter, a Pulmonary Specialist.  Doctor Lichter stated my lungs show that I have had several infections, but he cannot explain why.  My primary and pulmonary specialist are aware of the environmental issues we have been facing at SPAWAR, OT3 5.0 spaces.  Additional tests were taken and I have  yet to receive the results, we will address those findings on my next appointment at the end of May, 2016.  As of now, he is treating my lack of lung capacity issue, with three separate inhalers to see if that makes a significant change in my symptoms, the inability
 to breathe, lack of sleep, heavy chest, recurring upper respiratory infections, vertigo, exhaustion and fatigue, in addition to other symptoms not listed.   I am going from a woman who ran  5K races monthly, working out at the gym every day, and taken Kickboxing classes weekly, to not having the ability to do any of those things from Oct 2015 to ongoing.  This experience has been heartbreaking and frustrating for me, and to be honest, I feel a little bit relieved to have some clarifying news as to why.   In response to  your question of speaking to the Naval Hygienists and Environmental Specialist team SPAWAR has been working with as they have addressed the ongoing issues we have had in 5.0, I am open to having a discussion, and I am willing to help in any way that I can.

I will keep you posted to the findings and results regarding treatment as I move forward.

V/R
Michelle R. Gibson
SPAWAR 5.0 Front Office Chief Engineer Support
Executive Assistant to:
Mr. Greg Shaffer, SES
BLDG OT-3, 1st Deck,1910A
Client Solution Architects
619-524-7209 (Desk)
619-602-2597 (Mobile)
NIPR Email: michelle.gibson.ctr@navy.mil
CSA Email: michelle.gibson@csaassociates.com

WARNING: This is an official Department of Defense communication. Some emails may be encrypted and require CAC certification to view. Emails, or their attachments, containing personally identifiable information are "For Official Use Only" (FOUO) - Privacy Sensitive. Any misuse or unauthorized disclosure can result in both civil and criminal penalties.

*This signature line and my digital signature is the equivalent of a hard copy signature, serving to authenticate that I have the authority to send this e-mail and to indicate I have consciously decided that it should have the same legal authority normally accorded to an actual hard copy signature*

USA97

USA00000107

# EXHIBIT 12

USA98

Tuesday, 19 April

Time: 1136

1 Minute 53 Seconds

Verbatim Message left for Michelle Gibson regarding recent blood test taken due to multiple pulmonary nodules found in lungs.

Voicemail left by Dr. Julian Lichter, Pulmonary Specialist.

"Michelle, this is Dr. Lichter and I was just calling to give you some of the results of the tests we sent off, just so I am keeping you informed, prior to our visit in about a month. The news is that you do not have positive serology's for Valley Fever even though do jeeping and rock-climbing out in the east. It doesn't seem to be causing your problem, which is good. So far I see nothing that is consistence with some kind of Collagen vascular disease, your sedimentation rate is totally normal. Rheumatoid factor was negative. Also your TB QuantiFERON-and Gold blood test was negative. Of interest is, I sent off some testing of antibodies for what is called hypersensitivity pneumonitis to see if you have been exposed to things that you may be, that you might be having some reaction to. One of the tests that came back positive, which means you have had an exposure is the test to mold, Astragalus Hypoglottis and I know that you think you have been exposed to mold at your work, so that is kind of, of interest . . . and we'll need to talk some more about that, and whether or not we are going to pursue it, and how to pursue it, and whether or not we should put you on any antifungal treatment for a short period of time. But those are, for now that is the information that I have – and we will talk about it some more. Alright, bye, bye."

USA99

USA00000001

# EXHIBIT 13

USA100

**Employee Information:**

Name: Michelle Renee Gibson    Age: 52    Date: 4/9/2017
Address: (complete mailing address) 320 Blue Lake Dr. San Diego CA 92119
Phone No.: (619) 602-25__  Date Of Birth: 11/24/64  Soc. Sec. No.: 556-29-75__
__ Male __ Female  X Right Handed __ Left Handed __ Both  Height: 5-7  Weight: 111 lbs

**Employer Information:** *(Your Employer At The Time You Were Injured)*

Name Of Business: Client Solution Architects    Phone No.: (619) 858-1100
Address: 3570 Camino del Rio, Ste. 302, San Diego, CA 92108

**Workers' Compensation Insurance Carrier Information:**

Name: The Hartford WC Major Case    Phone No.: (866) 514-4833 X-2308382
Address: P.O. Box 14776
Claims Representative: Daniel Fernandez    Fax No.: (888) 459-1636
Claim No.: Y67C3 822

**Information About Your Work Injury:**

Date Of Injury: 10/15/2015   Time The Injury Occurred: All Day (o North) M. X P.M. X
Date You Reported Your Injury To Your Employer/Supervisor: 3/2015
Name Of Person You Reported Your Injury To: Walt Reinig, Bill Nicholas, Aaron Robins
Where Did Your Injury Occur? (Address Or Description Of Location): 4310 Pacific Hwy
San Diego, CA 92110 - ESS Spawar OT3, 1st Deck 1410

**Attorney Information:** (  ) Check If None

Name: _____    Phone No.: (___) _____
Address: _____

## HISTORY OF THE INJURY:

Please Describe How Your Work Injury Occurred: Began while Spawar S.0 -
Office of the Chief ___ 6/2012 ___ 2 April 2013 6 months
later we were moved to the first time for mulple poisoning.
Since that date we have move 15 times due to environmental
Exposure to the following chemicals and organic vapor/others:
TCE ___ ___ d 1 level of CO2. Carbon dioxide; Acredine
I vocen (?) ___ vapors; ___ Rat mold droppings - oul asbers
of Drywall, drift ___ wall ...
X ___ Hues mold

Please List The Injured Body Parts, As A Result Of Your Work Injury: Lungs - Several pulmonary
Knoduals - Biopsy grew Aspergillus Ter___ ___gillas, Versicolor; Aspergillas
Terras) and the bacteria Narcodia. The Aspergillus Terras and Narcodia can be and
are fatal.

USA101

(History Of The Injury - continued)

How Did Your Symptoms Come On? ___ Suddenly ___ Gradually  If 'Gradually', Over What
Period of Time? See # 1 of History of injury – 2013 – 2015
EX posures To multiple VOCs – chemicals – mold
and more ... fcg, fiberglass, Aldehyde; Acredilyn; Carbon Dioxide;
Bacterias –
When Did You Realize/Know That You Were Injured? Explain: In Oct, 2015 I had my
first of many upper respiratory infections. By March 2016
I had 4 – 5 Back-to-Back infections that could not be cured.

## HISTORY OF TREATMENT:

When Did You First Seek Treatment For Your Injury? Date: AUG 2013 – present
Did Your Employer Send You For Treatment? __X_ YES __X_ NO  I went on my own.
Did You Seek Treatment On Your Own? __✓_ YES ___ NO
'INITIALLY', Did You Go To A Hospital/Emergency Room? ___ YES __X_ NO  If 'YES',
Answer The Questions Below. If 'NO', Go To The Name Of Doctor/Facility #1 On This Page.
Name Of Hospital/ER? _____ City: _____
Were You Admitted To The Hospital? ___ YES ___ NO  If 'YES', How Long? _____
Name Of Doctor(s) At The Hospital/ER Who Treated You? _____
Describe The Type Of Treatment &/Or Diagnostic Testing That Was Done: _____
_____
_____

What Did The Hospital Doctor(s) Say Was Wrong With You? _____

Were You Told That You Would Need More Treatment? ___ YES ___ NO  If 'YES', Explain:

Did The Doctor(s) Restrict Or Modify Your Work Activities? ___ YES ___ NO  If 'YES', How?

Please list ALL Doctors You Have Seen Regarding Your Work Injury. Please List Them In
Chronological Order/The Order You Saw Them In:

Name Of Doctor/Facility #1: Dr. Kati at Brianhead Location: San Diego, CA
Type Of Doctor (degree or specialty): Primary
Describe Treatment And/Or Tests: Blood work, chest X-rays - Antibodies -
CT scan
What Did This Doctor Say Was Wrong With You? CT scan revealed multiple
pulmonary noduals - Sent to pulmonary specialist, Dr. Lichten.
Date When Treatment Started: _____ Date When Treatment Stopped: on going
How Many Treatments/Visits Were There? ___ How Long Were The Treatments? 1hr – 3hrs
What Was The Result/Outcome Of The Treatment? placed on inhalers and asked to
move me from spaces - we were already relocated due to environment.
Still Treating With This Doctor? ___ YES ___ NO  If 'YES', How Often? _____
Did This Doctor Take You Off Work? ___ YES ___ NO  If 'YES', Give Dates: _____

②. ~~Dr.~~ Sent for another CT scan 4 months later- showed infection
spread- 2 Sept 2016 – B lung Biopsy showed Aspergillas (3 types) and
Narcodia - I was tested for ALL auto immune Disease - Lumpas,
cancer, scladerma; HIV, Aides - All Negative - Test positive for mold

(Dr. #1 — continued)

Did This Doctor Restrict Or Modify Your Work Activities? ☒ YES ☒ NO  If 'YES', How?
Moved me from office location — I did not have the strength to live my normal life.
Did This Doctor Say You Would Need More Treatment? ☒ YES ___ NO  If 'YES', Explain:

Did This Doctor Refer You Anywhere Else? ☒ YES ___ NO  If 'YES', Where And Why?
Infectious Disease to Dr specialist. Dr Nancy Crum.

Name Of Doctor/Facility #2 Dr. Nancy Crum City/Location: San Diego, CA 92110
Type Of Doctor (degree or specialty): Infectious Disease specialist
Describe Treatment And/Or Tests: X-Rays CT SCANS - TOXIC Meds for
mold - Antibiotic (sulfate) for Narcodia - IV meds for mold.
What Did This Doctor Say Was Wrong With You? 3 Aspergillas Molds / Narcodia
Bacteria - Based off all exposure at wk
Date When Treatment Started: 10/2014   Date When Treatment Stopped: ongoing
How Many Treatments/Visits Were There? ___ How Long Were The Treatments? 1hr to 15-30 min
What Was The Result/Outcome Of The Treatment? Currently have a PICC Line
in right arm - infuse Daily, Taking 3 sulfate antibotics -
Still Treating With This Doctor? ☒ YES ___ NO  If 'YES', How Often? Was once Aug 2 inhalers
Did This Doctor Take You Off Work? ☒ YES ___ NO  If 'YES', Give Dates:
Did This Doctor Restrict Or Modify Your Work Activities? ☒ YES ___ NO  If 'YES', How? Have to
listen to my body - Do not overdo - Rest, sleep and Do not excecise.
Did This Doctor Say You Would Need More Treatment? ☒ YES ___ NO  If 'YES', Explain:
6 - a more months if I continue on a possitive path
Did This Doctor Refer You Anywhere Else? ___ YES ☒ NO  If 'YES', Where And Why?

Name Of Doctor/Facility #3 Dr Julian Licker  City/Location: San Diego, CA 92110
Type Of Doctor (degree or specialty): Pulmonary Specialist
Describe Treatment And/Or Tests: 3 extensive interview about life style, where I
have lived throughout my life - work conditions (spoke in length re'
What Did This Doctor Say Was Wrong With You? Pulmonary Naduals - 3 Aspergillas posures
molds and bacteria, Narcodio
Date When Treatment Started: ___   Date When Treatment Stopped: ongoing
How Many Treatments/Visits Were There? ___ How Long Were The Treatments? 3 hrs - 1hr
What Was The Result/Outcome Of The Treatment? X-Rays - CT SCANS Biopsy
2 inhalers - 3 sulfate antibodic a day. Anti fungal meds
Still Treating With This Doctor? ___ YES ___ NO  If 'YES', How Often?
Did This Doctor Take You Off Work? ___ YES ___ NO  If 'YES', Give Dates:
Did This Doctor Restrict Or Modify Your Work Activities? ___ YES ___ NO  If 'YES', How?
Rest - see if I could increase physical activity - was not
Did This Doctor Say You Would Need More Treatment? ☒ YES ___ NO  If 'YES', Explain:

Did This Doctor Refer You Anywhere Else? ___ YES ☒ NO  If 'YES', Where And Why?
#3 Dr CRUM  3 aspergillas molds 3 Narcodio

* Anti fungal meds were too toxic for my body — destroying my liver.
Placed on IV meds - lower dose Antifungal via PICC one infusion
nce aday. may go to 2 times - levels taken every monday and PICC
bandage changed every Monday

(History Of Treatment - continued)

Name Of Doctor/Facility #4: _____ City/Location: _____
Type Of Doctor (degree or specialty): _____
Describe Treatment And/Or Tests: _____

What Did This Doctor Say Was Wrong With You? _____

Date When Treatment Started: _____ Date When Treatment Stopped: _____
How Many Treatments/Visits Were There? _____ How Long Were The Treatments? _____
What Was The Result/Outcome Of The Treatment? _____

Still Treating With This Doctor? ___ YES ___ NO  If 'YES', How Often? _____
Did This Doctor Take You Off Work? ___ YES ___ NO  If 'YES', Give Dates: _____
Did This Doctor Restrict Or Modify Your Work Activities? ___ YES ___ NO  If 'YES', How?

Did This Doctor Say You Would Need More Treatment? ___ YES ___ NO  If 'YES', Explain:

Did This Doctor Refer You Anywhere Else? ___ YES ___ NO  If 'YES', Where And Why?

Name Of Doctor/Facility #5: _____ City/Location: _____
Type Of Doctor (degree or specialty): _____
Describe Treatment And/Or Tests: _____

What Did This Doctor Say Was Wrong With You? _____

Date When Treatment Started: _____ Date When Treatment Stopped: _____
How Many Treatments/Visits Were There? _____ How Long Were The Treatments? _____
What Was The Result/Outcome Of The Treatment? _____

Still Treating With This Doctor? ___ YES ___ NO  If 'YES', How Often? _____
Did This Doctor Take You Off Work? ___ YES ___ NO  If 'YES', Give Dates: _____
Did This Doctor Restrict Or Modify Your Work Activities? ___ YES ___ NO  If 'YES', How?

Did This Doctor Say You Would Need More Treatment? ___ YES ___ NO  If 'YES', Explain:

Did This Doctor Refer You Anywhere Else? ___ YES ___ NO  If 'YES', Where And Why?

Were Any Other Tests, Examinations, Treatments, or Therapy Done That Were Not Described
Above? ___ YES ___ NO   If 'YES', Please Describe What Was Done And What The Result
Was: (use the back of this page if necessary): _____

4

PCN: 8171861001176 DCN: 8171861001176003 DT Received: 7/5/2017 9:00:00 AM DT Scanned: 7/5/2017 9:43:26 AM Page 4 of 18

(History Of Treatment -- continued)

Do You Treat Yourself? X YES ___ NO  If 'YES', Please Explain How: I have an IV PICC for mold in my right arm - I infuse my injections every morning for an hr and half. I take 3 diffent Anti-Biotics 4day - for narcodia

Are You Currently Taking Medication To Relieve The Effects Of This Injury? X YES ___ NO
If 'YES', Please Describe What You Take, (Prescription or Non-Prescription), How Much It Helps,
How Often You Take It, Etc.: See statement above - suffered severe side effects -

Are You Currently Using A Brace, Support, Cane, Crutch(es), Wheelchair, TENS Unit, Or Other
Aid Because Of The Effects Of This Injury? ___ YES ✗ NO  If 'YES', Please Describe Type
And How Often It Is Used: ___

What Treatment(s) Offer You The Most Relief, And How Long Do The Benefits Last?
Treatment is ongoing - feel a little better. It is a day to day life for me. I have good days were I am not so fatigued or exhausted. I have days that are really bad and I have nothing no energy and I sleep for hours -

Have There Been Any Recommendations For Diagnostic Testing Or Treatment That You Have Not
Received?  If 'YES', What Was Recommended, And Who Recommended It?
May remove PICC from arm and insert Groshung in my chest for continued lengthy IV Anti-fungal meds if narcodia is resistant to Sulfate ✗ I will be hospitalized because the IV meds for narcodie are too toxe and I cannot administer my dose - At Hospital has to daily.

**HISTORY OF OTHER INJURIES:**

Have You Ever Experienced The Same Or Similar Symptoms/Problems *BEFORE* This Work Injury?
___ YES ✗ NO  If 'YES', Please Explain In Detail:
No - I was diagnosed w/ exersice indused Asthma in 2011 after working 8 months, SPAW112, OTL RM 1451 for Le.O. I had/have excercised my entire life - Never had Asthma Before. Another colleaue I work with in that office- was Also Diagnosed w/ excercise indused Asthma!

5

USA105

(History Of Other Injuries – continued)

Have You Ever Had A *PRIOR,* Work Injury(ies)? ___ YES ___ ✓NO   If 'YES', Please Explain:

_____

_____

_____

Have You Ever Received a *PRIOR,* Workers' Compensation Disability Award? ___ YES ___ NO
If 'YES', Please Explain: 8 Months Disability Due to A TBI and
Left Arm. neck, lefthand and 3 fingers as well
as nerve damage caused from a car Accident 27 April 12.
Not work related

Have You Ever Served In The Military? ___ YES ✓NO   If 'YES', Did You Receive A Medical
Discharge? ___ YES ___ NO   If 'YES', Please Explain Why: _____

_____

_____

Have You Ever Had Any *PRIOR, NON-WORK RELATED INJURIES?* (e.g. Sprains, Strains,
Slips/Falls, Motor Vehicle Accidents, Cumulative Or Repetitive Traumas, etc.) ___ YES ___ NO
If 'YES', Please Explain: See Car Accident comment above.
I Am extreamly Active Athlete – hiking, running, Biking.
Swiming – surfing – Kick Boxing, and in the gym everyday
until Oct 2015. Because I wrk out – I have had
Sprains and pulled muscles –

Have You Had Any *NEW INJURIES* involving Body Parts Which Are A Part Of Your Current
Work Injury? ___ YES ✓NO   If 'YES', Please Explain: _____

_____

_____

_____

_____

6

## CURRENT SYMPTOMS:

Mark The Areas On Your Body Where You Are Having Symptoms From Your Work Injury(ies).
Also, Review The Pain Scale On The Bottom Of This Page. The Doctor Will Be Asking You Questions.

P = Pain    N = Numbness/Tingling    T = Tenderness    B = Burning    R = Radiating



PAIN
SCALE

| 0-1 | = | Minimal | = | The pain is an annoyance but does not stop me from working. |
|------|---|---------|---|-------------------------------------------------------------|
| 2-3 | = | Slight | = | I can tolerate the pain but it causes some difficulty in doing my work. However, it does not stop me from working. |
| 5 | = | Moderate | = | The pain causes a marked handicap in my ability to work, but I can continue. |
| 7-8 | = | Moderate To Severe | = | The pain is approaching the worst I have ever experienced or could imagine. It causes a significant problem with working and most of the time I can't. |
| 10 | = | Severe | = | The pain is the worst I have ever experienced or could imagine and causes me to stop all work and activity. |

7

PCN: 8171861001176 DCN: 8171861001176003 DT Received: 7/5/2017 9:00:00 AM DT Scanned: 7/5/2017 9:43:26 AM Page 7 of 18

Please list your current symptoms/complaints resulting FROM YOUR WORK INJURY:

Complaint #1: _lack of lung capasity, shortness of breath. side effects from meds_
What Percentage Of The Time Do You Experience/Feel This Symptom? **100** %
What Activities Make This Symptom Worse? **If I walk fast or over exert myself.**
**Become dizzy - fall.**
What Makes This Symptom Better? **Rest - Walking slower - Not living the life**
**I was used to living - No gym - Biggest loss - Not having the**
Can/Do You Have This Symptom Without Activity? **yes**                **strength**
Pain Scale ⊘ _____ 0 - 10. The Doctor Will Discuss This With You. **10**   **to keep up**
**w/ my Grandson**
Complaint #2: **Because my immune system w/ always**   **age 7 3 5.**
What Percentage Of The Time Do You Experience/Feel This Symptom? **Be compromised I am**
What Activities Make This Symptom Worse? **Suseptible to colds/flu and pnuenomia, which I have had**
What Makes This Symptom Better? **Twice** ~~-~~ **2016/2017 · I have to take the**
**flu came pneumonia shot every year. The scaring in my lung will**   **never leave.**
Can/Do You Have This Symptom Without Activity?
Pain Scale _____ 0 - 10. The Doctor Will Discuss This With You **and I will be**
**my immune system is forever compromised**
Complaint #3: **prone to exposure and becoming sick as opposed to**
What Percentage Of The Time Do You Experience/Feel This Symptom? **10** %   **how I was**
What Activities Make This Symptom Worse? **If I exert myself - simple**   **Before the**
**tasks like cleaning my nose have become extreamly difficult exposures**
What Makes This Symptom Better? **Resting, and doing Nothing!**

Can/Do You Have This Symptom Without Activity? **Shortness of breath/Heavy chest**
~~Pain~~ Scale **100%** _____ 0 - 10. The Doctor Will Discuss This With You. **I do not feel pain.**
**I can not breathe - extreamly fatigued + nuss - No longe can**
Complaint #4: **Do Away of the things I did to LIVE a life well lived.**
What Percentage Of The ~~Time~~ Do You Experience/Feel This Symptom? _____ % **Biggest loss -**
What Activities Make This Symptom Worse? _____ **Not having the strength**
**or energy to have my**
What Makes This Symptom Better? _____ **Grandsons come stay**
**for the wkend.**
Can/Do You Have This Symptom Without Activity? _____
Pain Scale _____ 0 - 10. The Doctor Will Discuss This With You.

Complaint #5: _____
What Percentage Of The Time Do You Experience/Feel This Symptom? _____ %
What Activities Make This Symptom Worse? _____

What Makes This Symptom Better? _____

Can/Do You Have This Symptom Without Activity? _____
Pain Scale _____ 0 - 10. The Doctor Will Discuss This With You.

8

USA108

(Current Symptoms - continued)

Is There A Time Of Day That You Feel Worse? ___ YES ___ NO If 'YES', Please Explain:
_if I exert myself. There have been times I could not wash_
_my own hair or walk from bed to couch. Stairs have_
_become my enemy —_

In The Last Two Months Has Your Condition? ___ Stayed The Same ___ Improved ___ Worsened
___X Fluctuated But Overall Has Stayed About The Same

If Your Condition Has Worsened, Please Explain: The Anti fungal — Vericonasol —
is very Toxic — my liver could not handle it. each medicine
change — It took 3-4 days to hit me and when it did I was
If Your Condition Continues To Improve, Please Explain: they removed me from down
Vericonsol and placed me on a different anti fungal via PICC physically
in my right Arm — IV meds — Once a day / may increase to 2.

Do You Feel That Your Condition Will Improve With Time? (YES) ___ NO Please Explain:
IN THE Begining I was told " Michelle we are going to
do All that we can so you do not die." "Recently,
"Michelle, If you keep moving forward. I have every faith we will
remove this infection ..."

Before This Work Injury, How Would You Describe Your Health? ___ Excellent _X Good ___ Fair
Or ___ Poor If 'Fair' Or 'Poor', Please Explain: I was in the Best physical,
mental and spiritual health of my life.

## JOB DESCRIPTION:

What Is Your Job Title? (AT THE TIME OF YOUR INJURY): EXECUTIVE SUPPORT
Describe The Nature Of Your Work: EXECUTIVE ASSISTANT
When Did You Start Working For This Employer? 30 APRIL 2013
How Many Hours Per Day Do You Normally Work? ~~10~~ 10-11 hrs a day
What Hours Do You Normally Work? 0630 — 1730 depending on day
How Many Days Per Week Do You Work? 5 How Many Days In A Row?
How Long Is Your Lunch Break? 30 How Long Are Your Rest Breaks? Whenever I want
How Many Rest Breaks Do You Get In A Normal Work Shift? As many as I want
What Percent Of Your Work Day Do You Work Indoors? 100 % Outdoors? ___ %

| At Work, How Many _Hours_ Per Day Do You Do These Activities? | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10-11 Sit | | 10-11 Walk | | 10-11 Stand | | | Kneel |
| ___ Squat | | ___ Climb | | 10-11 Bend | | 10-11 Twist | |
| 10-11 Reach | | ___ Crawl | | ___ Push | | ___ Pull | |
| 10-11 Keyboard | | ___ Type | | 10-11 Mouse | | 10-11 Write | |
| ___ Finger | | ___ Grasp | | | | | |
| ___ Work Overhead | | | | | | | |

Leave Blank If It Doesn't Apply.

If Done Continuously, Circle.  10-11 Flex/Twist/Side-Bend/Extend Your Neck

※ I have an RDO — Every other Friday — 5 days a wk first wk —
4 days the 2nd week — I work 94 - 108 hrs per pay period.

(Job Description - continued)

Please List Your Job Duties/Activities At Work: (WHEN YOU WERE INJURED)

A) Front Office Executive Support – I work on a computer
B) All Day. Answer phones. file – create Real-Ime documents.
C) Prepare Daily Binder for Leadership, Maintain 9 Calendars
D) Conference Room Document SME. Travel DTS SME. Direct
E) Client facing support – Handle all outside industry mts
F) request – Work w/ Legal and contracts – NSERC/DTS
G) Wiki – TWMS — It Am the First Person Anyone
who comes into my office Deals with. Support Admiral Panel 3
What Type Of Surface(s) Do You Work On? _Desk_                 SES's.

Are You Required To **Lift At Work**? ___ YES   (✓ NO)   If 'YES', Please Answer The Following:

| Objects Lifted | Weight In Pounds | Times Per Day | Distance Carried/Feet |
|---|---|---|---|
| 1) | | | |
| 2) | | | |
| 3) | | | |
| 4) | | | |
| 5) | | | |

What Is the Heaviest Weight That You Are Required To Lift At Work? _____ Pounds
Do You Have To Bend Over Or Lean Forward While Lifting? ___ YES ___ NO

Are You Able To Lift The Same Amount Of Weight Now, As Before The Injury? ___ YES ✓ NO
If 'NO', Please Explain What You Could Lift Before And What You Can Lift Now: _____

_____

Does Your Job Require You To Reach Below, Above Or At Shoulder Level? ✓ YES ___ NO
If 'YES', Please Explain: _Sometimes –_

_____

Are You Required To Move Your Feet In A Repetitive Movement/Activity? ___ YES ✓ NO
If 'YES', Please Describe: _____

_____

Are You Required To Use Your Hands For Fine Manipulation, Grasping, Pushing, Pulling, Torquing?
___ YES ✓ NO   If 'YES', Please Describe: _____

_____

10

USA110

(Job Description – continued)

Are You Exposed To ~~Dust, Fumes, Vapors~~ Or Extreme Temperatures Or Humidity?
__ YES __ NO If 'YES' Please Explain: _Please See Environment_
_Comments on History of injury. We have Been_
_relocated from our office at Vleast 15 times._

Are You Required To Work At Heights Or Walk On Uneven Ground? __ YES __✓__ NO  If 'YES',
Please Describe: _____

_____

Are You Required To Drive Vehicles Or Work Near Hazardous Equipment? __✓ YES __ NO
If 'YES', Please Describe: ___ Drive A Golf Cart to transit_
_Loadshtn to Meetings in other Buildings___

Do You Have Any Special Seeing/Visual Or Hearing Requirements? __ YES __ NO ✓ If 'YES',
Please Describe: _____

_____

Are You Able To Perform Your Normal _Work Duties_? __ YES __✓__ NO  If 'NO', Please Explain
What Activities You Can't Do, Or Have Difficulty Performing: _I Am significantly_
_slower in completing my duties. Last month was the worst due_
_to side effects from my medicine to cure the infection in_
_my lungs that was/is caused by all the exposures I had._
_I have started infusing my IV meds at work in a office so I can_
**WORK HISTORY:** _work and not stress about letting_
_my team down._

Did You Have More Than One Employer When You Were Injured? __ YES __ NO
If 'YES', Please List The Employer(s), And The Activities Required At That Employment?

_____

_____

_____

If 'YES', Did The Other Employment/Activities Listed Above Contribute To, Or Further Worsen
Your Condition? __ YES __ NO  If 'YES', Please Explain How? _____

_____

_____

_____

11

PCN: 8171861001176 DCN: 8171861001176003 DT Received: 7/5/2017 9:00:00 AM DT Scanned: 7/5/2017 9:43:26 AM Page 11 of 18

(Work History – continued)

Please List All Of Your Previous Employers: (i.e., Where You Have Worked Before The Job, Where Your Current Injury Occurred)

| | Employer | Dates Of Employment | Job Title/Duties |
|---|---|---|---|
| A) | Booz Allen Hamilton | 29 March 2010/2013 | — EXECUTIVE ASSISTANT |
| B) | AT SPAWAR 6.0 / PMW 760 | | |
| C) | Buchanan Ingersol & Rooney, LLC | — 1999 – 2008 | EXECUTIVE ASSISTANT TO MANAGER & Shareholder |
| D) | | | |
| E) | | | |
| F) | | | |
| G) | | | |

Are You Still Working For The _Same Employer_ Where Your Work Injury Occurred? ✓ YES ___ NO
If 'NO', Answer The Questions Below. If 'YES', Skip The Following Questions And Go To The Next Section Entitled 'PAST MEDICAL HISTORY.'

Why Aren't You Working For The Same Employer Now? _____

_____

When Did You Stop Working For The Same Employer? _____

If You Are Not Working For The Same Employer As When You Were Injured, Please List Your Employment Since Leaving: ___ I Have Not Worked Since Leaving That Employment

| | Employer | Dates Of Employment | Job Title/Duties |
|---|---|---|---|
| A) | | | |
| B) | | | |
| C) | | | |
| D) | | | |
| E) | | | |
| F) | | | |
| G) | | | |

Who Is Your Current Employer(s)? Client Solution Architects — Supporting SPAWAR 5.0
Are You Doing The Same Type Of Work? ✓ YES   NO   OFFICE OF CHIEF ENGINEER
If 'NO', Describe The Type Of Work You Are Doing Now, Including Details On Physical Activity: I + my team has moved BACK into our offices after that I indicated the mold - fixed the design flaws - Not enough Air flow - New Hvac and bigger Returns - removed all carpet and have made the office Hypo Alergic - I am working in a seperate location instead of working at my desk as per Dr's Note - Dr's feel the office is the safest place Because they have (Gov't) address all concerns known. team wanted to see how they felt how they felt before I came back to the office. waiting on my next CT scan results.

12

(Work History ~ continued)

Has Any NEW Job Or Employment Contributed To, Or Further Worsened Your Condition?
___ YES ___ NO   If 'YES', Please Name The Employer(s) And Explain How?

_____

_____

_____

Are You Going To Be Retrained For Another Job/Occupation As A Result Of This Work Injury?
___ YES ___ NO ___ I DO NOT KNOW ___ RECOMMENDED   Please Describe:

_____

_____

## PAST MEDICAL HISTORY:

Please List The Information About Your Medical History In The Sections Below, With The
Approximate Dates. If A Section Does Not Apply To You, Simply Mark An (X) In The 'Denied' Box:

Childhood Illnesses: ( ) Denied _____ 4 wks phinoricstenosis (sp)
Could not hold food down — fixed by surgery
Childhood Injuries: ( ) Denied _____ ypical _____

Allergies: ( ) Denied Sinus — Codine / Tylonal Together

Present Medications Taken (Prescription & Over-The-Counter): ( ) Denied 3 Inhalers valve + prone
Anteriptline sulphate SMZ TMP Antibiotic  Micardian (IV) Acve cold 2 sinus
Surgeries ( ) Denied Breast augmentation, phinoric chinosis at (4 wks)
Rubithiscetor
Hospitalizations: ( ) Denied _____

Adult Illnesses: ( ) Denied Current  3 Aspergillis Mold / Bacteri -
Narcodia — injuries from car accident

Doctor(s) Seen Previous To Your Current Work Injury: Name & Location/City: ( ) Denied
Dr Lenkses — Dr KAti — Dr — Hot — Nerologist

## FAMILY HISTORY:

List Any Health Problems In Your Immediate Family (Mother, Father, Brother, Sister) ( ) Denied
Mom Has Hype-tension — And Heart valve —
Died Died at Age 2 Due to complications from Diebetkes

13

USA113

## REVIEW OF SYSTEMS:

Please List Any Problems That You Now Have With The Following Body Systems:

Ears/Nose/Throat: ( ) Denied _____
Eyes: ( ) Denied _____
Lungs: ( ) Denied _Lung infection — 3 Aspergilles molds and 1 garcoden_
Liver: ( ) Denied _liver pnvals very high being damaged my meds to cure infect_
G-I Tract (Stomach, Intestines, Bowels, Etc.): ( ) Denied _____
Kidney/Bladder: ( ) Denied _____
[Women] Reproductive System: ( ) Denied _____
Skin: ( ) Denied _____
Neurological: ( ) Denied _____
Heart/Circulation: ( ) Denied _____
Psychological: ( ) Denied _____

## OFF WORK ACTIVITIES:

Do You Exercise? ___ YES ___ NO   If 'YES', Please Describe Type & Frequency. If 'NO', Please Explain Why You Don't: _$ used to be extreamly active — Due to infection my lungs caused by the exposures at_

Do You Participate In Any Sports Activities? ___ YES ___ NO   If 'YES', Please Describe Type & Frequency: _work — I cannot exercise_

Do You Have Any Hobbies? X YES ___ NO   If 'YES', Please Describe Type & Frequency: _Singer son welfer — Do not have lung capasity to sing — 5k's lick Boxing — out door hiking — surfer — bike ride — MUD Runns — and wab trail_

Are You Able To Perform Your Normal/Regular Household Chores/Activities? ___ YES X NO
If 'NO' Please Explain What You Cannot Do & Why: _too exhausted — shortness of breath — simplest chores that used to for a spartan take a few houres to clean my house — now each task or chore takes houres because I have to ree !_

## SOCIAL HISTORY:

Are You? ( ) Married (✓) Single ( ) Separated ( ) Divorced ( ) Widowed
How Many Years Of Schooling Have You Had? _High school diploma — some collage_
List Degrees, Diplomas, Licenses, Certifications You Hold: _Graduated UEI — RN_
Do You Use Alcohol? ✓ YES ___ NO   If 'YES', How Many Drinks Per Week? _DRINK 4 glass of wine w/ dinner_
Do You Use Tobacco? ___ YES ✓ NO   If 'YES', What Kind & Times Per Day Or Week? _since I've been sick_
Do You Use Drugs? ___ YES ✓ NO   If 'YES', What Kind & How Many Times Per Day Or Week? _No Alcohal_

List Any Other Habits, Describing Their Type & Frequency: _____

THANK YOU FOR YOUR TIME IN COMPLETING THIS QUESTIONNAIRE!

14

## FOR 2005 WORK INJURIES AND FORWARD

## ROUTINE ACTIVITIES OF DAILY LIVING

Has your injury interfered with or cause problems for you in any of the following activities: (Circle all that apply)

1. Self-care, Teeth, Personal Hygiene.
2. Communication
3. Physical Activity
4. Sensory Function
5. Non-Specialized Hand Activities
6. Travel
7. Sexual Function
8. Sleep

Explain how the activities you circled are affected by your injury:

AGAIN — I DO NOT HAVE THE AIR TO BREATHE — My lung Capasity cause shortness of Breath — Fatigue — exhaustion — I was An Active Healthy phisically fit 50 year Female who live a Very Happy Healthy life — social activities with family And friends Acting, bike riding, Gym — workingout Everyday — Kick Boxing every Saturday — Adventures w/ my Grand sons — Traveling to see my Daughter, Ran A 5k 4 month with my Brother — walked and ran for Autism Awareness! — And I wanted WARRIORS training for a Spartan race — Ran the Tempicus MUDrun to litterally overnight loose my life + had worked so hard to earn. I went from LIVING to Barley Exsisting! —

Injured Worker's Signature: _Michelle W Judge_   Date: 9 April 2017

# PHYSICIAN USE ONLY

ADDITIONAL HEADINGS/ISSUES IN THE REPORT

PHYSICAL EXAMINATION FINDINGS
DIAGNOSIS
DISCUSSION
PERMANENT AND STATIONARY STATUS
CAUSATION/ APPORTIONMENT
VOCATIONAL REHABILITATION
FACTORS OF DISABILITY – Subjective/Objective/Work Preclusions (PD Report)
IMPAIRMENT RATING (Impairment Report)
FUTURE MEDICAL CARE
COMPLIANCE STATEMENT

"I personally evaluated this patient and prepared this report. If others have performed any services in connection to this report, outside of clerical preparation, their name and qualifications are noted herein. The time spent was in accordance with the DWC guidelines. I declare under of perjury that the information contained in this report and its attachments, if any, is true and correct to the best of my knowledge and belief, except as to information that I have indicated I received from others. As to that information, I declare under penalty of perjury that the information accurately describes the information provide to me and, except as noted herein, that I believe to be true. I have not violated Labor Code Section 139.3 and the contents of this report and bill is true and correct to the best of my knowledge. This statement is made under penalty of perjury."

Signed in _____ _____ County, CA by:


_____          _____
PHYSICIAN'S ORIGINAL SIGNATURE                    DATE

Cc
Attachments: For State QMEs ONLY, Attach IMC Form 111 & DEU Forms 100 & 101

16

# EXHIBIT 14

USA117

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| UNITED STATES NAVY<br>Office of the Judge Advocate General Tort Claims Unit Norfolk<br>9620 Maryland Ave. Suite 205<br>Norfolk, VA 23511-2949 | Client Solutions Architects, LLC          Legal Representative:<br>3570 Camino Del Rio                              Adelson Testan<br>San Diego, CA 92108                          1851 East First St., Suite 100<br>                                                            Santa Ana, CA 92705 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | n/a | n/a | 04/19/2016          10:00 | a.m. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Michele Gibson was employed by Client Solutions Architects, LLC, a contractor for the Space and Naval Warfare Systems Command (SPAWAR), a division of the United States Navy. Gibson performed her job duties at a building owned and/or operated by SPAWAR in San Diego, California. On or about April 19, 2016, Gibson was diagnosed with an Aspergillus infection and Nocardia infection, which are a type of mold and bacillus, causing damage to her lungs. Claimant provided workers' compensation benefits to and on behalf of Ms. Gibson. Cont. on "Attachment 8".

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

n/a, No property damage claim.

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

n/a

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

As described in section 8 above, Michele Gibson suffered damage to her lungs and other body parts due to an Aspergillus infect and Nocardia infection. Gibson's doctors concluded that these infections were caused by exposure at the SPAWAR facility. As an industrial injury, Claimant was obligated to pay workers' compensation benefits to Gibson.

| 11. | | WITNESSES |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Stewart Lonky, M.D. | under investigation |

RECEIVED
MAR   2018
TCU-NORF
NAVY CLAIMS

| 12. (See instructions on reverse). | | AMOUNT OF CLAIM (in dollars) | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 0.00 | 500,000.00 | 0.00 | 500,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* | (714) 245-8888 | 02/15/2018 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br><br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

USA118

USA00000289

| INSURANCE COVERAGE |
|---|

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

**This claim does not arise out of an automobile accident. Please find details regarding claimant's workers' compensation subrogation rights within.**

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No  | 17. If deductible, state amount.

n/a  | 0.00

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

n/a

19. Do you carry public liability and property damage insurance? ☐ Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code) ☐ No

n/a

| INSTRUCTIONS |
|---|

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

<div align="center">

**Complete all Items - Insert the word NONE where applicable.**

</div>

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

| PRIVACY ACT NOTICE |
|---|

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

| PAPERWORK REDUCTION ACT NOTICE |
|---|

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC  20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

<div align="right">

**STANDARD FORM 95** REV. (2/2007) **BACK**

USA119

</div>

# **ATTACHMENT 8**

(continued from FORM 95, section 8)

Claimant has a right to subrogate as Gibson's infection was caused by SPAWAR's, the United States Department of Defense, the United States Navy, and the United States of America's negligent maintenance of the subject building, leading to Gibson's exposure to these infectious diseases.

The location of the subject incident is believed to be at a location known as "building OT3", located at 4301 Pacific Hwy., San Diego, California 92110.

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| UNITED STATES NAVY<br>Office of the Judge Advocate General Tort Claims Unit Norfolk<br>9620 Maryland Ave. Suite 205<br>Norfolk, VA 23511-2949 | The Hartford<br>One Hartford PLZ<br>Hartford, CT 06155      Legal Representative:<br>Adelson Testan<br>1851 E. First St., Suite 100<br>Santa Ana, CA 92705 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH<br>n/a | 5. MARITAL STATUS<br>n/a | 6. DATE AND DAY OF ACCIDENT<br>04/19/2016    10:00 | 7. TIME (A.M. OR P.M.)<br>a.m. |
|---|---|---|---|---|

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

Claimant, The Hartford, provided workers' compensation benefits to and on behalf of Michele Gibson ("Gibson"). Gibson was employed by Client Solutions Architects, LLC, which was a contractor for the Space and Naval Warfare Systems Command (SPAWAR), a division of the United States Navy. Gibson performed her job duties at a building owned and/or operated by SPAWAR in San Diego, California. On or about April 19, 2016, Gibson was diagnosed with an Aspergillus infection and Nocardia infection, which are a type of mold and bacillus, causing damage to her lungs. Cont. on "Attachment 8".

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

n/a No property damage claim.

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

n/a

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

As described in section 8 above, Michele Gibson suffered damage to her lungs and other body parts due to an Aspergillus infect and Nocardia infection. Gibson's doctors concluded that these infections were caused by exposure at the SPAWAR facility. As an industrial injury, Claimant was obligated to pay workers' compensation benefits to Gibson.

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| Stewart Lonky, M.D. | under investigation | RECEIVED<br>MAR 2018<br>TCU-NORF<br>NAVY-CLAIMS |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights) |
| 0.00 | 500,000.00 | 0.00 | 500,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* | (714) 245-8888 | 02/15/2018 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

USA121

USA00000292

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance?  ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☐ No

This claim does not arise out of an automobile accident. Please find details regarding claimant's workers' compensation subrogation rights within.

| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   ☐ Yes   ☐ No | 17. If deductible, state amount. |
|---|---|
| n/a | 0.00 |

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

n/a

19. Do you carry public liability and property damage insurance?  ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☐ No

n/a

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

  B. *Principal Purpose:* The information requested is to be used in evaluating claims.
  C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
  D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

# ATTACHMENT 8

(continued from FORM 95, section 8)

Claimant has a right to subrogate as Gibson's infection was caused by SPAWAR's, the United States Department of Defense, the United States Navy, and the United States of America's negligent maintenance of the subject building, leading to Gibson's exposure to these infectious diseases.

The location of the subject incident is believed to be at a location known as "building OT3", located at 4301 Pacific Hwy., San Diego, California 92110.

USA00000294

EXHIBIT 15

USA124

Name: **Michelle Renee' Gibson**                                     CSA Fiscal Year 2016



# CLIENT SOLUTION ARCHITECTS
## Associate Performance
## Evaluation

Name: Michelle Renee' Gibson

Job Title: Senior Consultant

Annual Review Period:   From: October 1, 2015 to: September 30, 2016

### 1. <u>Annual Records Update</u>
  A.  Updated resume uploaded to the CSA Knowledge Portal     Date: 29 July, 2016
      [save file as "Last Name_First Name]
  B.  Personal information verified and updated in the UltiPro System   Date: 29 July 2016

### 2. <u>Goal Achievement</u>

List the goals that were established during the last annual review stating and assessing whether or not:
- The Goals have been Met – Annual Evaluation
- Adequate progress was made to Achieve the Goals – See 6 Month Progress Report

Comments are required in the annual evaluation when a goal has not been met.

| Development and Performance Goals | Percent Complete |
|---|---|
| • Update Yammer Profile – Keep current  *Completed monthly* | 100 % |
| • Provide Two "Do Great Things" (DDGT) Action Trackers per quarter *Completed monthly sharing significant accomplishments; comments on Core Values; and provided honest, heartfelt congratulations, "Likes" for Team Members of all Regions on their significant accomplishments and well deserved accolades.* | 100% |
| • ~~Participate in CSA's mentoring (Padawan) program~~ | ~~0%~~ |
| • ~~Progression and completion of CSA Core, Electives and CSA DAWIA equivalency DAU courses as defined in the Employee Development Plan by the end of Q4~~ | ~~0%~~ |
| • Complete Lydia.com "Best Writing Practice" course and focus on "Technical Writing" courses by Q4 FY16. *To strengthen my role as a CSA Senior Consultant and to continue to provide excellent client service, I completed "Best Writing Practice" 4/7/2016 and focused on Technical Writing courses on Lydia.com. I completed all CSA and SPAWAR mandatory training.* | 100 % |
| • Establish and define common language color code key for Calendar consistency by end of Q1.Completed 2/2/2016.  This color code key is utilized throughout SPAWAR 5.0, providing at-a-glance knowledge pertaining to fluidity of meetings and movement.  Understanding the color-key codes, helps to recognize multiple timeslots available at one glance, while reviewing and de-conflicting 9 working calendars. The key provided a clear line of communication, saving valuable time, establishing priority meetings, meeting coverage when executives are unable to attend, as well as, diminishing the numbers of double and triple booked events, which is a common occurrence when managing the calendars for a dual-hatted | 100% |

USA125

USA00000127

Name**: Michelle Renee' Gibson**                     CSA Fiscal Year 2016

| | |
|---|---|
| <span style="color:red">Admiral, 3 SES, and a Chief of Staff, Military Deputies, and Supervisors.</span><br> o **Critical-Important Meetings that cannot be moved are marked in <span style="color:red">Deep Red</span>;**<br> o **Meetings with flexibility and can be moved, are colored <span style="color:orange">Deep Orange</span>;**<br> o **Telecoms are colored <span style="color:yellow">Yellow</span>;**<br> o **Travel is colored <span style="color:blue">Blue</span>**<br> o **Meetings on calendar for situational awareness are colored Gray;**<br> o **5.0 internal reservations and meetings placed on CHENG Calendar, Conference Room A are colored <span style="color:purple">Deep Plum</span>;**<br> o **5.0 internal reservations and meeting placed on CHENG Calendar, Conference Room B, are colored Light Plum, and**<br> o **All external meetings are colored <span style="color:olive">Olive Green</span>.** | |
| • Work with BOM Team to create the following BOM Training Guide:<br> o CAC Procedures<br> o Streamlining Check-In Process Client Site SPAWAR. <span style="color:red">Completed, Aug, 2016. Generated CAC Procedures and Processes from CSA Desktop Reference. This effort will provide an overview and step-by-step process, onboarding checklist.</span> | 100 % |
| • Implement common language for DTS Travel Approval with regard to all travel responses, errors and troubleshooting issues to provide consistency thereby providing Approving Officials efficient, defined message. This effort will improve time and will minimize processing, approval delays due to lack of information provided. <span style="color:red">Completed July, 2016. As the SPAWAR 5.0 DTS Subject Matter Experts (SME), I worked with Defense Travel System Help Desk SME's regarding guidance to Approving Officials (AO) and Travel Coordinators to address audit flags upon entering Travel Authorizations, or submittal of Travel Vouchers for reconciliation. Established and defined DTS audit and flag response aligned with current JTRS guidelines. Created DTS AO Voucher Approval training providing a step-by-step process to address common mistakes and responses. Addressing Preferred Lodging not being selected; Military Lodging not being selected and how to receive a "None Availability" certificate; Non-GSA Flights being selected; Rental car selection, first available and how to respond to DTS glitches that have become commonplace and difficult to achieve approval and ticketing. Worked with SPAWAR 5.0 Chief of Staff for approval on "language" and scheduling of DTS Language Training within the next few months, depending on availability of senior leadership.</span> | 100% |

• Supervisor Comments:

## 3. <u>Significant Accomplishments</u>

List your accomplishments over the period covered by this report. Be sure to include your accomplishments and contributions in all applicable areas; client/task support, corporate support, as well as personal growth & development.

USA126

USA00000128

Name: **Michelle Renee' Gibson**                                    CSA Fiscal Year 2016

---

| Associate Accomplishments |
|---|

**Technical Skills**

Job Knowledge, Work Quality, Data Gathering, Analysis

- Recognized as the SPAWAR 5.0 Front Office Lead, utilizing both leadership and technical skills, I continued to address 5.0's ongoing facility issues: leaks, odors, humidity etc. as well as daily office maintenance repairs and needs.  I submit SWIMS tickets regarding sedan or van reservations, and parking spaces.  I coordinate Flag/SES cart repair and preventative maintenance. I worked with Facilities, and DIROPS Department regarding environmental testing, for mold, aldehyde, fiberglass and high levels of $CO2$.  Testing revealed DCHENG's office tested for all four elements; and the ACHENG's and CoS offices tested for three out of the four hazards. Due to this significant finding, 5.0 personnel have been displaced from their offices as we continue to address the ongoing environmental issues.  Worked effortlessly with Facilities, DIROP's COS and ACTR with location move, packing of offices, files, furniture, and establishing alternate conference room, and updating all calendars and meetings to reflect the office location change. Due to the severity of the environmental issue, no timeline has been given as to when 5.0 can return to its spaces; therefore our team is working in a scattered capacity throughout SPAWAR as we effortlessly address issues that arise by displacement.

- As the SPAWAR 5.0 Correspondence and Records Management SME, I participated in the 5.0 Document Records System (DRS) IPT.  Provided guidance and logical steps for Record File Plan and natural and unnatural progression of a routing document.  Addressed and provided ideas on how to navigate tripwires, and risk management.  Assisted in design of DRS tracking repository seated on NSERC in preparation of moving to TRIM and the DoD DONTRACKER.  This extensive, ongoing effort has provided visibility to leadership on a documents progression, revealing pitfalls and stagnant movement, thereby cutting routing time from weeks and months to a matter of 3-5 days.

-

**Communication Skills**

Listening, Writing, Oral Communications

- As the SPAWAR 5.0 Correspondence and Records Management SME, I closed and completed 43 Assistant Program Manager, Engineer (APM-E), Technical Warrant Holder letters for PEO C4I and PEO EIS, through entire process from draft, route, signature, acknowledgement, serialization and date and disseminated to all required recipients.  These letters require CHENG review and signature and acknowledgment from designated personnel into these critical technical roles within the command.  The letters add tracking, transparency and formality to the technical warrant holder process resulting in increased awareness of roles and responsibilities.

- As the SPAWAR 5.0 Correspondence and Records Management SME, I closed and completed the batch of 54 Lead Engineer, Technical Warrant Holder letters for PEO C4I and PEO EIS. The letters were routed to the CHENG for review and signature of acknowledgement. 54 letters have been signed and serialized to date.  The purpose of the designation letter is to assign and authorize

---

USA127

USA00000129

Name: **Michelle Renee' Gibson**                                      CSA Fiscal Year 2016

engineering authority to a program of record. This will ensure that the program's technical products are in conformance with technical policy, guidance, standards, processes, and requirements established by the SPAWAR CHENG. The letters designate responsibility to the Lead Engineer for identification of associated risks, development of mitigation/resolution strategies, and submission of non-conformance.

- 5.0 Records Management SME, diligently worked the misplaced Link Monitoring and Management Tool (LMMT) SEP document, pinpointing routing disconnect and broken link in chain. By providing excellent record keeping and utilizing ingenuity, I backtracked lengthy email chain from original route date, as well as documented records to pinpoint tripwire. Using timeline and pulling information together, I regenerated the entire "misplaced" document, including route slip along with initials for 5.0 final review and signature from CHENG. Received a Bravo Zulu from CoS for diligence, creative thinking, and resourcefulness, resulting in a 30 day hot ticket tasker being closed.

- As the SPAWAR 5.0 Correspondence and Records Management SME, Worked closely with 5.0B Deputy Technical Warrant Holder/Designated Warrant Official/Certification Lead regarding language on rescind letter for current C4I Designation of SPAWAR Command, Control, Communications, Computers and Intelligence (C4I) Certification Authority in support of the Naval Warfare Systems Certification Policy (NWSCP). Utilized leadership skill directing structure of and content of revised Certification of Authority Designation letter, addressing references, and research to locate specific SPAWARNOTE 5230, not listed on CORP ADMIN Instruction Library. Provided information in a timely and professional manner, surpassing timeline provided for creation, formatting and route for signature to COMSPAWAR of 10 days, to a four day turnaround.

---

## Leadership Skills

**Firm/Industry (All Levels)**
**People Development (II, III & IV only)**
**Diversity (III & IV only)**

- Recognized as SPAWAR 5.0 Executive leader, I had the honor of welcoming aboard and provided direct support to RDML (Sel) Fritzemeier, the new SPAWAR 5.0 CHENG. Addressed all needs and meeting content, travel and daily agenda preference. Worked closely with the Military Manning Office (MMO) ensured all Orders were addressed and signed. Provided a quick tour and lay of the land along with Mr. Marsh and answered all questions with regard to environmental issues and office displacement  Discussed common daily goals and needs to ensure upon the Admiral's arrival in August, our 5.0 team is prepared to address all RDML (Sel) Fritzemeier's daily, short and long term objectives. By providing a daily breakdown agenda for his visit, and asking RDML (Sel) Fritzemeirer what his "best case scenario" for a smooth arrival and the needs of his family would be, the Admiral stated, "Michelle, thank you for taking the time to ask the

USA128

USA00000130

**Name: Michelle Renee' Gibson**                              CSA Fiscal Year 2016

right questions.  I appreciate the care and level of detail you have provided regarding my arrival as well as asking about my family and their needs.  We are really looking forward to our time here."  Worked with SPAWAR 5.0 Military Deputies regarding the Admiral's specific requirements, ("I am, not a 'Paper' guy") with regard to his background and current role, special steps will be implemented to ensure all of the Admirals daily needs are addressed while staying within the realms of "his" domain.

- As the Executive Assistant to SPAWAR 5.0C00/5.0B00, facilitated the 5.0C00/5.0B00 senior leadership reorganization.  Coordinated and facilitated with W. Smidt, 50.B00 Deputy Liaison, several prep sessions and closed door meetings; organized and scheduled 5.0C00/5.0B00 All Hands to address reorganization and next steps.  Coordinated slating panel for 5.0B00 Senior Leadership positions.  Provided direct support to panel and candidates, addressed classified needs, and protecting all property information within guidelines.  Instructed candidates on steps and responses, ensuring all candidates were isolated out of view of others to address questions within strict timeline.  This extensive effort took weeks of preparation defining logistics for panel, scheduling and coordination, as well as, assisting with content of interviews.  5.0B00 Supervisors were announced at the SPAWAR 5.0 Executive Staff Meeting.  Addressed fallout from the upheaval of seated senior leadership positions, addressed all former meetings, rescheduled and amended all regular weekly sync-ups.   Received, BZ from G. Shaffer and W. Smidt, for outstanding efforts and coordination.  "…This is why I go to Michelle; she is amazing at what she does."

- As the SPAWAR 5.0 DTS and Meeting Coordinator SME, I was tasked with coordination of the Silicon Valley visit 20 March, 2016 for 16 Travelers, CHENG, DCHENG, ACHENGS, Military Deputy, Supervisors, and military support staff.  Utilized strong networking skills to research hotels within a central meeting location between, San Francisco, San Jose, and Berkeley.  This all-encompassing effort consisted of extensive research of several hotels that have availability for a block of 20 rooms at Fed Gov't Per Diem, and logistics and time management in order to meet demanding meeting schedules.  Established a strong working relationship with Group Sales Manager, and utilized strong networking skills with CSA's, "Do Great Things" attitude, successfully negotiated block of 10 rooms at the 5 star San Francisco Omni Hotel at Federal Gov't Per Diem. Worked effortlessly with LCDR Fuller to define and reserve a block of 10 rooms at the Double Tree Marriott, San Jose, addressed meeting clearances, orders and agendas for each Industry site: SPLUNK; Sales Force; UC Berkeley; Fire-Eye; Tesla; Apple; Dell; DIUx, NPS, and Hewlett Packard. Due to extended meetings, worked with CTO and Hotel Group Sales for both locations to extend trip and updated all DTS orders, meeting invites, and travel agendas.  Worked closely with legal and contracts for Flag Travel Approval, as well as, received Flag Approval for Industry Meeting attendance. Due to a schedule conflict for RDML Ailes and CAPT San Pedro's Emergent Family Leave, worked with DTS/CTO and Hotel Group Sales to cancel all standing orders for the Admiral and the Captain without penalties or breach of contract. Empowered by my role as the 5.0 Travel SME, allowed me to utilize my strengths, and teamwork ability, bringing my heart to the matter, of all things, I received a heartfelt Bravo Zulu from CAPT San Pedro, "Michelle, Thank you for your terrific support, both professional and personal.  Feeling the love. You guys are great!"

USA129

USA00000131

Name: **Michelle Renee' Gibson**                    CSA Fiscal Year 2016

- Due to RDML Ailes dual-hatted role as CHENG and FRD Director; worked closely with DTS Finance to establish dual travel route approval list for 5.0/FRD to ensure clean clear lines were established regarding joint travel, for audit purposes. This effort provided the information needed to create a 5.0/FRD drop down approval list specifically for both programs to monitor and approve level of travel as well as cost.

**Task Management**
Task Execution  (All levels)
Financial Management (IV only)
Individual Performance
Time Management, Individual Contribution, Flexibility and Adaptability,
Professional Growth

- In preparation for the IG Audit in August, 2016, participated in a pre-audit and provided to Legal, all documentation regarding 2015 to present Travel, Industry Meetings and Conference Attendance Approval/WAG and Flag Gift Documentation. This extensive effort is the collaboration of over a years' worth of documentation, approvals, clearances, justifications, Government Credit Card payment and balances. Each specific binder is vetted and organized by month and/or alphabetically and is in chronological order providing a descriptive outline of events.  Preparation and extensive effort for this audit involved the review and organization of documentation for two Admirals, four SESs, two Chiefs of Staff, Dr. Rix.  The total audit of requested information, consisted of five, 5 - inch binders for travel justification, approval, and backup documentation; two, 5 - inch binders for Industry Meetings organized alphabetically, included meeting request, approval, meeting date and actions taken; one 2-inch WAG/Flag Gift/Conference Approval binder organized by month. Received an A++ from Counsel stating, "Michelle, you do awesome work, I never have to worry about 5.0, and should I have had any questions, the information you provided in intricate detail, along with notes, answered any and all questions prior to having to ask. A++!"

- After presenting the Enterprise VTC brief at the Navy Network Quarterly (NNQ) on 7 June, 2016, 5.0 was directed to provide a POAM and additional detail within two weeks to address the primary issue and concern of the Notional Operating Model that was presented. To address those concerns, I worked closely with my SSC LANT 5.0 counterparts in coordination of the Enterprise VTC Operating Requirements (EVOR) Discussion at SSC-LANT in Charleston on 22 June, 2016. I provided logistics and travel support, as well as, travel agendas. I worked closely with the SPAWAR VTC team to ensure VTC and audio dial-in was coordinated and disseminated to all offsite participants and technical POC's. Verified all 37 attendees onsite and created an "onsite/offsite" schedule matrix documenting participation to my SSC LANT teammate. I provided clearance and contact information for 9 SES's and a total of 15 VIPs. Addressed all trip wires in a timely manner and kept in constant, consistent contact with my team and travelers to ensure effortless execution of the EVOR. The goal of this meeting was to further develop the CONOPS and RACI (similar to the VoIP RACI) so that a manpower study can be completed with more accurate data and that roles and responsibilities were further clarified. Received outstanding

USA130

USA00000132

Name**: Michelle Renee' Gibson**                                    CSA Fiscal Year 2016

feedback and appreciation for all of my efforts and coordination.

- As the SPAWAR 5.0 Correspondence and Records Management SME and in response to TV5 Tasker OPNAV N2/N6 release of an Execution Tasking Message to all SYSCOMs on 15 Sep 2015, directing the development of a Strategic Roadmap for CYBERSAFE (CS), and by direction from RADM Lewis to SPAWAR 5.0 to have the CYBERSAFE Roadmap and CS Naval Message completed, delivered ready for signature on his desk and released on 01 Feb, 2016. Worked closely with CYBERSAFE Team regarding formatting, proper routing, and package presentation of the CYBERSAFE Roadmap package; and the CS Naval Message Response expedited the review, adjudications, approval and, signature for release on 01 Feb, 2016. Utilizing strong networking skills, expertise, tenacious teamwork and follow-through, successfully executed all required steps and provided the complete CYBERSAFE Roadmap Package and the CS Naval Message for RADM Lewis' release, Friday, 29 January, three days ahead of schedule. Upon endorsement, SPAWAR's CYBERSAFE team will initiate CYBERSAFE assessment training across SPAWAR Activities, followed by the kickoff of CYBERSAFE assessments on all SPAWAR systems. CYBERSAFE will provide maximum reasonable assurance of a hardened subset of critical warfighting components and processes

- SPAWAR 5.0 received direction from RADM Lewis on 28 Jan, 2016 regarding routing of SPAWAR Enterprise Architecture Policy to route, adjudicate, sign and release the Policy by 29 Jan, 2016.  As the Correspondence SME, I worked closely with IT TA team to ensure proper formatting, package submittal as well as established workaround to SPAWAR 5.0 DRS correspondence process for fast track routing. Ensured all documents presented in package met all SECNAV Correspondence and COMSPAWAR, requirements. Efficiently addressed all comments and adjudications in a timely manner, reaching the deadline on time and on schedule. This policy describes the vision for SPAWAR Enterprise Architecture and defines roles and responsibilities for the SPAWAR Enterprise in order to ensure consistency of architecture products and enable the delivery of systems that are integrated, interoperable and defendable in cyberspace

## 4.  Performance Assessment

This section is the supervisor's assessment of the individual's Performance Traits based on the standards listed below.  This section is only completed during the annual review process.

**5 – Significantly Exceeds Expectations** – Consistently exceeds job requirements; this is the highest level of performance that can be attained.

**4 – Exceeds expectations** – Frequently exceeds job requirements; all planned objectives were achieved above the established standards and accomplishments were made in unexpected areas as well.

**3 – Meets expectations** – Able to perform 100% of job duties satisfactorily. Normal guidance and supervision required.

**2 – Needs Improvement** – Occasionally fails to meet job requirements; performance must improve to meet expectations of position.

**1 – Unsatisfactory** – Consistently fails to meet job requirements; performance clearly below minimum requirements. Immediate improvement required to maintain employment.

A rating of *Unsatisfactory (1)*, *Needs Improvement (2)*, **or** *Significantly Exceeds Expectations (5)* requires comments.

USA131

USA00000133

Name**: Michelle Renee' Gibson**                                      CSA Fiscal Year 2016

|  | N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| **Performance Traits** | Not Applicable | Unsatisfactory | Needs Improvement | Meets Expectations | Exceeds Expectations | Significantly Exceeds Expectations |
| **Technical Skills**<br>Job Knowledge, Work Quality, Data Gathering, Analysis | A ☐<br>S ☐ | A ☐<br>S ☐ | A ☐<br>S ☐ | A ☐<br>S ☐ | A ☐<br>S ☐ | A ☒<br>S ☐ |

**Associate Comments:**   Recognized as the SPAWAR 5.0 Front Office Lead, I have worked closely with facilities and 5.0 DIROPS, due to continued environmental issues, addressing the discovery of Mold, Kerosene; I facilitated and addressed multiple office and location moves.  I addressed each displacement in a quick and timely manner.  I provided back-up support to SPAWAR 5.0 ACTR physically moving required tools, and daily supplies to guarantee minimal work stoppage.  Packed and transferred all necessary binders and files needed for day-to-day efficiency.  Worked with VTC Team and Facilities addressed each conference room relocation in a timely manner by providing the specific needs we had for the relocation of the CHENG Conference room 1913 as well as addressed all external meetings.  With the intent to provide line-of-sight availability, amended calendar color-code key to reflect 1509A and 1509B conference room internal meetings in a dark plum, and all external meetings in Olive Green.  This will provide a clear message and visibility to which meetings can be moved and who to contact.  I have coordinated several All Hands, and provided support to each meeting, from the Navy Network Quarterly ((NNQ), Chief of Staff Bi-weekly Staff Meeting, the Familiarization Course, the SSC LANT Review, and the Enterprise VTC Operating Requirements Discussion meeting, Technical Authority Board (TAB) and NFOSES.  I created meeting invites and distribution lists for both Government Attendees Only and combined, Government and Contractor Support.  Coordinated both unclassified and classified meetings; providing VTC or SVTC support, and points of contact; JWICS, Meeting logs and JPAS Clearances.  I handled all proprietary and classified information within proper guidelines ensured meeting content and attendee information was protected at all times.

**Supervisor Comments:**

| **Communication Skills**<br>Listening, Writing, Oral Communications | A ☐<br>S ☐ | A ☐<br>S ☐ | A ☐<br>S ☐ | A ☐<br>S ☐ | A ☐<br>S ☐ | A ☒<br>S ☐ |
|---|---|---|---|---|---|---|

**Associate Comments:**     As the SPAWAR 5.0 Correspondence and Records Management SME, I have drafted, tracked and Monitored all SPAWAR 5.0 internal and external documents providing expertise and content consistency, proper formatting, addressing references mentioned within the document, and ensure all enclosures are provided, documented and tabbed.  Review and validate the consistent message aligns with information provided in brief sheet.  Verified and tracked documents addressing all changes and comments were implemented into the document, updating on changes within the DRS Tracking Repository, to final route for approval and signature.  For FY16 coordinated dissemination to appropriate parties by following the file plan and within Records Management Guidelines for both unclassified and classified documents.  In my role as the correspondence and records management SME, I have personally handled, tracked and monitored over 400~ documents.  To ensure I stay abreast to all SECNAV and Naval correspondence changes and to stay in compliance, I work closely with Corp Admin and participate in monthly meetings and participate in all Records Management training.

**Supervisor Comments:**

USA132

USA00000134

Name**: Michelle Renee' Gibson**                    CSA Fiscal Year 2016

| **Leadership Skills**<br>Firm/Industry (All Levels)<br>People Development (II, III & IV only)<br>Diversity (III & IV only) | A ☐<br>S ☐ | A ☐<br>S ☐ | A ☐<br>S ☐ | A ☐<br>S ☐ | A ☐<br>S ☐ | A ☒<br>S ☐ |
|---|---|---|---|---|---|---|

- **Associate Comments:**   As SPAWAR 5.0 Lead, I am the direct Liaison to all Staff.  I addressed all incoming calls.  I am recognized as the direct Client Liaison to all visitors and requests.  I distribute incoming message traffic to cognizant division leads, process and review all outgoing message traffic for format and content.  I addressed all visitors and directed to necessary points of contact, answered all questions in a timely manner.  I worked closely with DIROPs regarding all facility issues and worked closely with 5.0 ACTR submitting SWIM Trouble Tickets and utilized the JIRA database for all MFD needs, supplies and maintenance.  I addressed all technical issues and followed-up until all task were addressed and closed.  I addressed all supply inventory and ordering as well as Kitchen upkeep and maintenance.  As the Records Management SME, I addressed all external / internal documentation ensuring each document was monitored and tracked from draft, formatting, route for chop guaranteeing all adjudications, expedited to final signature, serialization and dissemination to appropriate parties.  I ensured each document whether internal or external upon final dissemination, was properly archived in the established document repository.  As the 5.0's Executive Support/Front Office Liaison, I addressed and handled calendar management; Industry Meeting Requests; Conference Attendance Approval; Meeting scheduling; Meeting correspondence preparation – briefs/read-aheads.  I addressed all Industry Meeting Request; Travel and DTS Travel, coordinated all travel meetings, addressed clearances, logistics; Flag and Executive office and parking reservations, as well as reserve Executive Car Service via SECNAV Motor pool.  I addressed each Conference Approval submitting the 50/50 form for conference approval, and documentation.  I addressed FitReps files for both Military Manning Office, and 5.0 Personal Award and Coin tracking.

**Supervisor Comments:**

| **Task Management**<br>Task Execution  (All levels)<br>Financial Management (IV only) | A ☐<br>S ☐ | A ☐<br>S ☐ | A ☐<br>S ☐ | A ☐<br>S ☐ | A ☐<br>S ☐ | A ☒<br>S ☐ |
|---|---|---|---|---|---|---|

**Associate Comments:**      As the 5.0 Records Management SME, and in preparation for the IG Audit in August, 2016, participated in a pre-audit and provided to Legal, all documentation regarding 2015 to present Travel, Industry Meetings and Conference Attendance Approval/WAG and Flag Gift Documentation. This extensive effort is the collaboration of over a years' worth of documentation, approvals, clearances, justifications, Government Credit Card payment and balances. Each specific binder is vetted and organized by month and/or alphabetically and is in chronological order providing a descriptive outline of events. Total audit consisted of five, 5 - inch binders for travel justification, approval, and backup documentation; two, 5 - inch binders for Industry Meetings organized alphabetically, included meeting request, approval, meeting date and actions taken; one 2-inch WAG/Flag Gift/Conference Approval binder organized by month. Received an A++ from Counsel stating, "Michelle, you do awesome work, I never have to worry about 5.0, and should I have had any questions, the information you provided in intricate detail, along with notes, answered any and all questions prior to having to ask. A++!"  I manage daily tasking based off priority and due to the constant churn in 5.0, I have utilized strength and understanding of my role, and the roles of others, covering all bases, and adapting to the ever changing tide in 5.0.  I am constantly adjusting my sails and adapting to each specific need as necessary.  Recognized as the "Go To" SME in all things in 5.0; my schedule is in continual flux and motion adapting to the need of senior leadership and all 5.0 support staff. Utilizing open communications and strength in adaptability, shifting to the next urgent matter, has become effortless, with the ultimate goal being our client feels the least possible impact.  As a multi-faceted team

USA133

USA00000135

Name**: Michelle Renee' Gibson**                                    CSA Fiscal Year 2016

member, I am able to shift and align my role to address the immediate need.  Each day, I bring truth, respect and heart in all that I do.  I care, and because I have built my relationships and delivered with that simple thought in mind, I have earned their respect and stand on a foundation of trust.  Recently, based off the tasking and 5.0 Executive question, how do we improve?  I created an acronym that I have shared with 5.0 CoS and G. Shaffer, where upon that discussion, both resonated, "…lack of accountability, is a large concern in 5.0."  I spoke openly and honestly regarding feedback I have received from the 5.0 staff and addressed 5.0's need to "Cultivate Innovation".  "C.A.R.E" Cultivating Accountability Results in an Environment rich in innovation".  To encourage new ideas and have a team willing to go above and beyond what is expected; Leadership has to show they care.  I shared with them the amazing little book, HR Top 10 Must Reads, "Emotional Intelligence" and the importance of not only leadership embracing, but all of 5.0, holding themselves accountable to care about what we do, and most importantly, who we work with side-by-side every day.  When you validate your employees, team members and recognize the importance of their role, you not only increase morale, but efficiency and in the end, the deliverable and products we are providing to the Warfighter and Fleet, will be a reflection of that care.  We all have a role to play.  We all are held accountable to provide the very best of who we are, so our Fleet stays strong, and our Warfighter's remain safe.  We are all doing our part in protecting the very Freedom we have the honor of using every day.  Holding ourselves accountable to care about what we do, and why, provides a chain reaction to each task delivered, increasing efficiency, quality, and shortens the time in which we deliver.  Managing tasks from Records Management, DTS Authorizations, and submittal of vouchers for reimbursement; to de-conflicting calendars, providing direct support to the issue that takes priority, monitoring and tracking tasks become a secondary to thought and action, without hesitation, it all falls into place, when you care and bring your heart to the matter.  **C.A.R.E**

**Supervisor Comments:**

| **Individual Performance**<br>**Time Management, Individual Contribution, Flexibility and Adaptability, Professional Growth** | A ☐<br>S ☐ | A ☐<br>S ☐ | A ☐<br>S ☐ | A ☐<br>S ☐ | A ☐<br>S ☐ | A ☒<br>S ☐ |
|---|---|---|---|---|---|---|

- **Associate Comments:**  As the Executive Assistant to SPAWAR 5.0C00/5.0B00, facilitated the 5.0C00/5.0B00 senior leadership reorganization.  Coordinated and facilitated with W. Smidt, 50.B00 Deputy Liaison, several prep sessions and closed door meetings; organized and scheduled 5.0C00/5.0B00 All Hands to address reorganization and next steps.  Coordinated slating panel for 5.0B00 Senior Leadership positions.  Provided direct support to panel and candidates, addressed classified needs, and protected all property information within guidelines.  Instructed candidates on steps and responses, ensuring all candidates were isolated out of view of others to address questions within strict timeline.  This extensive effort took weeks of preparation defining logistics for panel, scheduling and coordination, as well as, assisting with content of interviews.  5.0B00 Supervisors were announced at the SPAWAR 5.0 Executive Staff Meeting.  Addressed each consequence created from the upheaval of seated senior leadership positions.  I quickly addressed all former meetings, rescheduled and amended all regular weekly sync-ups.  Received, BZ from M. Shaffer and W. Smidt, for outstanding efforts and coordination.  "…This is why I go to Michelle; she is amazing at what she does."  With proven dedication, and my willingness to go above and beyond what is expected, and always stepping outside of my comfort zone, and traditional roles and responsibility, I have cultivated a working relationship with 5.0 leadership and all 5.0 team members as the "Go To" for all things.  I have worked side-by-side with facilities, and Director of Operations, for several unplanned moves due to environmental displacement as well as provided personal information and medical findings to address the continued exposures to VOC and hazardous chemicals.  I addressed each team member's

USA134

USA00000136

Name**: Michelle Renee' Gibson**                                        CSA Fiscal Year 2016

relocation, and all necessary calendar updates and work-arounds needed to ensures a seamless transition for all leadership and staff with minimal work stoppage. Worked with SPAWAR VTC team to ensure the Admiral and each SES had the necessary technical support for each meeting, or relocation. As the 5.0 Front Office Lead, I set the mood and precedence for each day solidifying an "easy" "effortless" flow as the day moved forward. I have coordinated several large meetings from travel, logistics, clearances, and accommodations, meeting content and travel portfolios and agendas for CHENG, DCHENG and 5.0B00 ACHENG; Chief of Staff, Dr. Rix and Military Deputies. I provide daily agendas, and meeting content, calendar and brief materials daily.

**Supervisor Comments:**

| **Overall Performance** | A ☐ S ☐ | A ☐ S ☐ | A ☐ S ☐ | A ☐ S ☐ | A ☐ S ☐ | A ☒ S ☐ |
|---|---|---|---|---|---|---|

**Associate Comments:**    Recognized as the SPAWAR 5.0 Front Office Lead, all 5.0's tasking, e.g., Records Management, Travel; Master Calendar coordinator; Industry Meeting Requests, and Facility issues that cross my desk. With years of hard work and dedication, I am defined as the "conqueror of chaos", addressing any and all issues that may arise during a typical workday within the 5.0 organization with ease. In spite of being displaced I address all VTC and SVTC; unclassified and classified, conference rooms, logistics and capabilities. I have proven to be a trustworthy team member to my clients and CSA, utilizing CSA's core values and an unwavering work ethic. I hold myself accountable and take pride in all that I do. I am driven and committed to go above and beyond what is expected always going the extra mile to ensure my clients, and support staff, have all they need to address their daily needs or concerns. I have become the sought after 'heart healer' and listener of 5.0 validating concerns or the disconnect, some of the 5.0 staff, have been feeling with the displacement of teams, and the recent 5.0B00 reorganization from Government, Military and Contractor, and by doing so, I have strengthened my role and relationships built on trust and respect. I step into and address whatever role we may need guaranteeing our day moves forward as seamlessly as possible thereby ensuring the important tasks needing to be addressed for that day, week or month, have been handled in priority and in the timely manner, each task requires. I recently received the highest of BZ's from SPAWAR 5.0 Chief of Staff, after his return from attending Navy Senior Leadership Seminar in Monterey. "Michelle, do you have a minute, I wanted to share something with you that I learned while taking my NSLS course? We were asked to name the top five individuals who were pertinent to the success in our role. I wanted you to know, out of all of 5.0, you are my number two. Bill Nicholas, Director of Operations, is my number one. I know, without fail, no matter what I need, or others may need, you are the one, I can always count on. I wanted you to know how valuable you are and how much we appreciate all that you do!"

**Supervisor Comments:**

5. **Narrative**

I have earned the respect and trust of my client's and my team, because I live by the motto, "You get what you give!" I have defined and established my role, with dedication, heart, intelligence, and with an unwavering work ethic and utilized the tools necessary to ensure a successful day, every day. I understand my role, and the importance I bring to the ever changing needs in 5.0. Working in a displaced environment I have navigated the support of the CHENG, DCHENG, ACHENGS and support staff with ease. Committed and determined to make a positive impact, while supporting RDML Ailes in a dual role, providing daily updates to binders, Agendas, travel and DTS support, Calendar and

USA135

USA00000137

Name**: Michelle Renee' Gibson**                              CSA Fiscal Year 2016

Records Management.  I am recognized across the board as the Front Office Lead, and direct Executive liaison.  I address all calendar management with open lines of communication, keeping all "Need-to-know" in the "Know."  I support my client with the trust and respect that I have earned by providing constant and consistent support across the board.  I have been called the "reliable" one and the one who "takes care of everyone".  Of all my titles and roles that I play, those are the two that I am most proud.  With true CSA heart, and tenacity, I have endured churn and hard change in 5.0 with ease.  I utilize strong networking skills daily to ensure the team stays strong, appreciated and is able to address each task at hand.  I am proud of what I have accomplished with CSA and in supporting my client.  It is my strong character and work ethic that I was selected to participate and provide my expertise to the orals board for the PMW 120 and PMW 150 Executive Support proposal.  As a team player for both CSA and SPAWAR 5.0, I have embraced and have lead by the culture of "CARE"! I participate in all 5.0 Innovation Idea implantation in the effort to improve office morale and efficiency in 5.0.  I lead by example in all things.  I hold myself accountable and stand by my words and actions in true CSA fashion.  The word "No" is never in my vocabulary as long as it aligns within the legal lines a Contractor must adhere.  I have been referred to as the "closer" the one who closes the loop, whenever a breakdown in communication occurs and for whatever reason, the individual tasked was unable to complete.  Leading by example and setting the bar high, I go above and beyond what is expected of me.  I utilize CSA core values and Guidance Consulting, traits that have clearly set me apart from the other contractor's on client site.  I am known for my quick turnaround, efficiency; follow-through, and for having a direct approach.  I truly care about what I do, and who I support.  I embrace my role with all that I am, and stand by my efforts.  I hold myself accountable and ensure that all priority loops are closed and addressed prior for leaving for the day, no matter what that takes.  I have earned the respect from leadership by my accountability and reliance.  The 5.0 team, Military, Civilian and Contractors trust me with their frustrations or concerns and in a sense, I have become the voice of those, who do not have a direct relationship with our leadership.  I listen, validate and pass the messages on, with the dignity and respect it deserves and by doing so, both my clients and my team, value who I am and all that I bring, to address the day.

Supervisor

## 6.  Goal Establishment for the Up-Coming Fiscal Year

During the annual evaluation, the supervisor and associate should jointly develop and document goals for the next fiscal. This Personal Development Plan should lay out specific items the associate can accomplish over the next evaluation period in order to work towards promotion to the next level.

List the associate's goals that have been agreed to by both the associate and their supervisor.  Identify 3 to 6 goals including both short and long term objectives.  Be sure to identify areas of personal development including education and training opportunities that will help grow their skills, capabilities, and competencies.

**Associate Goals for Fiscal Year:  2017**

USA136

USA00000138

Name**: Michelle Renee' Gibson**                                    CSA Fiscal Year 2016

| Associate Development and Performance Goals | S<br>Specific | M<br>Measurable | A<br>Attainable | R<br>Relevant | T<br>Time Bound |
|---|---|---|---|---|---|
| • SPAWAR 5.0 Team Lead | ☒ | ☒ | ☒ | ☒ | ☒ |
| • Update Yammer Profile – Keep current | ☒ | ☒ | ☒ | ☒ | ☒ |
| • Provide Two "Do Great Things" (DDGT) Action Trackers a month | ☒ | ☒ | ☒ | ☒ | ☒ |
| • Progression and completion of CSA Core, Electives and CSA DAWIA equivalency DAU courses as defined in the Employee Development Plan by the end of Q4: LOG 101, and BCF 103. | ☒ | ☒ | ☒ | ☒ | ☒ |
| • Close and transition all RDML Rodman 2012, 2013 files to storage. Close and transition RDML Ailes 2013-2016 SPAWAR 5.0 files and in compliance with Records Management Policy and Procedures; Create SPAWAR 5.0 Office of the Chief Engineer Brain Book providing an unclassified overview of 5.0 initiatives and current standings. Q1 | ☒ | ☒ | ☒ | ☒ | ☒ |
| • Create General Breakdown of Who's Who in 5.0 aligned with Org Chart to provide a glimpse at who each team member, role and responsibilities and personality to present to each onboarding member new to the 5.0 organizations.  Q2 | ☒ | ☒ | ☒ | ☒ | ☒ |

**GOAL VALIDATION:**

Please use the following checklist to ensure that the goals state above:

☐ Fairly represent your responsibilities.
☐ Focus on major rather than minor areas of your responsibilities?
☐ Yield results within your control.
☒ Are supportive and directly relevant to both corporate and your individual growth

## 7. <u>Signature</u>

**Supervisor Name**:

**Supervisor Signature:** _____     **Date:** _____

By my signature below, I acknowledge that I have been advised of my performance ratings and have discussed the contents of this review with my supervisor.  My signature does not necessarily imply agreement.  I (☐ do not) (☐ do) desire to submit a statement relative to this evaluation.  I understand that any statement I want to make must be submitted in writing, to the appropriate CSA Regional Director, within 10 corporate working days of signing this evaluation.

**Associate Signature:** _____     **Date:** _____

| Distribution Instructions | • <u>Annual Review</u>:  The supervisor submits this original signed hard copy annual review and original |
|---|---|

USA137

USA00000139

Name: **Michelle Renee' Gibson**                                    CSA Fiscal Year 2016

| | |
|---|---|
| | signed 6 month review to the CSA HR department.  Also, please submit a soft copy to the respective East or West Coast Regional Director and Human Resources (B. Johnson). |
| | • The supervisor also provides a soft copy of the final signed version of this evaluation form to the associate. |

Associate Name**:**                                      CSA Fiscal Year 2016

### Six Month Review

The following section is completed at the mid-point of the annual review cycle.

1. <u>**Goal Completion Review**</u>**:  2017**

| Development and Performance Goals | Percent Completed at 6 Month Review |
|---|---|
| • | 0% |
| • | 0% |
| • | 0% |
| • | 0% |
| • | 0% |
| • | 0% |

2. <u>**Supervisor Narrative**</u>:

3. <u>**Signature**</u>

**Supervisor Name**:

**Supervisor Signature:** _____        **Date:** _____

By my signature below, I acknowledge that I have been advised of my performance ratings and have discussed the contents of this review with my supervisor.  My signature does not necessarily imply agreement.  I (☐do not) (☐ do) desire to submit a statement relative to this evaluation.  I understand that any statement I want to make must be submitted in writing, to the appropriate CSA Regional Director, within 10 corporate working days of signing this evaluation.

**Associate Signature:** _____        **Date:** _____

| Distribution Instructions | • <u>6 Month Review</u>:  The supervisor submits a soft copy of the signed form to both the associate and CSA Human Resources.<br>• The supervisor maintains the original hard copy of the 6 month review until the annual review. |
|---|---|

USA139

USA00000141

Appendix I

# Guidelines for Writing Effective Goals

**Use the SMART goal model, as outlined on the Goal Worksheet, to assist employees with writing more effective goals:**

| | | |
|---|---|---|
| **S**<br>**M**<br>**A**<br>**R**<br>**T** | **S**pecific | – Desired outcome or results are clearly defined. |
| | **M**easurable | – Accomplishment of the outcome can be charted and/or behavioral elements observed. |
| | **A**chievable | – Goal is challenging but realistic. |
| | **R**elevant | – Goal is in line with company and business unit objectives and direction |
| | **T**ime-bound | – Deadlines are set for accomplishment |

**In other words the goals you write should answer these questions:**
- WHAT specifically do you want to improve or accomplish?
- By HOW MANY, HOW MUCH, or TO WHAT EXTENT?
- By WHEN?

**Examples of SMART goals:**
- Assume a lead supply-planning role on a project within the commercial sector within 2 month period, starting January 2017
- Increase my utilization numbers (measured as billable time) from current levels to 100% by October 2017.

**Goals can be identified from the following sources:**
- routine job functions (look at employee's position description)
- problem-solving issues (address known problems identified in organization)
- new innovative ideas
- individual employee development needs  (skills, knowledge, experience)
- company and practice objectives

# Guidelines for Gathering Informal Input for the Annual Review

Informal input is collected from individuals who can provide information regarding the associate's performance.  The associate can recommend individuals who can provide input. The selection and format is at the discretion of the evaluator.  Those who can provide input are co-workers, other supervisors or client input

# Guidelines for Conducting a Six Month Review

The Six Month Review is a simple process where the supervisor meets with the associate to talk about their goals, adds any additional goals/development needs or removes any goals that may have become obsolete.  There is no self evaluation or informal input.  The supervisor provides an assessment of the completion percentage of goals established for this evaluation period and can provide any comments or recommendations in the narrative section of the Six Month Review Form.

USA140

USA00000142

CSA Fiscal Year 2015

# CSA FY 2016 Evaluation Process Timeline

## Annual Evaluations

July 6 – July 29
- Individual associates complete the Self Review portions of the form and submit it to the Supervisor by July 29, 2016.
- Supervisor begins gathering informal input. (See Appendix I)

Aug 1 :
- Self evaluation forms are due to the associate's supervisor.
- If applicable, delegation plans for writing the evaluations are due to the Regional Director for approval.

Aug 1- Aug 12:
- Evaluation preparation period.

Aug 15– Sept 9:
- Supervisor conducts the one-on-one associate evaluations.

Sept 12:
- Annual evaluation process is complete.
- Both soft and hard copies of the evaluation forms have been distributed.

## 6 Month Progress Reviews

Jan 31
- HR notifies process begins everyone the start of the mid-year assessment.

Feb 1 – 28:
- Supervisor prepares the 6 month review forms. (See Appendix I)

March 1 – 31:
- Supervisor conducts the one-on-one 6 month reviews.

April 3:
- Supervisor submits scanned signed copies to HR.

USA141

USA00000143