UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIENT SOLUTIONS ARCHITECTS, LLC, et al.,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 19cv123-MMA(MSB)<br><br>**ORDER SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

A telephonic Case Management Conference was held on June 24, 2020.  Pursuant to the discussions during the conference, the Court sets a telephonic Case Management Conference for **September 24, 2020**, at **9:30 a.m.**  Plaintiffs' counsel is to arrange and initiate the conference call.  The telephone number for Judge Berg's chambers is (619) 557-6632.

**IT IS SO ORDERED.**

Dated:  June 24, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Michael S. Berg
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge