UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIENT SOLUTIONS ARCHITECTS, LLC, et al.,<br><br>                                    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                                    Defendant. | Case No.:  19cv123-MMA(MSB)<br><br>**ORDER SETTING TELEPHONIC DISCOVERY CONFERENCE** |

On July 9, 2020, counsel for Defendant advised the Court about a potential discovery dispute.  After conferring with the parties regarding their availability, the Court sets a telephonic Discovery Conference for **July 15, 2020**, at **10:00 a.m.**  Plaintiffs' counsel is to arrange and initiate the conference call.  The telephone number for Judge Berg's chambers is (619) 557-6632.

The parties are to submit their respective letter briefs of **no more than two (2) pages in length** describing their positions on each issue in dispute.  The parties are

///

///

///

**ORDERED** to **lodge** the letter briefs via e-mail to efile_berg@casd.uscourts.gov by **2:00 p.m.** on **July 13, 2020**.

      IT IS SO ORDERED.

Dated:  July 10, 2020

Honorable Michael S. Berg
United States Magistrate Judge