# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIENT SOLUTIONS ARCHITECTS, LLC; and THE HARTFORD,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:19-CV-00123-MMA-MSB<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[Doc. No. 42] |

The parties have filed a stipulation of dismissal pursuant Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Having considered the stipulation, and good cause appearing therefor, the Court **APPROVES** the stipulation. The above entitled action shall be and hereby is dismissed in its entirety **with prejudice**. The parties shall each bear their own costs and attorneys' fees incurred in this action.

**IT IS SO ORDERED.**

Dated: July 31, 2020

HON. MICHAEL M. ANELLO
United States District Judge

1